DOMESTIC PROFIT CORPORATION  
FILING FEE $25.00  
SYL  
H  

**STATE OF HAWAII**  
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS  
BUSINESS REGISTRATION DIVISION  
1010 Richards Street  
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811  

RETURN ORIGINAL BY MARCH 31  
PENALTY FOR LATE FILING  

---

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 2001  
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (WAIKIKI) CORPORATION  
175 PAOAKALANI AVE  
HONOLULU HI 96815

---

If above mailing address has changed, line out and print change to the right.  
If address of principal office differs from the above mailing address, state the address of the principal office. Give Number, Street, City, State and Zip Code:_____

1. AUTHORIZED CAPITAL  
   CLASS         NUMBER          PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)  
   COMMON        20,000          CLASS         NUMBER  
                                 COMMON        2,000  

   To correct the above capital(s), line out and print the correct class and numbers on the right.

2. NATURE OF BUSINESS:  
   TO OWN AND OPERATE HOTELS  
   (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.  
   (See reverse for instructions.) (If any change, line out and print change on the right.)

04/08

OFFICERS/DIRECTORS: (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)  
ICE HELD/     NAME IN FULL        ADDRESS (INCLUDE CITY, STATE & ZIP CODE)  
TOR CODE

| | NAME | ADDRESS | CITY |
|---|---|---|---|
| | KINOSHITA, TOSHIO | 6-20-8 SEIJO | SETAGAYA-KU TOKYO JA |
| D | KINOSHITA, TAKESHI | COSTA DEL MAR RD | CARLSBAD CA 92009 |
| OD/AS | KINOSHITA, SATOSHI | 1139 MAKAIWA ST | HONOLULU HI 96816 |
| V | TOMITA, SHIGERU | 6175 MAKANIOLU PL | HONOLULU HI 96821 |
| S/T/D | FUKUDA, TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO 176 JA |
| AS/D | MUKAI, FRANKLIN K | 1140 WAIHOLO ST | HONOLULU HI 96821 |
| ~~AS~~ | ~~NISHIDA, YASUO~~ | ~~95-054 HOKUIWA ST #111~~ | ~~MILILANI HI 96789~~ |

☐ NO CHANGES: Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

**CERTIFICATION**

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

DATE: 3/22/02            /s/ Satoshi Kinoshita  
C/SYL                    Print Name: Satoshi K.

Signature of authorized officer, attorney-in-fact  
for an officer, or receiver or trustee  
(if the corporation is in the hands of a receiver or trustee)

FILE NO. 0079478D1  
Rev. 1/2002

B17  
B22  
2001

File this original  
(SEE REVERSE SIDE FOR INSTRUCTIONS)




EXHIBIT L

