DOMESTIC PROFIT CORPORATION  
FILING FEE: $25.00  
SYL  
H

**STATE OF HAWAII**  
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS  
BUSINESS REGISTRATION DIVISION  
1010 Richards Street  
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY MARCH 31  
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 2001  
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO RESORT HOTEL CORPORATION  
175 PAOAKALANI AVE  
HONOLULU HI 96815

If above mailing address has changed, line out and print change to the right.  
If address of principal office differs from the above mailing address, state the address of the principal office. Give Number, Street, City, State and Zip Code:_____

1. AUTHORIZED CAPITAL  
   CLASS      NUMBER  
   COMMON     20,000  

   PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)  
   CLASS      NUMBER  
   COMMON     3,000

   To correct the above capital(s), line out and print the correct class and numbers on the right.

2. NATURE OF BUSINESS:  
   HOLDING COMPANY  
   (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.  
   (See reverse for instructions.) (If any change, line out and print change on the right.)

4. OFFICERS/DIRECTORS:  (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P/D | KINOSHITA,TOSHIO | 6-20-8 SEIJO SETAGAYA-KU | TOKYO JA |
| V/D | KINOSHITA,TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| VP/D / AS | KINOSHITA,SATOSHI | 1139 MAKAIWA ST | HONOLULU HI 96816 |
| VP | TOMITA,SHIGERU | 6175 MAKANIOLU PL | HON HI 96821 |
| S/T/D | FUKUDA,TSUGIO | 2-22-7 NAKAMURA | NERIMA-KU TOKYO JA |
| ~~AS~~ | ~~NISHIDA,YASUO~~ | ~~95-054 HOKUIWA ST 111~~ | ~~MILILANI HI 96789~~ |
| D | MUKAI,FRANKLIN K | 1140 WAIHOLO ST | HON HI 96821 |

☐ NO CHANGES: Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

## CERTIFICATION

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, information is true and correct, and I am authorized to sign this report.

DATE: 3/22/02     Satoshi Kinoshita

  
C/SYL  
Signature of authorized officer, attorney-in-fact for an officer, or receiver or trustee (if the corporation is in the hands of a receiver or trustee)

EXHIBIT M  
FILE NO.0077678D1  
Rev. 1/2002

  
B17  
B22  
2001

File this original  
(SEE REVERSE SIDE FOR INSTRUCTIONS)



I HEREBY CERTIFY that this is a true and correct copy of the official record(s) of the Business Registration Division.

Mark E. Rechtenwald
DIRECTOR OF COMMERCE AND CONSUMER AFFAIRS

Date: November 29, 2005