# Delaware

PAGE 1

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE ANNUAL REPORT OF "SPORTS SHINKO (USA) CO., LTD." AS FILED IN THIS OFFICE.



Harriet Smith Windsor, Secretary of State

2134099  8200

050929931

AUTHENTICATION: 4297333

DATE: 11-15-05

EXHIBIT O

381

# STATE OF DELAWARE
## 2000 ANNUAL FRANCHISE TAX REPORT

PHONE NUMBER: 619-438-5595

| Field | Value |
|---|---|
| DO NOT ALTER FILE NUMBER | |
| FILE NUMBER | 2134099 |
| CORPORATION NAME | SPORTS SHINKO (USA) CO., LTD. |
| FEDERAL EMPLOYER ID NO. | 51-0302823 |
| INCORPORATION DATE | AUGUST 5, 1987 |
| RENEWAL/REVOCATION DATE | |
| DATE OF INACTIVITY | / / |
| FROM | / / |
| TO | / / |
| AUTHORIZED STOCK BEGIN DATE | 12-21-1989 |
| ENDING DATE | |
| DESIGNATION OR STOCK CLASS | COMMON |
| NO. OF SHARES | 30,000 |
| PAR VALUE/SHARE | 1.000000 |
| NO. SHARES ISSUED | |
| TOTAL GROSS ASSETS | |
| ASSET DATE | |
| ASSETS FOR REGULATED INVESTMENT CORPS | JAN. 1st / DEC. 31st |
| FRANCHISE TAX | $190.00 |
| $50.00 PENALTY | $.00 |
| 1.5% MONTHLY INTEREST | $.00 |
| ANN. FILING FEE | $20.00 |
| PREV CREDIT OR BALANCE | $.00 |
| PREPAID QRTY. PAYMENTS | $ |
| AMOUNT DUE | $210.00 |

MAKE CHECK PAYABLE TO: DELAWARE SECRETARY OF STATE

CHECK NO. 1182
AMOUNT ENCLOSED $210.00

REGISTERED AGENT 9000010
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

2    030101    2134099    000021000 0    6

$50.00 PENALTY if not Received on or before
MAR 1, 2001 Plus 1.5% Interest per month.

SEND INVOICE AND PAYMENT ONLY - NO ATTACHMENTS - NO ADDITIONAL PAGES

| NATURE OF BUSINESS | PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE |
|---|---|
| Resort Services | 2100 Costa Del Mar Road, Carlsbad, CA 92009 |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. | Toshio Kinoshita | 3-7 Kanda-Ogawamachi, Chiyoda-ku, Tokyo 101 Japan | |
| 2. | Takeshi Kinoshita | c/o 2100 Costa Del Mar Road, Carlsbad, CA 92009 | |
| 3. | Tsugio Fukuda | 3-7 Kanda-Ogawamachi, Chiyoda-ku, Tokyo 101 Japan | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

DO NOT WRITE IN THIS SPACE - FOR BANK USE ONLY

| OFFICERS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. President | Toshio Kinoshita | 3-7 Kanda-Ogawamachi, Chiyoda-ku, Tokyo, Japan | |
| 2. Exec. V.P. | Takeshi Kinoshita | c/o 2100 Costa Del Mar Road, Carlsbad, CA | |

X _____   Executive Vice President   _____
ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR)   TITLE   DATE