2160-1
Of Counsel:
BURKE McPHEETERS BORDNER & ESTES

WILLIAM A. BORDNER 1371-0
(bbordner@bmbe-law.com)
JOHN REYES-BURKE 6251-0
(jburke@bmbe-law.com)
Suite 3100 - Mauka Tower
Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 523-9833
Fax No. (808) 528-1656

Attorneys for Defendant
FRANKLIN K. MUKAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>            Defendants. | CIVIL NO.  04-00124 ACK/BMK (Consolidated Case)<br><br>CERTIFICATE OF SERVICE<br><br>(Re:  Defendant Franklin K. Mukai's Response To Plaintiffs' First Request For Production of Documents To Defendant Franklin K. Mukai; Exhibits "A" - "C")<br><br><br>(No trial date assigned.) |

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>　　　　　Defendants. | CIVIL NO. 04-00125 ACK/BMK |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KIAHUNA GOLF CLUB, LLC, a Hawai`i limited liability company; KG KAUAI DEVELOPMENT, LLC, a Hawai`i limited liability company; PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company; QK HOTEL, LLC, a Hawai`i limited liability company; OR HOTEL, LLC, a Hawai`i limited liability company, and KG HOLDINGS, LLC, a Hawai`i | CIVIL NO. 04-00126 ACK/BMK |

| | |
|---|---|
| limited liability company, FRANKLIN K. MUKAI,<br><br>            Defendants. | |
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>OR HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>            Defendants. | CIVIL NO.  04-00127 ACK/BMK |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG HOLDINGS LLC, Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>            Defendants. | CIVIL NO.  04-00128 ACK/BMK |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy *Defendant Franklin K. Mukai's Response To Plaintiffs' First Request For Production of Documents To Defendant Franklin K. Mukai; Exhibits "A" - "C"* was duly served on the following parties in the manner specified below, on February 20, 2006, addressed as follows:

|  | U.S. Mail | Delivery |
|---|---|---|
| PAUL ALSTON, ESQ.<br>GLENN T. MELCHINGER, ESQ.<br>Alston Hunt Floyd & Ing<br>1800 ASB Tower<br>1001 Bishop Street<br>Honolulu, HI 96813<br><br>Attorneys for Plaintiff | ( ) | ( ✓ ) |
| WARREN PRICE, III, ESQ.<br>ROBERT A. MARKS, ESQ.<br>Price Okamoto Himeno & Lum<br>728 Ocean View Center<br>707 Richards Street<br>Honolulu, HI 96813<br><br>Attorney for Defendants<br>KG HOLDINGS, LLC<br>KG KAUAI DEVELOPMENT, LLC;<br>KG MAUI DEVELOPMENT, LLC;<br>KIAHUNA GOLF CLUB, LLC;<br>MILILANI GOLF CLUB, LLC<br>OR HOTEL, LLC;<br>PUKALANI GOLF CLUB, LLC<br>PUKALANI GOLF CLUB, LLC;<br>QK HOTEL, LLC | ( ) | ( ✓ ) |

DATED:  Honolulu, Hawaii, February 20, 2006.

      /s/ William A. Bordner
WILLIAM A. BORDNER
JOHN REYES-BURKE
Attorneys for Defendant
FRANKLIN K. MUKAI

---

<u>Sports Shinko Co., Ltd. vs. QK Hotel, LLC, et al.</u>
Civil Nos. 04-00124 ACK/BMK, 04-00125 ACK/BMK, 04-00126 ACK/BMK, 04-00127 ACK/BMK, and 04-00128 ACK/BMK (Consolidated)
In the United States District Court for the District of Hawaii

CERTIFICATE OF SERVICE  (Re:  Defendant Franklin K. Mukai's Response To Plaintiffs' First Request For Production of Documents To Defendant Franklin K. Mukai; Exhibits "A" - "C")

5