**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| William A. Bordner | bbordner@bmbe-law.com<br>turcia@bmbe-law.com | Feb. 21, 2006 |
| Attorney for Defendant<br>and Third-Party Plaintiff<br>FRANKLIN K. MUKAI | | |
| Robert A. Marks | ram@pohlhawaii.com<br>sfujioka@pohlhawaii.com | Feb. 21, 2006 |
| Attorneys for Defendants<br>KIAHUNA GOLF CLUB, LLC;<br>KG KAUAI DEVELOPMENT, LLC;<br>PUKALANI GOLF CLUB, LLC;<br>KG MAUI DEVELOPMENT, LLC;<br>MILILANI GOLF CLUB, LLC;<br>QK HOTEL, LLC;<br>OR HOTEL, LLC; and<br>KG HOLDINGS, LLC | | |

DATED:    Honolulu, Hawai`i, February 21, 2006.

/s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs
and Third-Party
Defendants,
the SS Entities

601387_5 / 6850-5