題名: Ocean Resort Hotel
日時: 01/09/27 10:13:28 東京 (標準時)
From: doug@pothul.com (Douglas A. Pothul, CCIM, SIOR)
To: satoshi@sportsshinkohawaii.com (Satoshi Kinoshita)
CC: yamauchi@assetmanagers.to (Yutaka Yamauchi), tfukuda@aol.com (Tsugio Fukuda)

LaeRock, the owner of two hotels in Waikiki, one of which was just purchased (The Waikiki Parkside Hotel), sent me the below email re: their interest in the Ocean Resort Hotel. Please note, this is a fee simple proposal.


----- Original Message -----
From: Peter Morgan
To: 'Douglas A. Pothul, CCIM, SIOR'
Sent: Thursday, September 20, 2001 8:29 AM
Subject: RE: Ocean Resort Hotel


We are a buyer at $21 million all cash. This is generous in light of the current conditions and historic NOI. Any future increase in NOI is gone. The market just changed dramatically last Tuesday.

I'll be glad to put this in writing.


<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
<HEAD>
<META content="text/html; charset=iso-8859-1" http-equiv=Content-Type>
<META content="MSHTML 5.00.3103.1000" name=GENERATOR>
<STYLE></STYLE>
</HEAD>

<DIV>LaeRock, the owner of two hotels in Waikiki,
one of which was just purchased (The Waikiki Parkside Hotel), sent me the below
email re: their interest in the Ocean Resort Hotel. Please note, this is a fee
simple proposal.</DIV>
<DIV> </DIV>
<DIV> </DIV>
<DIV style="FONT: 10pt arial">----- Original Message -----
<DIV style="BACKGROUND: #e4e4e4; font-color: black">From: Peter Morgan </DIV>
<DIV>To: 'Douglas
A. Pothul, CCIM, SIOR' </DIV>
<DIV>Sent: Thursday, September 20, 2001 8:29 AM</DIV>
<DIV>Subject: RE: Ocean Resort Hotel</DIV></DIV>
<DIV>
</DIV><DIV><SPAN class=537002618-20092001>We are a buyer at $21 million all cash. This is generous in light of the
current  conditions and historic NOI.  Any future increase in NOI is gone.  The market just changed dramatically
last Tuesday.</SPAN></DIV><DIV><SPAN class=537002618-20092001></SPAN> </DIV><DIV><SPAN
class=537002618-20092001>I'll be glad to put this in writing.</SPAN></DIV><BLOCKQUOTE dir=ltr style="MARGIN-RIGHT:
0px">  <DIV> </DIV></BLOCKQUOTE>


----------------- Headers -----------------
Return-Path: <doug@pothul.com>
Received: from  rly-yg01.mx.aol.com (rly-yg01.mail.aol.com [172.18.147.1]) by air-yg04.mail.aol.com (v80.17) with ESMTP id
MAILINYG44-0926211328; Wed, 26 Sep 2001 21:13:28 -0400
Received: from  wtc.coolpod.com ([216.176.198.44]) by rly-yg01.mx.aol.com (v80.21) with ESMTP id MAILRELAYINYG17-
0926211310; Wed, 26 Sep 2001 21:13:10 -0400
Received: (qmail 10317 invoked from network); 27 Sep 2001 01:11:56 -0000
Received: from unknown (HELO doug) (63.167.108.186)
  by 216.176.198.44 with SMTP; 27 Sep 2001 01:11:56 -0000
Message-ID: <00cc01c146f1$91e34d60$506ea8c0@colliershawaii.com>
From: "Douglas A. Pothul, CCIM, SIOR" <doug@pothul.com>
To: "Satoshi Kinoshita" <satoshi@sportsshinkohawaii.com>
Cc: "Yutaka Yamauchi" <yamauchi@assetmanagers.to>,
    "Tsugio Fukuda" <tfukuda@aol.com>
Subject: Ocean Resort Hotel
Date: Wed, 26 Sep 2001 15:12:53 -1000

EXHIBIT
46  4.4-5
S. Kinoshita

104  3263

EXHIBIT 13

***ATTORNEY-CLIENT PRIVILEGE***

196

1        IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

2                    STATE OF HAWAII

3    ------------------------------------------

4    SPORTS SHINKO (USA) CO., LTD., a Delaware

5    Corporation; SPORTS SHINKO (MILILANI)

6    CO., LTD., a Hawaii corporation, et al.,

7            Plaintiff,

8        vs.            Case No. 02-1-2766-11 (EEH)

9    RESORT MANAGEMENT SERVICES

10   (HAWAII), INC., a Hawaii corporation,

11   YASUO NISHIDA, SATOSHI KINOSHITA, et al.

12           Defendants.

13   ------------------------------------------

14

15          DEPOSITION OF SATOSHI KINOSHITA

16                  (Volume III)

17

18   Taken on behalf of the Plaintiff at Alston Hunt Floyd &

19   Ing, 1001 Bishop St., ASB Tower, 18th Floor, Honolulu,

20   Hawaii 96813, commencing at 9:00 a.m., Thursday, April

21   21, 2005, pursuant to Notice.

22

23   BEFORE:   BARBARA ACOBA, CSR No. 412, RPR

24             Notary Public, State of Hawaii

25

1    APPEARANCES:

2    For Plaintiff:          GLENN MELCHINGER, Esq.

3                            ALSTON HUNT FLOYD & ING

4                            ASB Tower

5                            1001 Bishop St., 18th Floor

6                            Honolulu, Hawaii 96813

7

8    For Defendant SATOSHI KINOSHITA:

9                            JOHN KOMEIJI, Esq.

10                           WATANABE ING KAWASHIMA & KOMEIJI

11                           First Hawaiian Center

12                           999 Bishop St., 23rd Floor

13                           Honolulu, Hawaii 96813

14

15

16   Also Present:          STEVEN SILVER - Interpreter

17

18

19

20

21

22

23

24

25

1   that right?

2       A.   Yes.

3       Q.   And Mr. Dowling's response to the 10 million

4   counteroffer was no, right?

5       A.   Right.

6       Q.   Was there any other negotiation with

7   Mr. Dowling after that?

8       A.   I don't believe so.

9            MR. MELCHINGER:  Mark that as 46.

10          (Exhibit 46 marked for identification.)

11  BY MR. MELCHINGER:

12      Q.   I think you mentioned something about an offer

13  from LaeRock before and I'm showing you, what's it

14  marked, Exhibit 46 to your deposition.  Do you recognize

15  this document?

16      A.   Yes.

17           MR. MELCHINGER:  So I think for the record I

18  think the spelling of LaeRock is L-a-e and then a

19  capital R-o-c-k.

20  BY MR. MELCHINGER:

21      Q.   You read and saw this e-mail when Mr. Pothul

22  sent it to you; is that right?

23      A.   Yes.

24      Q.   Was Colliers in charge of handling any

25  communications with LaeRock?  Regarding the purchase of

1    the property offers.

2        A.    Yes.

3        Q.    Did you ever ask Colliers to follow up about

4    this offer or put it in detail?

5            MR. KOMEIJI:  Before he answers, and I'm not

6    instructing him not to answer, but I renew my objections

7    regarding relevance and not reasonably calculated to

8    lead to the discovery of admissible evidence.

9            THE WITNESS:  Well, first of all, I believe

10   that Mr. Fukuda reported this to the president.

11   BY MR. MELCHINGER:

12       Q.    Did you discuss this e-mail, Exhibit 46, with

13   Mr. Fukuda or the president?

14       A.    If I'm not mistaken, I believe that Mr. Fukuda

15   said that the president had commented that the price

16   reflected here was not the price that Sports Shinko

17   stood to realize.  That that price included the fee and

18   that the actual price that Sports Shinko stood to

19   realize would be the price that you would obtain after

20   deducting the price of the land from the $21 million

21   figure and that that was too low.

22       Q.    Did somebody from Sports Shinko instruct

23   Colliers to respond to this e-mail, Exhibit 46?

24       A.    As I sit here today, I don't recall.

25       Q.    And so you don't know whether anybody asked

***ATTORNEY-CLIENT PRIVILEGE***         221

1    them, LaeRock, how much they would pay for the lease or

2    whether they would assume the management contracts or

3    anything else, any other condition, didn't ask for any

4    more detail about this, this expression of interest in

5    purchasing Ocean Resort Hotel?

6         A.    As far as I know, the president commented that

7    the figure was too low and it ended there.

8         Q.    Also CCed on this it looks to be Mr. Yamauchi.

9    Is that Yutaka Yamauchi you referred to yesterday?

10        A.    Yes.

11             MR. MELCHINGER:  47.

12             (Exhibit 47 marked for identification.)

13   BY MR. MELCHINGER:

14        Q.    Showing you what's been marked as Exhibit No.

15   47 to your deposition.  After you've had a chance to

16   look at it, can you tell me whether you've seen this

17   document before, please.

18        A.    Yes.

19        Q.    So do you recognize this as an e-mail from

20   Mr. Pothul to you?

21        A.    Yes.

22        Q.    And it's about an offer regarding Kiahuna from

23   a Mr. Silagi, S-i-l-a-g-i?

24        A.    Yes.

25        Q.    Did you review this offer or this e-mail when

***ATTORNEY-CLIENT PRIVILEGE***                296

C E R T I F I C A T E

STATE OF HAWAII                    )

CITY AND COUNTY OF HONOLULU    )

I, BARBARA ACOBA, Certified Shorthand Reporter and Notary Public, State of Hawaii, do hereby certify:

That on Thursday, April 21, 2005, at 9:00 a.m., appeared before me SATOSHI KINOSHITA, the witness whose deposition is contained herein; that prior to being examined he was by me duly sworn;

That the deposition was taken down by me in machine shorthand and was thereafter reduced to typewriting under my supervision; that the foregoing represents, to the best of my ability, a true and correct transcript of the proceedings had in the foregoing matter.

I further certify that I am not an attorney for any of the parties hereto, nor in any way concerned with the cause.

Dated this 30th day of April, 2005, in Honolulu, Hawaii.

_____

BARBARA ACOBA, CSR NO. 412

Notary Public, State of Hawaii

My Commission Exp: 10-22-2008

RALPH ROSENBERG COURT REPORTERS
Honolulu, Hawaii  (808) 524-2090