

EXHIBIT K-B