IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

SPORTS SHINKO CO., LTD., a Japanese corporation,

Plaintiff,

vs.

QK HOTEL, LLC, a Hawai`i limited liability company, et al.,

Defendants,

and

FRANKLIN K. MUKAI,

Third-Party Plaintiff,

vs.

SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation, et al.,

Third-Party Defendants.

CIVIL NO. CV 04-00124 ACK/BMK

CONSOLIDATED CASES

**CERTIFICATE OF WORD COUNT**

---

SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,

Plaintiff,

vs.

PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company, et al.,

Defendants,

and

FRANKLIN K. MUKAI,

CIVIL NO. CV 04-00125 ACK/BMK

Third-Party Plaintiff,

vs.

SPORTS SHINKO CO., LTD., a Japan corporation, et al.,

Third-Party Defendants.

---

SPORTS SHINKO (USA) CO., LTD, a Delaware corporation,

Plaintiff,

vs.

KIAHUNA GOLF CLUB, LLC, a Hawaiʻi limited liability company, et al.,

Defendants,

and

FRANKLIN K. MUKAI,

Third-Party Plaintiff,

vs.

SPORTS SHINKO CO., LTD., a Japan corporation, et al.,

Third-Party Defendants.

CIVIL NO. CV 04-00126 ACK/BMK

---

SPORTS SHINKO CO., LTD., a Japanese corporation,

Plaintiff,

vs.

CIVIL NO. CV 04-00127 ACK/BMK

OR HOTEL, LLC, a Hawai`i limited liability company, et al.,

Defendants,

and

FRANKLIN K. MUKAI,

Third-Party Plaintiff,

vs.

SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, et al.,

Third-Party Defendants.

---

SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,

Plaintiff,

vs.

MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company, et al.,

Defendants,

and

FRANKLIN K. MUKAI,

Third-Party Plaintiff,

vs.

SPORTS SHINKO CO., LTD., a Japan corporation, et al.,

Third-Party Defendants.

CIVIL NO. CV 04-00128 ACK/BMK

**CERTIFICATE OF WORD COUNT**

I hereby certify, pursuant to United States District Court Local Rule 7.5 (e) that the Separate and Concise Statement of Facts in Support of Memorandum in Opposition to KG Defendants' Motion for Summary Judgment in CV No. 04-00128 ACK-BMK, Filed January 13, 2006, contains 819 words.

DATED: Honolulu, Hawaiʻi, February 17, 2006.

/s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Entities