```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF HAWAII

 3                              )
     SPORTS SHINKO CO., LTD., etc., )  CV 04-00124 ACK-BMK
 4                              )
               Plaintiff,       )  Honolulu, Hawaii
 5         vs.                  )  March 6, 2006
                                )  10:30 A.M.
 6   QK HOTEL, LLC, a Hawaii    )
     limited liability company, )  Status Conference
 7                              )
               Defendant.       )
 8   _____)
                                )
 9   SPORTS SHINKO (USA) CO., LTD., )  CV 04-00125 ACK-BMK
                                )
10          Plaintiff,          )
           vs.                  )
11                              )
     PUKALANI GOLF CLUB, LLC,   )
12   etc., et al.,              )
                                )
13          Defendants.         )
     _____)
14                              )
     SPORTS SHINKO (USA) CO., LTD., )  CV 04-00126 ACK-BMK
15                              )
            Plaintiff,          )
16      vs.                     )
                                )
17   KIAHUNA GOLF CLUB, LLC,    )
     et al.,                    )
18                              )
            Defendants.         )
19   _____)
                                )
20   SPORTS SHINKO CO., LTD., etc., )  CV 04-00127 ACK-BMK
                                )
21          Plaintiff,          )
           vs.                  )
22                              )
     OR HOTEL, LLC, etc.,       )
23                              )
            Defendant.          )
24   _____)

25
```

EXHIBIT U

```
 1                                    )
     SPORTS SHINKO (USA) CO., LTD., )   CV 04-00128 ACK-BMK
 2                                    )
              Plaintiff,              )
 3        vs.                         )
                                      )
 4   MILILANI GOLF CLUB, LLC, etc.,  )
                                      )
 5            Defendant.              )
     _____ )
 6

 7                 TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE ALAN C. KAY
 8               UNITED STATES DISTRICT JUDGE

 9   APPEARANCES:

10   For the Plaintiffs:        PAUL ALSTON
                                GLENN T. MELCHINGER
11                              Alston Hunt Floyd & Ing
                                American Savings Bank Twr.
12                              1001 Bishop St., Fl. 18
                                Honolulu, HI 96813
13
     For the Defendants         ROBERT A. MARKS
14   KG Holdings, LLC:          Price Okamoto Himeno & Lum
                                Ocean View Ctr.
15                              707 Richards St., Ste. 728
                                Honolulu, HI 96813
16
     For the Defendant          WILLIAM A. BORNDER
17   Franklin K. Mukai:         JOHN REYES-BURKE
                                Burke McPheeters Bordner &
18                                Estes
                                Pacific Guardian Ctr.
19                              Mauka Twr.
                                737 Bishop St., Ste. 3100
20                              Honolulu, HI 96813

21   Official Court Reporter:   Debra Kekuna Chun, RPR, CRR
                                United States District Court
22                              300 Ala Moana Blvd. Ste. C285
                                Honolulu, HI 96850
23                              (808) 534-0667

24
     Proceedings recorded by machine shorthand, transcript
25   produced with computer-aided transcription (CAT).
```

1    MONDAY, MARCH 6, 2006                    10:36 O'CLOCK A.M.

2              THE CLERK:  Calling the cases of Civil Number

3    04-00124 ACK-BMK, 04-00125, 04-00126, Civil Number

4    04-00127, Civil Number 04-00128 ACK-BMK.  This is the

5    Sports Shinko Company cases versus various defendants.

6    This hearing has been called for a Status Conference.

7              Counsel, your appearances, please.

8              MR. ALSTON:  Good morning, Your Honor.  Paul

9    Alston and Glenn Melchinger, appearing for the plaintiffs.

10             THE COURT:  Good morning.

11             MR. MARKS:  Good morning, Your Honor.  Robert

12   Marks for the KG defendants.

13             THE COURT:  Good morning.

14             MR. MARKS:  William Bordner and John Reyes-Burke

15   for defendant Mukai.

16             THE COURT:  Good morning.  Please be seated.

17             The reason I called this session is in reading

18   the opposition last week to the defendant's motion to

19   dismiss, at the bottom of page 8 of the opposition it

20   says -- and I'm concerned about a possible conflict of

21   interest I have because of my stock holdings in Bank of

22   Hawai'i.  And at the bottom of page 8 it says, "In

23   exchange, defendants agreed to, number one, pay

24   approximately $2 million in cash; number two, assume a

25   mortgage held by Bank of Hawai'i with a balance of about

1    witnesses.

2         MR. MARKS:  Your Honor, I don't disagree with

3    what Paul said.  I believe that the bank's not at risk;

4    that its debt is well-secured and is current -- the

5    payment on it is current; so I don't believe there's any

6    adversity between any of the parties and Bank of Hawai'i,

7    nor is the bank at risk in the litigation.

8         THE COURT:  Will counsel guaranty to me that the

9    bank's not going to lose any money on this?

10        MR. MARKS:  That's correct, Your Honor.  I can't

11   imagine how that would happen, especially with their lien

12   interests.

13        THE COURT:  The reporter has that down.

14        But Sports Shinko is in some sort of a

15   receivership?

16        MR. MARKS:  Not any longer, Your Honor.

17        THE COURT:  Pardon me?

18        MR. MARKS:  Not any longer.  There was a

19   trustee, a bankruptcy trustee, appointed by the Osaka

20   district court.  The bankrupt proceedings have closed, the

21   trustee has been discharged, the stock was purchased out

22   of bankruptcy by Goldman Sachs Companies, and so there is

23   no longer any receiver or trustee overlay to the case at

24   all.

25        THE COURT:  What about the rights of -- I mean,

1    there's mention of rights of creditors having -- their

2    interests have been impacted by these allegedly fraudulent

3    transactions.

4         MR. MARKS:  Our answer to that, Your Honor, is

5    that there has been no adverse impact on any creditor;

6    that the creditor and the debtor in this case is basically

7    the same person.  There's now a successor in the form of a

8    new shareholder of the same companies, but the -- if there

9    were creditors who were injured, it would have been Japan

10   Bank creditors, and they're not parties.  So as far as we

11   can tell, there's no proper plaintiff and there's no

12   proper claim under the UFTA, but I'm sure Paul disagrees

13   with that, Your Honor.

14        MR. ALSTON:  I do disagree, Your Honor.  There

15   were loans.  There were creditors.  As a result of the

16   bankruptcy of Sports Shinko Japan, basically the claims of

17   creditors were resolved and a new shareholder stepped in

18   to take control of the Sports Shinko entities.  And that

19   was, as Mr. Marks indicated, an affiliate -- distant

20   affiliate of Goldman Sachs.  And now the matter is being

21   prosecuted for the benefit of the new owners of the

22   various entities.

23        MR. MARKS:  Your Honor, I trust you're not all

24   that interested in getting to the merits of a motion,

25   but --

```
 1                    COURT REPORTER'S CERTIFICATE

 2             I, Debra Kekuna Chun, Official Court Reporter,

 3    United States District Court, District of Hawaii, do

 4    hereby certify that the foregoing is a correct transcript

 5    from the record of proceedings in the above-entitled

 6    matter.

 7             DATED at Honolulu, Hawaii, March 6, 2006.

 8

 9                                  /s/ Debra Chun

10                                  DEBRA KEKUNA CHUN

11                                  RPR, CRR

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```