IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation, | CIVIL NO.  04-00124 ACK/BMK (Consolidated Case) |
| Plaintiff, | |
| vs. | |
| QK HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI, | DECLARATION OF JOHN REYES-BURKE |
| Defendants. | |

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | CIVIL NO.  04-00125 ACK/BMK |
| Plaintiff, | |
| vs. | |
| PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI, | |
| Defendants. | |

SPORTS SHINKO (USA) CO.,
LTD., a Delaware corporation,

          Plaintiff,

   vs.

KIAHUNA GOLF CLUB, LLC, a
Hawai`i limited liability company;
KG KAUAI DEVELOPMENT, LLC,
a Hawai`i limited liability company;
PUKALANI GOLF CLUB, LLC, a
Hawai`i limited liability company;
KG MAUI DEVELOPMENT, LLC, a
Hawai`i limited liability company;
MILILANI GOLF CLUB, LLC, a
Hawai`i limited liability company;
QK HOTEL, LLC, a Hawai`i limited
liability company; OR HOTEL, LLC,
a Hawai`i limited liability company,
and KG HOLDINGS, LLC, a Hawai`i
limited liability company, FRANKLIN
K. MUKAI,

          Defendants.

CIVIL NO.  04-00126 ACK/BMK

---

SPORTS SHINKO CO., LTD., a
Japanese corporation,

          Plaintiff,

   vs.

OR HOTEL, LLC, a Hawai`i limited
liability company, KG HOLDINGS,
LLC, a Hawai`i limited liability
company, FRANKLIN K. MUKAI,

          Defendants.

CIVIL NO.  04-00127 ACK/BMK

|  |  |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>    Plaintiff,<br><br> vs.<br><br>MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG HOLDINGS LLC, Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>    Defendants. | CIVIL NO.  04-00128 ACK/BMK |

## Declaration of John Reyes-Burke

1. I am licensed to practice law before this Court, and one of the attorneys representing Defendant Franklin K. Mukai in the above-captioned matters;

2. Attached as Exhibit "A" is a true and correct copy of the Complaint To Set Aside Fraudulent Transfers, For Declaratory And Injunctive Relief and Damages, filed in Civil No. 02-1-2766-11, Circuit Court of the First Circuit, State of Hawai'i on November 26, 2002.

I, John Reyes-Burke, declare under penalty of law that the foregoing is true and correct.

JOHN REYES-BURKE