IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>Defendants. | CIVIL NO. 04-00124 ACK/BMK (Consolidated Case)<br><br>CERTIFICATE OF SERVICE<br><br>(No trial date assigned.) |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>Defendants. | CIVIL NO. 04-00125 ACK/BMK |

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>KIAHUNA GOLF CLUB, LLC, a Hawai`i limited liability company; KG KAUAI DEVELOPMENT, LLC, a Hawai`i limited liability company; PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company; QK HOTEL, LLC, a Hawai`i limited liability company; OR HOTEL, LLC, a Hawai`i limited liability company, and KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>              Defendants. | CIVIL NO. 04-00126 ACK/BMK |
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>OR HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>              Defendants. | CIVIL NO. 04-00127 ACK/BMK |

2

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG HOLDINGS LLC, Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>          Defendants. | CIVIL NO. 04-00128 ACK/BMK |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served on the following parties in the manner specified below, on March 17, 2006, addressed as follows:

                                                                                   U.S. Mail    Delivery

PAUL ALSTON, ESQ.                                    ( )      ( ✓ )
GLENN T. MELCHINGER, ESQ.
Alston Hunt Floyd & Ing
1800 ASB Tower
1001 Bishop Street
Honolulu, HI 96813

    Attorneys for Plaintiff

|  | U.S. Mail | Delivery |
|---|---|---|
| WARREN PRICE, III, ESQ.<br>ROBERT A. MARKS, ESQ.<br>Price Okamoto Himeno & Lum<br>728 Ocean View Center<br>707 Richards Street<br>Honolulu, HI 96813 | ( ) | ( ✓ ) |

   Attorney for Defendants
   KG HOLDINGS, LLC
   KG KAUAI DEVELOPMENT, LLC;
   KG MAUI DEVELOPMENT, LLC;
   KIAHUNA GOLF CLUB, LLC;
   MILILANI GOLF CLUB, LLC
   OR HOTEL, LLC;
   PUKALANI GOLF CLUB, LLC
   PUKALANI GOLF CLUB, LLC;
   QK HOTEL, LLC

   DATED: Honolulu, Hawaii, \_\_MAR 1 7 2006_____.

   _____
   WILLIAM A. BORDNER
   JOHN REYES-BURKE
   Attorneys for Defendant
   and Third-Party Plaintiff
   FRANKLIN K. MUKAI