Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                   1126-0
GLENN T. MELCHINGER           7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai‘i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Plaintiff
and Third-Party Defendants,
the SS Entities

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>    Defendants,<br><br>  and<br><br>FRANKLIN K. MUKAI,<br><br>    Third-Party Plaintiff,<br><br>  vs.<br><br>SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (MILILANI) CO., LTD., a | CIVIL NO. CV 04-00124 ACK/BMK<br><br>CONSOLIDATED CASES<br><br>**STIPULATION RE BRIEFING SCHEDULE ON KG DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN CV NO. 04-00128 ACK-BMK FILED ON MARCH 29, 2006, FILED APRIL 12, 2006; AND ORDER** |

610708_1 / 6850-5

```
Hawai`i corporation; SPORTS        )
SHINKO (KAUAI) CO., LTD., a        )
Hawai`i corporation; SPORTS        )
SHINKO (PUKALANI) CO., LTD., a     )
Hawai`i corporation; SPORTS        )
SHINKO RESORT HOTEL                )
CORPORATION, a Hawai`i             )
corporation; SPORTS SHINKO         )
(WAIKIKI) CORPORATION, a           )
Hawai`i corporation; and OCEAN     )
RESORT HOTEL CORPORATION, a        )
Hawai`i corporation,               )
                                   )
          Third-Party              )
          Defendants.              )
_____)
                                   )
SPORTS SHINKO (USA) CO., LTD.,     )   CIVIL NO. CV 04-00125
a Delaware corporation,            )           ACK/BMK
                                   )
          Plaintiff,               )
                                   )
     vs.                           )
                                   )
PUKALANI GOLF CLUB, LLC, a         )
Hawai`i limited liability          )
company; KG MAUI DEVELOPMENT,      )
LLC, a Hawai`i limited             )
liability company; KG HOLDINGS,    )
LLC, a Hawai`i limited             )
liability company, FRANKLIN K.     )
MUKAI,                             )
                                   )
          Defendants,              )
                                   )
     and                           )
                                   )
FRANKLIN K. MUKAI,                 )
                                   )
          Third-Party              )
          Plaintiff,               )
                                   )
     vs.                           )
                                   )
SPORTS SHINKO CO., LTD.,           )
a Japan corporation, SPORTS        )
SHINKO (HAWAII) CO., LTD.,         )
a Hawai`i corporation, SPORTS      )
SHINKO (MILILANI) CO., LTD.,       )
a Hawai`i corporation, SPORTS      )
```

610708_1 / 6850-5                 -2-

```
SHINKO (KAUAI) CO., LTD.,            )
a Hawai`i corporation, SPORTS        )
SHINKO (PUKALANI) CO., LTD., a       )
Hawai`i corporation, SPORTS          )
SHINKO RESORT HOTEL                  )
CORPORATION, a Hawai`i               )
corporation, SPORTS SHINKO           )
(WAIKIKI) CORPORATION,               )
a Hawai`i corporation, and           )
OCEAN RESORT HOTEL CORPORATION,      )
a Hawai`i corporation,               )
                                     )
          Third-Party                )
          Defendants.                )
_____)
                                     )
SPORTS SHINKO (USA) CO., LTD, a      )  CIVIL NO. CV 04-00126
Delaware corporation,                )            ACK/BMK
                                     )
          Plaintiff,                 )
                                     )
     vs.                             )
                                     )
KIAHUNA GOLF CLUB, LLC, a            )
Hawai‘i limited liability            )
company; KG KAUAI DEVELOPMENT,       )
LLC, a Hawai‘i limited liability     )
company; PUKALANI GOLF CLUB,         )
LLC, a Hawai‘i limited liability     )
company; KG MAUI DEVELOPMENT,        )
LLC, a Hawai‘i limited liability     )
company; MILILANI GOLF CLUB,         )
LLC, a Hawai‘i limited liability     )
company; QK HOTEL, LLC, a            )
Hawai‘i limited liability            )
company; OR HOTEL, LLC, a            )
Hawai‘i limited liability            )
company, and KG HOLDINGS, LLC,       )
a Hawai‘i limited liability          )
company,                             )
                                     )
          Defendants,                )
                                     )
     and                             )
                                     )
FRANKLIN K. MUKAI,                   )
                                     )
          Third-Party                )
Plaintiff,                           )
                                     )
```

```
          vs.                              )
                                           )
SPORTS SHINKO CO., LTD., a                 )
Japan corporation, SPORTS                  )
SHINKO (HAWAII) CO., LTD., a               )
Hawai`i corporation, SPORTS                )
SHINKO (MILILANI) CO., LTD., a             )
Hawai`i corporation, SPORTS                )
SHINKO (KAUAI) CO., LTD., a                )
Hawai`i corporation, SPORTS                )
SHINKO (PUKALANI) CO., LTD., a             )
Hawai`i corporation, SPORTS                )
SHINKO RESORT HOTEL                        )
CORPORATION, a Hawai`i                     )
corporation, SPORTS SHINKO                 )
(WAIKIKI) CORPORATION, a                   )
Hawai`i corporation and OCEAN              )
RESORT HOTEL CORPORATION, a                )
Hawai`i corporation,                       )
                                           )
          Third-Party                      )
          Defendants.                      )
_____)
                                           )
SPORTS SHINKO CO., LTD., a                 )  CIVIL NO. CV 04-00127
Japanese corporation,                      )           ACK/BMK
                                           )
          Plaintiff,                       )
                                           )
     vs.                                   )
                                           )
OR HOTEL, LLC, a Hawai`i                   )
limited liability company, KG              )
HOLDINGS, LLC, a Hawai`i                   )
limited liability company,                 )
FRANKLIN K. MUKAI,                         )
                                           )
          Defendants,                      )
                                           )
     and                                   )
                                           )
FRANKLIN K. MUKAI,                         )
                                           )
          Third-Party                      )
          Plaintiff,                       )
                                           )
     vs.                                   )
                                           )
SPORTS SHINKO (USA) CO., LTD.,             )
a Delaware corporation; SPORTS             )
```

```
SHINKO (HAWAII) CO., LTD., a       )
Hawai`i corporation; SPORTS        )
SHINKO (MILILANI) CO., LTD., a     )
Hawai`i corporation; SPORTS        )
SHINKO (KAUAI) CO., LTD., a        )
Hawai`i corporation; SPORTS        )
SHINKO (PUKALANI) CO., LTD., a     )
Hawai`i corporation; SPORTS        )
SHINKO RESORT HOTEL                )
CORPORATION, a Hawai`i             )
corporation; SPORTS SHINKO         )
(WAIKIKI) CORPORATION, a           )
Hawai`i corporation; and OCEAN     )
RESORT HOTEL CORPORATION, a        )
Hawai`i corporation,               )
                                   )
          Third-Party              )
          Defendants.              )
_____)
                                   )
SPORTS SHINKO (USA) CO., LTD.,     )   CIVIL NO. CV 04-00128
a Delaware corporation,            )            ACK/BMK
                                   )
          Plaintiff,               )
                                   )
     vs.                           )
                                   )
MILILANI GOLF CLUB, LLC,           )
a Hawai`i limited liability        )
company; KG HOLDINGS, LLC,         )
a Hawai`i limited liability        )
company, FRANKLIN K. MUKAI,        )
                                   )
          Defendants,              )
                                   )
     and                           )
                                   )
                                   )
FRANKLIN K. MUKAI,                 )
                                   )
          Third-Party              )
          Plaintiff,               )
                                   )
     vs.                           )
                                   )
SPORTS SHINKO CO., LTD., a         )
Japan corporation, SPORTS          )
SHINKO (HAWAII) CO., LTD., a       )
Hawai`i corporation, SPORTS        )
SHINKO (MILILANI) CO., LTD., a     )
```

```
Hawai`i corporation, SPORTS        )
SHINKO (KAUAI) CO., LTD., a        )
Hawai`i corporation, SPORTS        )
SHINKO (PUKALANI) CO., LTD.,       )
a Hawai`i corporation, SPORTS      )
SHINKO RESORT HOTEL                )
CORPORATION, a Hawai`i             )
corporation, SPORTS SHINKO         )
(WAIKIKI) CORPORATION, a           )
Hawai`i corporation, and           )
OCEAN RESORT HOTEL CORPORATION,    )
a Hawai`i corporation,             )
                                   )
          Third-Party              )
          Defendants.              )
_____  )
```

**STIPULATION RE BRIEFING SCHEDULE ON KG DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN CV NO. 04-00128 ACK-BMK FILED ON MARCH 29, 2006, FILED APRIL 12, 2006**

IT IS HEREBY STIPULATED, by and between all appearing parties herein and through their respective counsel, that the briefing schedule on KG Defendants' Motion for Reconsideration of Order Denying Defendants' Motion for Summary Judgment in CV No. 04-00128 ACK-BMK Filed on March 29, 2006, filed April 12, 2006 ("the Motion"), shall be as follows:

Memoranda in opposition to the Motion shall be due on May 5, 2006.

Movant's reply shall be due on May 26, 2006.

610708_1 / 6850-5                          -6-

-7-

DATED:    Honolulu, Hawai`i, _____April 18,_____, 2006.


                                    ____/s/ Glenn T. Melchinger___
                                    PAUL ALSTON
                                    GLENN T. MELCHINGER

                                    Attorneys for Plaintiff
                                    and Third-Party Defendants,
                                    the SS Entities



                                    ____/s/ William A. Bordner___
                                    WILLIAM A. BORDNER
                                    Attorney for Defendant
                                    and Third-Party Plaintiff
                                    FRANKLIN K. MUKAI

```
                              /s/ Robert A. Marks
                        WARREN PRICE, III
                        ROBERT A. MARKS
                        Attorneys for Defendants
                        KIAHUNA GOLF CLUB, LLC; KG
                        KAUAI DEVELOPMENT, LLC;
                        PUKALANI GOLF CLUB, LLC; KG
                        MAUI DEVELOPMENT, LLC;
                        MILILANI GOLF CLUB, LLC;
                        QK HOTEL, LLC; OR HOTEL, LLC;
                        AND KG HOLDINGS, LLC


                        APPROVED AND SO ORDERED:
```



```
                        _____
                        Alan C. Kay
                        Sr. United States District Judge
```

---

Case Nos. CV 04-00124 ACK/BMK, CV 04-00125 ACK/BMK, CV 04-00126 ACK/BMK, CV 04-00127 ACK/BMK, and CV 04-00128 ACK/BMK; U.S. District Court for the District of Hawai`i - STIPULATION RE BRIEFING SCHEDULE ON KG DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN CV NO. 04-00128 ACK-BMK FILED ON MARCH 29, 2006, FILED APRIL 12, 2006, AND ORDER