[Translation]

(Form 1-B)

| Date of President's Decision: *July 27* | | | RINGISHO | Section Preparing [this Request]: | 7/26/2000 | Seal of Confirmation of Decision: |
|---|---|---|---|---|---|---|
| Authorized | Conditional | Rejected | | | International Operations HQ No 99-**10** | |
| [Seal: Kinoshita] | | | | | | |

| Comments of Decision Maker |
|---|
|  |

| Circulation within Head Office: | | | | | | | General Manager of General Affairs |
|---|---|---|---|---|---|---|---|
|  | Date: | Date: | Date: | Date: | Date: | Date: | Date: |
| Consultations: | | | | Prepared by? | [Fukuda Seal] | | Prepared by: |
|  | Date: | Date: | Date: | | Date: 7/27 | Date: | Date: Date: |

### Re: Sale of Mililani Company-Owned Residence

We would like to proceed with the sale of the residence near the 1st hole that the company currently owns and hereby request authorization [with respect to same].

**Sale Price: $141,000**  (Broker Commission: Century 21   6%)

We have been moving forward with efforts to sell this company-owned residence, looking far and wide through real estate firms for a Buyer who would purchase the property for more than our acquisition price of $133,000. We have now located a Buyer [who is willing to purchase the property] for $141,000. The plan is to immediately open an escrow account and to close the transaction (within at most one month) as soon as the Buyer lines up a mortgage. Authorization is hereby requested [to proceed with same]. (Date of Purchase: October 1986, Purchase Price: $133,000)

Buyer: Sharon Keating

Broker: Century 21 Liberty Homes

* Attachment[s]: Request Form

| Received by Head Office: | [Seal:] Receipt of Request for Authorization 7/27/00 General Affairs Section Tokyo Head Office Sports Shinko Co. Ltd. | Comments received from Individuals Consulted: |
|---|---|---|



168 1267



[Translation]

# FAX

**SPORTS SHINKO CO., LTD.**

3-7 Kanda Ogawamachi
Chiyoda-ku, Tokyo 101 Japan
Phone: 03-5259-1500  Fax: 03-5259-1530

To:   Mr. Mikiya Saito – Mililani          cc: Mr. Satoshi Kinoshita

From: Tsugio Fukuda

July 27, 2000

[We] have received approval for the sale of the condominium.  I am forwarding a copy of same.

No further text.

168 1268

[Translation]

# MILILANI GOLF CLUB
*Sports Shinko (Mililani) Co., Ltd.*

95-176 Kuahelani Avenue, Mililani Town, Hawaii 96789  Telephone: 623-2222  FAX: 623-9441

## VIA FAX

**DATE:** 7/25/00

**TO:** Mr. Fukuda, General Manager

**COMPANY:** SSJ

**FROM:** Mikiya Saito

**SUBJECT:** Sale of Apartment

**NUMBER OF PAGES INCLUDING THIS PAGE:**

**MESSAGE:**

[We] accepted the offer of $141,000 for the apartment located next to the 1st hole. [The transaction] will now go into escrow. The name of the Buyer is Sharon Keating.

168 1269

（様式1-B）

| 社長決裁年月日 | 7月27日 | | | 稟議書 | 起案部署 | 2000年7月26日 | 決済確認印 |
|---|---|---|---|---|---|---|---|
| 許可 | 条件付 | 否決 | | | | 国際事業本部 No.00- **10** | |
| ㊞ | | | | | | | |

決　裁　者　意　見

| 本社回議 | | | | | | | 総務部長 |
|---|---|---|---|---|---|---|---|
| | 月　日 | 月　日 | 月　日 | 月　日 | 月　日 | 月　日 | 月　日 |
| 合議 | | | | 起案 ㊞ | | | 起案者 |
| | 月　日 | 月　日 | 月　日 | 7月27日 | 月　日 | 月　日 | 月　日 |

**ミリラニ社宅売却の件**
現在所有している1番ホール沿いの社宅を売却致したく申請いたします。

**売却価格：14万1千ドル**　（仲介手数料：センチュリー21社　6％）

当社所有の社宅の売却を手配しておりましたが、取得価格の13万3千ドル以上での買い手を広く不動産業者を通じて探していたところ14万1千ドルでこの程買い手が見つかりました。直ちにエスクロ口座を開設し買い手側が住宅ローンの手配がすみ次第クロージング（最大限1ヶ月以内）が実行される予定ですので申請致します。（購入月日 1986年10月 購入価格 133,000ドル）

買い手：Sharon Keating

仲介：Century 21 Liberty Homes

※添付書類：申請書

| 本社受付 | ㊞ 00.7.27 | 合議者意見 |
|---|---|---|

168　1267

# FAX

**SPORTS SHINKO CO. LTD.**

3-7 Kanda Ogawamachi
Chiyoda-ku, Tokyo 101 Japan
Phone: 03-5259-1500  Fax 03-5259-1530

To: Mr. Mikiya Saito – Mililani          cc: Mr. Satoshi Kinoshita

From: Tsugio Fukuda

July 27, 2000

コンドミニアム売却の決裁を頂きましたのでコピー送ります。

以上

168 1268

07/25/2000 TUE 14:07 FAX 808 623 9441   MILILANI GOLF CLUB → SPORTS SHINKO CO  ☒001



# MILILANI GOLF CLUB
Sports Shinko (Mililani) Co., Ltd.

95-176 Kuahelani Avenue • Mililani Town • Hawaii 96789 • Telephone 623-2222 • FAX 623-9441

_VIA FAX_

DATE: 7/25/00

TO: 福田部長殿

COMPANY: SRJ

FROM: 斎藤 三樹夫

SUBJECT: 3パート売却

NUMBER OF PAGES INCLUDING THIS PAGE: ___

MESSAGE:

1番ホール横の3パートのオファー $141,000 で承諾しました。これからエスクローに入ります。先方の名前は Sharon Keating です。

168 1269