# FURUTANI, SATO & KOMATSUBARA
## ATTORNEYS AT LAW

**MILES B. FURUTANI**
e-mail: mfurutani@hawaii.rr.com

SUITE 600, CENTRAL PACIFIC PLAZA
220  SOUTH KING STREET
HONOLULU, HAWAII  96813

Telephone:
**(808)528-1000**
Facsimile:
**(808)523-5550**

January 29, 2002

<u>HAND DELIVERY</u>

Satoshi Kinoshita, Ph.D.
175 Paokalani Street
Suite 300, Ocean Resort Hotel
Honolulu, Hawaii   96815

            Re:  <u>Resort Management Services (Hawaii), Inc.</u>

Dear Dr. Kinoshita:

        On January 22, 2002, we were advised by Stacey Hee,
Esq. that the following Management Agreements would be terminated
by the various Sports Shinko entities:


        1.   Golf Course Management Agreement dated August 31, 2000,
by and between Sports Shinko (Kauai) Co., Ltd., a Hawaii
corporation,and Resort Management Services (Hawaii), Inc., a
Hawaii corporation;

        2.   Restated Golf Course Management Agreement dated August
31, 2000, by and between Sports Shinko (Pukalani) Co., Ltd., a
Hawaii corporation, and Resort Management Services (Hawaii),
Inc., a Hawaiicorporation;

        3.   Golf Course Management Agreement dated August 31, 2000,
by and between Sports Shinko (Mililani) Co., Ltd., a Hawaii
corporation, and Resort Management Services (Hawaii), Inc., a
Hawaii corporation, as amended by First Amendment to Golf Course
Management Agreement (Mililani Golf Course) dated September 5,
2001;

**EXHIBIT** _3_

0    2000533

**T151393**

Satoshi Kinoshita, Ph.D.                    **FURUTANI, SATO & KOMATSUBARA**
January 29, 2002
Page 3


   4.   Hotel Management Agreement dated August 31, 2000, by
and between Sports Shinko (Waikiki) Co., Ltd., a Hawaii
corporation, dba Queen Kapiolani Hotel, and Resort Management
Services (Hawaii), Inc., a Hawaii corporation, as amended by


First Amendment to Hotel Management Agreement (Queen Kapiolani
Hotel) dated September 5, 2001; and

   5.   Hotel Management Agreement dated August 31, 2000, by
and between Sports Shinko (Waikiki) Co., Ltd., a Hawaii
corporation, dba Ocean Resort Hotel Waikiki, and Resort
Management Services (Hawaii), Inc., a Hawaii corporation
(collectively, the "Management Agreements").

   I am writing this letter to you to confirm our earlier
discussions regarding the termination of the Management
Agreements, together with our understanding of the terms and
conditions of our understanding going forward.

   While Resort Management Services (Hawaii), Inc. agreed
in principle to the termination of the Management Agreements, we
also agreed that the parties would negotiate in good faith, the
issue regarding the amount of the termination fee.  As evidence
of Sports Shinko's good faith, and "partial payment", the Maui
residence would be conveyed to Resort Management Services
(Hawaii), Inc., at a value of $200,000.00.  As such, I have
enclosed a draft of the deed for the Maui residence which, when
signed, will convey ownership to Resort Management Services
(Hawaii), Inc.  Please review the draft of the deed, and if
acceptable, we shall finalize the deed, and have the original
available for your signature in my office.

   To show our "good faith" we will allow the sale of the
various Sports Shinko properties to be sold without filing any
claim or lawsuit and to resolve the termination fee issue after
closing.

   If there are any misunderstandings, please advise me
immediately so that we may clarify these issues as soon as
possible.

**T151394**

0   2000504

Satoshi Kinoshita, Ph.D.
January 29, 2002
Page 3

**FURUTANI, SATO & KOMATSUBARA**

   Thank you very much for your kind cooperation in this matter.

         Very truly yours,

        FURUTANI, SATO & KOMATSUBARA
         Attorneys at Law

        MILES B. FURUTANI

MBF:me

T151395

0  2000505