## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:


Served Electronically through CM/ECF:

William A. Bordner    bbordner@bmbe-law.com   *May 22, 2006*
                         turcia@bmbe-law.com
Attorney for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI


Robert A. Marks      ram@pohlhawaii.com    *May 22, 2006*
                         sfujioka@pohlhawaii.com
Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC;
KG KAUAI DEVELOPMENT, LLC;
PUKALANI GOLF CLUB, LLC;
KG MAUI DEVELOPMENT, LLC;
MILILANI GOLF CLUB, LLC;
QK HOTEL, LLC;
OR HOTEL, LLC; and
KG HOLDINGS, LLC


DATED:    Honolulu, Hawai`i, May 22, 2006


/s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs
and Third-Party
Defendants,
the SS Companies

614450_1 / 6850-5