PRICE OKAMOTO HIMENO & LUM
WARREN PRICE III          1212
ROBERT A. MARKS          2163
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Phone: 808.538.1113
Fax: 808.533.0549
E-mail:   ram@pohlhawaii.com

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC,
KG KAUAI DEVELOPMENT, LLC,
PUKALANI GOLF CLUB, LLC,
KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC,
QK HOTEL, LLC, OR HOTEL, LLC,
AND KG HOLDINGS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japan corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>QK HOTEL, LLC, a Hawaii limited liability company, et al.,<br><br>　　　　　　　Defendants,<br><br>　　and<br><br>FRANKLIN K. MUKAI,<br><br>　　　　　　　Third-Party Plaintiff,<br><br>　　vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware Corporation, et al.,<br><br>　　　　　　　Third-Party Defendants. | CV 04-00124 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>THIRD STIPULATION RE BRIEFING SCHEDULE ON KG DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN CV NO. 04-00128 ACK/BMK FILED ON 3/29/06 (FILED 04/12/06); ORDER<br><br><br>Non-Hearing Motion |

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | CV 04-00125 ACK-BMK |
| Plaintiff, | |
| vs. | |
| PUKALANI GOLF CLUB, LLC, a Hawaii limited liability company, et al., | |
| Defendants, | |
| and | |
| FRANKLIN K. MUKAI, | |
| Third-Party Plaintiff, | |
| vs. | |
| SPORTS SHINKO CO., LTD., a Japan Corporation, et al., | |
| Third-Party Defendants | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | CV 04-00126 ACK-BMK |
| Plaintiff, | |
| vs. | |
| KIAHUNA GOLF CLUB, LLC, a Hawaii limited liability company, et al., | |
| Defendants, | |
| and | |
| FRANKLIN K. MUKAI, | |
| Third-Party Plaintiff, | |
| vs. | |
| SPORTS SHINKO CO., LTD., a Delaware Corporation, et al., | |
| Third-Party Defendants. | |

2

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japan corporation, | CV 04-00127 ACK-BMK |
| Plaintiff, | |
| vs. | |
| OR HOTEL, LLC, a Hawaii limited liability company, et al., | |
| Defendants, | |
| and | |
| FRANKLIN K. MUKAI, | |
| Third-Party Plaintiff, | |
| vs. | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware Corporation, et al., | |
| Third-Party Defendants. | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | CV 04-00128 ACK-BMK |
| Plaintiff, | |
| vs. | |
| MILILANI GOLF CLUB, LLC, a Hawaii limited liability company; et al., | |
| Defendants, | |
| and | |
| FRANKLIN K. MUKAI, | |
| Third-Party Plaintiff, | |
| vs. | |
| SPORTS SHINKO CO., LTD., a Japan Corporation, et al., | |
| Third-Party Defendants. | |

THIRD STIPULATION RE BRIEFING SCHEDULE ON KG DEFENDANTS'
MOTION FOR RECONSIDERATION OF ORDER DENYING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT IN CV NO. 04-00128 ACK/BMK
FILED ON 3/29/06 (FILED 04/12/06)

Defendants Kiahuna Golf Club, LLC, KG Kauai Development, LLC,

Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC,

QK Hotel, LLC, OR Hotel, LLC, and KG Holdings, LLC ("KG Defendants"),

through their attorneys, Price Okamoto Himeno and Lum, Defendant Franklin K.

Mukai, through his attorneys, Burke McPheeters Bordner & Estes, and Plaintiffs

Sports Shinko Co., Ltd. and Sports Shinko (USA) Co., Ltd., through their

attorneys, Alston Hunt Floyd and Ing, hereby stipulate that KG Defendants

deadline to file its reply to The Sports Shinko Companies' Memorandum In

Opposition To KG Defendants' Motion For Reconsideration of Order Denying

Defendants Motion For Summary Judgment In CV No. 04-0128 ACK-BMK, Filed

On 03/29/06 is extended from June 6, 2006 to June 16, 2006.

1

DATED:  Honolulu, Hawaii, June 1, 2006.

/s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC,
KG KAUAI DEVELOPMENT, LLC,
PUKALANI GOLF CLUB, LLC,
KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC,
QK HOTEL, LLC, OR HOTEL, LLC,
AND KG HOLDINGS, LLC

/s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs
SPORTS SHINKO CO., LTD. AND
SPORTS SHINKO (USA) CO., LTD.

/s/ John Reyes-Burke
WILLIAM BORDNER, ESQ.
JOHN REYES-BURKE, ESQ.

Attorneys for Defendant
FRANKLIN K. MUKAI

2

APPROVED AND SO ORDERED:



_____
Alan C. Kay
Sr. United States District Judge

_____
STIPULATION TO EXTEND TIME TO FILE REPLY TO KG DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN CV NO. 04-00128 ACK/BMK FILED ON 3/29/06 (FILED 04/12/06); ORDER; Sports Shinko Co., Ltd. v. QK Hotel, LLC, et al. etc., D. Hawaii CV No. 04-00124 and consolidated cases.