PRICE OKAMOTO HIMENO & LUM

WARREN PRICE III          1212
ROBERT A. MARKS          2163
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Phone: 808.538.1113
Fax: 808.533.0549
E-mail:  wprice@pohlhawaii.com
            ram@pohlhawaii.com


Attorneys for Defendants
KG HOLDINGS, LLC, KIAHUNA
GOLF CLUB, LLC, KG KAUAI
DEVELOPMENT, LLC, PUKALANI
GOLF CLUB, LLC, KG MAUI
DEVELOPMENT, LLC, MILILANI
GOLF CLUB, LLC, QK HOTEL, LLC,
and OR HOTEL, LLC,

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japan corporation, | CV 04-00124 ACK-BMK |
| Plaintiff, | CONSOLIDATED CASES |
| vs. | CERTAIN KG DEFENDANTS' MOTION TO EXPUNGE NOTICE OF PENDENCY OF ACTION FILED ON FEBRUARY 20, 2004; MEMORANDUM OF LAW; DECLARATION OF WAYNE TANIGAWA; DECLARATION OF ROBERT A. MARKS; EXHIBITS A-C; CERTIFICATE OF SERVICE |
| QK HOTEL, LLC, a Hawaii limited liability company, et al., | |
| Defendants, | |
| and | |
| FRANKLIN K. MUKAI, | |
| Third-Party Plaintiff, | |
| vs. | DATE: _____ |
| SPORTS SHINKO (USA) CO., LTD., a Delaware Corporation, et al., | TIME: _____ |
| | JUDGE:   Hon. Alan C. Kay |

|  |  |
|---|---|
| Third-Party Defendants. | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | CV 04-00125 ACK-BMK |
|        Plaintiff, | |
|    vs. | |
| PUKALANI GOLF CLUB, LLC, a Hawaii limited liability company, et al., | |
|        Defendants, | |
|    and | |
| FRANKLIN K. MUKAI, | |
|        Third-Party Plaintiff, | |
|    vs. | |
| SPORTS SHINKO CO., LTD., a Japan Corporation, et al., | |
|        Third-Party Defendants | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | CV 04-00126 ACK-BMK |
|        Plaintiff, | |
|    vs. | |
| KIAHUNA GOLF CLUB, LLC, a Hawaii limited liability company, et al., | |
|        Defendants, | |
|    and | |
| FRANKLIN K. MUKAI, | |
|        Third-Party Plaintiff, | |
|    vs. | |
| SPORTS SHINKO CO., LTD., a Delaware Corporation, et al., | |
|        Third-Party Defendants. | |

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japan corporation,<br><br>   Plaintiff,<br><br> vs.<br><br>OR HOTEL, LLC, a Hawaii limited liability company, et al.,<br><br>   Defendants,<br><br> and<br><br>FRANKLIN K. MUKAI,<br><br>   Third-Party Plaintiff,<br><br> vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware Corporation, et al.,<br><br>   Third-Party Defendants. | CV 04-00127 ACK-BMK |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>   Plaintiff,<br><br> vs.<br><br>MILILANI GOLF CLUB, LLC, a Hawaii limited liability company; et al.,<br><br>   Defendants,<br><br> and<br><br>FRANKLIN K. MUKAI,<br><br>   Third-Party Plaintiff,<br><br> vs.<br><br>SPORTS SHINKO CO., LTD., a Japan Corporation, et al.,<br><br>   Third-Party Defendants. | CV 04-00128 ACK-BMK |

3

### CERTAIN KG DEFENDANTS' MOTION TO EXPUNGE
### NOTICE OF PENDENCY OF ACTION
### <u>FILED ON FEBRUARY 20, 2004</u>

Defendants PUKALANI GOLF CLUB, LLC ("PGC, LLC"), KG MAUI

DEVELOPMENT, LLC ("KG Development"), and KG HOLDINGS, LLC ("KG

Holdings") (collectively the "Defendants") by and through their attorneys, Price

Okamoto Himeno & Lum, hereby move the Court to expunge Plaintiff Sports

Shinko (USA) Co., Ltd.'s Notice of Pendency of Action, filed on February 20,

2004, and recorded in the Bureau of Conveyances of the State of Hawaii on

February 23, 2004 as Document No. 2004-036087, and recorded in the Office of

the Assistant Registrar of the State of Hawaii on February 23, 2004 as Document

No. 3073328, and noted on Certificates 602,231 and 602,232 (the "Lis Pendens").

This Motion is made pursuant to Rule 7 of the Federal Rules of Civil

Procedure, Haw. Rev. Stat. §§ 634-51 and 501-151, the attached memorandum and

declarations, the argument of counsel, the reply memorandum to be filed and the

record herein.

//

//

//

//

DATED: Honolulu, Hawaii, June 27, 2006.

/s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC,
KG KAUAI DEVELOPMENT, LLC,
PUKALANI GOLF CLUB, LLC,
KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC,
QK HOTEL, LLC, OR HOTEL, LLC,
AND KG HOLDINGS, LLC