TABLE OF CONTENTS

I.   Introduction .................................................................................................... 2

II.  Background .................................................................................................... 3

     A.   Defendants' Purchase of Subject Properties ...................................... 3

     B.   The Pukalani STP ............................................................................... 4

     C.   The *Lis Pendens* ................................................................................. 5

III. Legal Argument .............................................................................................. 7

     A.   The *Lis Pendens* Should Be Discharged Because the
          Plaintiff's Claims Do Not Affect the Subject Properties .................. 8

     B.   Claims Under Haw. Rev. Stat. Ch. 651C are Limited to
          Money Damages, and Thus, Not Properly the Subject of a
          *Lis Pendens*........................................................................................ 9

     C.   A *Lis Pendens* Cannot be Utilized by Plaintiff Merely
          Because It Wishes to Have a Collateral Interest to Secure
          Collection of a Judgment it Hopes to Recover, When the
          Plaintiff Does Not Assert a Claim to Title or Possession of
          the Subject Property ......................................................................... 12

          1.   The Purpose of a *Lis Pendens* Is To Provide Notice of
               Pending Litigation and Not to Make Plaintiffs
               Secured Creditors ................................................................... 12

          2.   A Plaintiff Must Assert a Direct Claim to Title or a
               Right of Possession in the Subject Property in Order
               To Be Entitled to a *Lis Pendens*............................................ 15

     D.   Neither the Plaintiff's Rescission Claim, Nor Any Other
          Claim for Equitable Relief, Entitles the Plaintiff to the *Lis
          Pendens*............................................................................................ 17

     E.   Even if the Transfer of the Pukalani Properties were
          Rescinded, the Defendants Would Still Be Entitled to an
          Interest in the Pukalani Properties Under Haw. Rev. Stat.
          § 651C-8(d)(1).................................................................................. 20

IV.  Conclusion .................................................................................................... 22

## TABLE OF AUTHORITIES

### CASES

AIG Hawaii Ins. Co., Inc. v. Bateman, 82 Hawaii 453, 923 P.2d 325 (1996) .................................................................................................. 18

Beneficial Hawaii, Inc. v. Kida, 96 Hawaii 289, 30 P.3d 895 (2001) ............ 19

Cole, Schotz, Bernstein, Meisel & Forman v. Owens, 679 A.2d 155 (N.J. Super. Ct. 1996) ..................................................................................... 8

C3 Media & Marketing Group, LLC v. Firstgate Internet, Inc., 419 F. Supp. 2d 419 (S.D.N.Y. 2005)................................................................... 18-19

Dow Chemical Co. v. United States, 226 F.3d 1334 (2000) .......................... 18

Emhart Corp. v. McLarty, 226 Ga. 621, 176 S.E. 2d 698 (1970) .................. 20

Knauer v. Foote, 101 Hawaii 81. 63 P.3d 389 (2003) ................................... 16-17

La Paglia v. Superior Court, 215 Cal.App. 3d 1322 (1989) .......................... 16

S. Utsunomiya Enterprises, Inc. v. Moomuku Country Club, 75 Haw. 480, 866 P.2d 951 (1994)................................................................................ 7, 8, 13-16, 19

Tewa Tesuque v. Morton, 360 F. Supp. 452 (D. N.M. 1973) ........................ 20

Zola v. Gordon, 685 F. Supp. 354 (S.D.N.Y. 1988)....................................... 18

### STATUTES

Haw. Rev. Stat. § 634-51 ............................................................................... 12-13

Haw. Rev. Stat. Ch. 651C ............................................................................... 5, 6

Haw. Rev. Stat. § 651C-4 ............................................................................... 2, 5, 9

Haw. Rev. Stat. § 651C-5 ............................................................................... 2, 5, 9

Haw. Rev. Stat. § 651C-7 ............................................................................... 9, 11

TABLE OF AUTHORITIES (cont'd)

Haw. Rev. Stat. § 651C-8 ............................................................................. 9, 10, 12, 20, 21

11 U.S.C. § 550 ............................................................................................. 9, 10, 12

OTHER AUTHORITIES

13 Am. Jur. 2d Cancellation of Instruments § 48 (2005) .............................. 20

51 Am Jur 2d *Lis Pendens* §28 (2005) ......................................................... 8

12A C.J.S. Cancellation of Instruments § 3 (2005) ....................................... 18

12A C.J.S. Cancellation of Instruments §9 (2005) ........................................ 18

Uniform Fraudulent Transfer Act § 8 cmt. (2) (1984) ................................... 9, 11