IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>         Plaintiff,<br><br>     vs.<br><br>QK HOTEL, LLC, a Hawaiʻi limited liability company, et al.,<br><br>         Defendants,<br><br>     and<br><br>FRANKLIN K. MUKAI,<br><br>         Third-Party Plaintiff,<br><br>     vs.<br><br>SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation, et al.,<br>         Third-Party Defendants. | CIVIL NO. CV 04-00124<br>         ACK/BMK<br><br>CONSOLIDATED CASES<br><br>**DECLARATION OF GLENN T. MELCHINGER; EXHIBITS "A" – "B"** |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>         Plaintiff,<br><br>     vs.<br><br>PUKALANI GOLF CLUB, LLC, a Hawaiʻi limited liability company, et al.,<br><br>         Defendants,<br><br>     and<br><br>FRANKLIN K. MUKAI, | CIVIL NO. CV 04-00125<br>         ACK/BMK |

617936_1 / 6850-5

```
               Third-Party           )
               Plaintiff,            )
                                     )
       vs.                           )
                                     )
SPORTS SHINKO CO., LTD.,             )
a Japan corporation, et al.,         )
                                     )
               Third-Party           )
               Defendants.           )
_____ )

SPORTS SHINKO (USA) CO., LTD, a      )  CIVIL NO. CV 04-00126
Delaware corporation,                )           ACK/BMK
                                     )
               Plaintiff,            )
                                     )
       vs.                           )
                                     )
KIAHUNA GOLF CLUB, LLC,              )
a Hawaiʻi limited liability          )
company, et al.,                     )
                                     )
               Defendants,           )
                                     )
       and                           )
                                     )
FRANKLIN K. MUKAI,                   )
                                     )
               Third-Party           )
Plaintiff,                           )
                                     )
       vs.                           )
                                     )
SPORTS SHINKO CO., LTD.,             )
a Japan corporation, et al.,         )
                                     )
               Third-Party           )
               Defendants.           )
_____ )
                                     )
SPORTS SHINKO CO., LTD., a           )  CIVIL NO. CV 04-00127
Japanese corporation,                )           ACK/BMK
                                     )
               Plaintiff,            )
                                     )
       vs.                           )
                                     )
OR HOTEL, LLC, a Hawai`i             )
limited liability company,           )
```

617936_1 / 6850-5                2

```
et al.,                            )
                                   )
        Defendants,                )
                                   )
    and                            )
                                   )
FRANKLIN K. MUKAI,                 )
                                   )
        Third-Party                )
        Plaintiff,                 )
                                   )
    vs.                            )
                                   )
SPORTS SHINKO (USA) CO., LTD.,     )
a Delaware corporation, et al.,    )
                                   )
        Third-Party                )
        Defendants.                )
_____)

SPORTS SHINKO (USA) CO., LTD.,     )   CIVIL NO. CV 04-00128
a Delaware corporation,            )              ACK/BMK
                                   )
        Plaintiff,                 )
                                   )
    vs.                            )
                                   )
MILILANI GOLF CLUB, LLC,           )
a Hawai`i limited liability        )
company, et al.,                   )
                                   )
        Defendants,                )
                                   )
    and                            )
                                   )
FRANKLIN K. MUKAI,                 )
                                   )
        Third-Party                )
        Plaintiff,                 )
                                   )
    vs.                            )
                                   )
SPORTS SHINKO CO., LTD.,           )
a Japan corporation, et al.,       )
                                   )
        Third-Party                )
        Defendants.                )
_____)
```

**DECLARATION OF GLENN T. MELCHINGER**

Pursuant to 28 U.S.C. § 1746, I declare that:

1. I am an attorney with the law firm of Alston Hunt Floyd & Ing, counsel for Plaintiff and Third-Party Defendants, SPORTS SHINKO CO., LTD.; SPORTS SHINKO (USA) CO., LTD.; SPORTS SHINKO (HAWAII) CO., LTD.; SPORTS SHINKO (MILILANI) CO.; SPORTS SHINKO (KAUAI) CO., LTD.; SPORTS SHINKO (PUKALANI) CO., LTD.; SPORTS SHINKO RESORT HOTEL CORPORATION; SPORTS SHINKO (WAIKIKI) CORPORATION; and OCEAN RESORT HOTEL CORPORATION (the "SS Companies").

2. I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3. Attached hereto as Exhibit "A" is a true and correct copy of the January 15, 2002 purchase and sale agreement between certain of the SS Companies and KG Holdings, LLC recovered from Sports Shinko company files and produced in discovery in this action.

4. Attached hereto as Exhibit "B" is a true and correct copy of a Promissory note dated January 25, 2002 given to Sports Shinko (Pukalani) Co., Ltd. by Movant Pukalani Golf Club, LLC, recovered from Sports Shinko company files and produced in discovery in this action.

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed in Honolulu, Hawai'i on September 7, 2006.


                                            /S/ Glenn Melchinger
                                      GLENN T. MELCHINGER