## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| William A. Bordner | bbordner@bmbe-law.com | September 7, 2006 |
| | turcia@bmbe-law.com | |

Attorney for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI

| Robert A. Marks | ram@pohlhawaii.com | September 7, 2006 |
| | sfujioka@pohlhawaii.com | |

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC;
KG KAUAI DEVELOPMENT, LLC;
PUKALANI GOLF CLUB, LLC;
KG MAUI DEVELOPMENT, LLC;
MILILANI GOLF CLUB, LLC;
QK HOTEL, LLC;
OR HOTEL, LLC; and
KG HOLDINGS, LLC

DATED:   Honolulu, Hawai`i, September 7, 2006.

/s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs
and Third-Party
Defendants,
the SS Companies

624885_1 / 6850-5