IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>QK HOTEL, LLC, a Hawai'i limited liability company; et al.,<br><br>    Defendants,<br><br>and<br><br>FRANKLIN K. MUKAI,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware corporation; et al.,<br><br>    Third-Party Defendants,<br><br>and<br><br>SPORTS SHINKO (HAWAII) CO., LTD., a Hawai'i corporation; et al.,<br><br>    Third-Party Defendants / Counterclaimants,<br><br>vs.<br><br>QK HOTEL, LLC, a Hawai'i limited liability company; et al., | CV 04-00124 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>**REPRESENTATION STATEMENT** |

2101695b.doc

|  |  |
|---|---|
| Third-Party Counterclaim Defendants. |  |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | CV 04-00125 ACK-BMK |
| Plaintiff, |  |
| vs. |  |
| PUKALANI GOLF CLUB, LLC, a Hawai'i limited liability company; et al., |  |
| Defendants, |  |
| and |  |
| FRANKLIN K. MUKAI, |  |
| Third-Party Plaintiff, |  |
| vs. |  |
| SPORTS SHINKO CO., LTD., a Japanese corporation; et al., |  |
| Third-Party Defendants, |  |
| and |  |
| SPORTS SHINKO CO., LTD., a Japanese corporation; et al., |  |
| Third-Party Defendants / Counterclaimants, |  |
| vs. |  |

| | |
|---|---|
| PUKALANI GOLF CLUB, LLC, a Hawai'i limited liability company; et al., <br><br> Third-Party Counterclaim Defendants. | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KIAHUNA GOLF CLUB, LLC, a Hawai'i limited liability company; et al., <br><br> Defendants, <br><br> and <br><br> FRANKLIN K. MUKAI, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> SPORTS SHINKO CO., LTD., a Japanese corporation; et al., <br><br> Third-Party Defendants, <br><br> and <br><br> SPORTS SHINKO (HAWAII) CO., LTD., a Hawai'i corporation; et al., <br><br> Third-Party Defendants / Counterclaimants, | CV 04-00126 ACK-BMK |

| | |
|---|---|
| vs.<br><br>KIAHUNA GOLF CLUB, LLC, a Hawaii limited liability company; et al.,<br><br>      Third-Party Counterclaim Defendants. | |
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>OR HOTEL, LLC, a Hawai'i limited liability company; et al.,<br><br>      Defendants,<br><br>and<br><br>FRANKLIN K. MUKAI,<br><br>      Third-Party Plaintiff,<br><br>vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware corporation; et al.,<br><br>      Third-Party Defendants,<br><br>and<br><br>SPORTS SHINKO (HAWAII) CO., LTD., a Hawai'i corporation; et al., | CV 04-00127 ACK-BMK |

| | |
|---|---|
| Third-Party Defendants / Counterclaimants,<br><br>vs.<br><br>OR HOTEL, LLC, a Hawai'i limited liability company; et al.,<br><br>Third-Party Counterclaim Defendants. | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MILILANI GOLF CLUB, LLC, a Hawai'i limited liability company; et al.,<br><br>Defendants,<br><br>and<br><br>FRANKLIN K. MUKAI,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>SPORTS SHINKO CO., LTD., a Japanese corporation; et al.,<br><br>Third-Party Defendants,<br><br>and<br><br>SPORTS SHINKO (HAWAII) CO., LTD., a Hawai'i corporation; et al., | CV 04-00128 ACK-BMK |

|  |
|---|
| Third-Party Defendants / Counterclaimants, <br><br> vs. <br><br> MILILANI GOLF CLUB, LLC, a Hawai'i limited liability company; et al., <br><br> Third-Party Counterclaim Defendants. |

## REPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2, the parties to the "Order Denying Motion to Expunge Lis Pendens" appealed from and the names, addresses, telephone numbers, facsimile numbers, and e-mail addresses of their respective attorneys are as follows:[1]

> PAUL ALSTON, ESQ. (palston@ahfi.com)
> GLENN T. MELCHINGER, ESQ. (gtm@ahfi.com)
> Alston Hunt Floyd & Ing
> American Savings Bank Tower
> 1001 Bishop Street, 18th Floor
> Honolulu, Hawaii 96813
> Telephone: (808) 524-1800
> Facsimile: (808) 524-4591
> Attorneys for Plaintiff, Third-Party Defendants, and
> the SS Companies
> Sports Shinko Co., Ltd.,
> **Sports Shinko (USA) Co., Ltd.,**

---

[1] As reflected in the caption above, five (5) cases have been consolidated in the United States District Court for the District of Hawaii for certain purposes. The parties identified in boldface type are those particular parties to "Certain KG Defendants' Motion to Expunge Notice of Pendency of Action, Filed on February 20, 2004", filed in Civil No. 04-00125, which is the subject of this appeal. For purposes of completeness, however, the names of all parties in the cases and their respective counsel are provided.

Sports Shinko (Hawaii) Co., Ltd.,
Sports Shinko (Mililani) Co., Ltd.,
Sports Shinko (Kauai) Co., Ltd.,
Sports Shinko (Pukalani) Co., Ltd.,
Sports Shinko Resort Hotel Corporation,
Sports Shinko (Waikiki), Corporation
Ocean Resort Hotel Corporation


WILLIAM A. BORDNER, ESQ. (bbordner@bmbe-law.com)
Burke McPheeters Bordner & Estes
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 3100
Honolulu, Hawaii 96813
Telephone: (808) 523-9833
Facsimile: (808) 528-1656

Attorney for Franklin K. Mukai


WARREN PRICE III, ESQ. (wprice@pohlhawaii.com)
ROBERT A. MARKS, ESQ. (ram@pohlhawaii.com)
Price Okamoto Himeno & Lum
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Facscimile: (808) 533-0549

- and –

SIMON KLEVANSKY, ESQ. (sklevansky@ggik.com)
ALIKA L. PIPER, ESQ. (apiper@ggik.com)
CARISA LIMA KA'ALA HEE, ESQ. (kaalahee@ggik.com)
Gelber, Gelber, Ingersoll & Klevansky
Suite 1400, Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-0155
Facsimile: (808) 531-6963

Attorneys for Defendants
Kiahuna Golf Club, LLC,
KG Kauai Development, LLC,
**Pukalani Golf Club, LLC,**
**KG Maui Development, LLC,**
Mililani Golf Club, LLC,
QK Hotel, LLC, OR Hotel, LLC,
and **KG Holdings, LLC**

DATED: Honolulu, Hawaii, October 27, 2006.

PRICE OKAMOTO HIMENO & LUM

By: /s/ *signature*
Warren Price III
Robert A. Marks

- and -

GELBER, GELBER, INGERSOLL &
KLEVANSKY, A LAW CORPORATION
Simon Klevansky
Alika L. Piper
Carisa Lima Ka'ala Hee

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC,
KG KAUAI DEVELOPMENT, LLC,
PUKALANI GOLF CLUB, LLC,
KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC,
QK HOTEL, LLC, OR HOTEL, LLC,
AND KG HOLDINGS, LLC

---

REPRESENTATION STATEMENT

Sports Shinko Co., Ltd., v. QK Hotel, LLC, et al., Civil No. CV04-00124 ACK/BMK, etc. (Consolidated Cases), United States District Court, District of Hawaii