IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., <br><br>    Plaintiff, <br><br> vs. <br><br> QK HOTEL, LLC, et al., <br><br>    Defendants, <br> and <br> FRANKLIN K. MUKAI, <br><br>    Third-Party Plaintiff, <br><br> vs. <br><br> SPORTS SHINKO (USA) CO., LTD., et al., <br><br>    Third-Party Defendants, <br> and <br> SPORTS SHINKO (HAWAII) CO., LTD., et al., <br><br>    Third-Party Defendants/ <br>    Counterclaimants, <br><br> vs. <br><br> QK HOTEL, LLC, et al., <br><br>    Third-Party Counterclaim <br>    Defendants. <br> AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK <br> CV 04-00125 ACK-BMK <br> CV 04-00126 ACK-BMK <br> CV 04-00127 ACK-BMK <br> CV 04-00128 ACK-BMK <br><br> CONSOLIDATED CASES <br><br> CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 16, 2006 a true and correct copy of the foregoing was served electronically through CM/ECF on the following:

    PAUL ALSTON, ESQ.           palston@ahfi.com
    GLENN T. MELCHINGER, ESQ.   gtm@ahfi.com

        Attorneys for Plaintiffs
        SPORTS SHINKO CO., LTD. and
        SPORTS SHINKO (USA) CO., LTD.
            and
        Third Party Defendants
        SPORTS SHINKO (USA) CO., LTD.
        SPORTS SHINKO (HAWAII) CO., LTD.
        SPORTS SHINKO (MILILANI) CO., LTD.
        SPORTS SHINKO (KAUAI) CO., LTD.
        SPORTS SHINKO (PUKALANI) CO., LTD.
        SPORTS SHINKO RESORT HOTEL CORPORATION
        SPORTS SHINKO (WAIKIKI) CORPORATION, and
        OCEAN RESORT HOTEL CORPORATION


    WILLIAM BORDNER, ESQ.      bbordner@bmbe-law.com

        Attorney for Defendant
        FRANKLIN K. MUKAI


DATED: Honolulu, Hawaii, November 16, 2006.


                                    /s/ Robert A. Marks
                              WARREN PRICE III
                              ROBERT A. MARKS

                              Attorneys for Defendants
                              KG Holdings, LLC, QK Hotel, LLC, OR Hotel,
                              LLC, Pukalani Golf Club, LLC, KG Maui
                              Development, LLC, Mililani Golf Club, LLC,
                              Kiahuna Golf Club, LLC and KG Kauai
                              Development, LLC