UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

<u>DOCKET FEE PAYMENT NOTIFICATION FORM</u>

I. **SHORT CASE TITLE:** SPORTS SHINKO CO., LTD vs. OK HOTEL, LLC, ET AL.,

U.S. COURT OF APPEALS DOCKET NUMBER: _06-17219_

U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

(CONSOLIDATED CASES)

U.S. DISTRICT COURT DOCKET NUMBER: CIVIL NO. 04-00124ACK-BMK,
CIVIL NO. 04-00125 ACK-BMK,
CIVIL NO. 04-00126ACK-BMK,
CIVIL NO. 04-00127ACK-BMK

II   DATE NOTICE OF APPEAL FILED: 10/27/06

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 3 0 2006
DISTRICT OF HAWAII

III  U.S. COURT OF APPEALS PAYMENT STATUS:

DOCKET FEE PAID ON: 10/27/06        AMOUNT: $455.00

NOT PAID YET:                       BILLED:

U.S. GOVERNMENT APPEAL:             FEE WAIVED:

WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?

IF YES, SHOW DATE:        & ATTACH COPY OF ORDER/CJA

WAS F.P. STATUS REVOKED:            DATE:

WAS F.P. STATUS LIMITED IN SOME FASHION?

IF YES, EXPLAIN:

IV   COMPANION CASES, IF ANY:

V.   COMPLETED IN THE U.S. DISTRICT COURT BY:

Laila M. Geronimo

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)