| | | |
|---|---|---|
| Form **1120** | **U.S Corporation Income Tax Return** For calendar year 2003 or tax year beginning _____ ending _____ | OMB No. 1545-0123 **2003** |
| Department of the Treasury Internal Revenue Service | | |

| A Check if a: | Use IRS label. Otherwise, print or type. | Name **SPORTS SHINKO (USA) CO., LTD. & SUBS** | B Employer identification number [REDACTED] |
|---|---|---|---|
| 1 Consolidated return (attach Form 851) [X] | | Number, street, and room or suite no. (If a P.O. box, see page 7 of instructions.) **99-994 IWAENA STREET STE C** | C Date incorporated **08/05/1987** |
| 2 Personal holding co. (attach Sch. PH) [ ] | | City or town, state, and ZIP code **AIEA, HI 96701** | D Total assets (see page 8 of instructions) $ [REDACTED] |
| 3 Personal service corp. (as defined in Regs. sec. 1.441-3(c)) [ ] | | | |

E Check applicable boxes: (1) [ ] Initial return   (2) [ ] Final return   (3) [ ] Name change   (4) [X] Address change

**Income**

| | | | |
|---|---|---|---|
| 1 | a Gross receipts or sales _____ b Less returns and allowances _____ c Bal ▶ | 1c | |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | |
| 4 | Dividends (Schedule C, line 19) | 4 | |
| 5 | Interest | 5 | [REDACTED] |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 18 (attach Form 4797) | 9 | |
| 10 | Other income (attach schedule)  SEE CONSOLIDATED INCOME AND DEDUCTIONS | 10 | [REDACTED] |
| 11 | **Total income.** Add lines 3 through 10 ▶ | 11 | |

**Deductions**

| | | | |
|---|---|---|---|
| 12 | Compensation of officers (Schedule E, line 4) | 12 | |
| 13 | Salaries and wages (less employment credits) | 13 | |
| 14 | Repairs and maintenance | 14 | |
| 15 | Bad debts | 15 | |
| 16 | Rents | 16 | |
| 17 | Taxes and licenses | 17 | [REDACTED] |
| 18 | Interest | 18 | |
| 19 | Charitable contributions | 19 | |
| 20 | Depreciation (attach Form 4562) | 20 | |
| 21 | Less depreciation claimed on Schedule A and elsewhere on return  21a | 21b | |
| 22 | Depletion | 22 | |
| 23 | Advertising | 23 | |
| 24 | Pension, profit-sharing, etc., plans | 24 | |
| 25 | Employee benefit programs | 25 | |
| 26 | Other deductions (attach schedule)  SEE CONSOLIDATED INCOME AND DEDUCTIONS | 26 | [REDACTED] |
| 27 | **Total deductions.** Add lines 12 through 26 ▶ | 27 | |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | |
| 29 | Less: a Net operating loss (NOL) deduction  29a  0. | | |
| | b Special deductions (Schedule C, line 20)  29b | 29c | [REDACTED] |
| 30 | **Taxable income.** Subtract line 29c from line 28 | 30 | |

**Tax and Payments**

| | | |
|---|---|---|
| 31 | Total tax (Schedule J, line 11) | 31 |
| 32 | Payments: a 2002 overpayment credited to 2003  32a | |
| | b 2003 estimated tax payments  32b | |
| | c Less 2003 refund applied for on Form 4466  32c  d Bal ▶ 32d | |
| | e Tax deposited with Form 7004  32e | |
| | f Credit for tax paid on undistributed capital gains (attach Form 2439)  32f | |
| | g Credit for Federal tax on fuels (attach Form 4136). See instructions  32g  ▶ 32h | |
| 33 | Estimated tax penalty (see page 14 of instructions). Check if Form 2220 is attached ▶ [ ] | 33 |
| 34 | Tax due. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | 34 [REDACTED] |
| 35 | Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | 35 |
| 36 | Enter amount of line 35 you want: Credited to 2004 estimated tax ▶ _____ Refunded ▶ | 36 |

**CONFIDENTIAL**
**GT032787**
**REDACTED**

**Sign Here**  Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____  Date _____  Title _____

May the IRS discuss this return with the preparer shown below? [X] Yes [ ] No

**Paid Preparer's Use Only**
Preparer's signature: *Doreen L. [signature]*   Date: 9/7/04   Check if self-employed [ ]
Preparer's SSN or PTIN: [REDACTED]
Firm's name (or yours if self-employed), address, and ZIP code: **GRANT THORNTON LLP**, **1132 BISHOP STREET SUITE 1000**, **HONOLULU, HI 96813**
Phone no. (808) 536-0066

911601 12-08-03 JWA   ▶ See Instructions for Paperwork Reduction Act Notice.   1   Form 1120 (2003)

0560907 098629 0150547   2003.06010 SPORTS SHINKO (USA) CO., LT  01505472

**EXHIBIT 11**