

STATE OF CALIFORNIA    67-112294

THE TREASURER OF THE STATE WILL PAY OUT OF THE    FUND NO.    FUND NAME
IDENTIFICATION NO.                                 0084    BANK & CORP TAX REFUND
                                    TAX YEAR
                                    2003    1730

| MO. | DAY | YR. |
|-----|-----|-----|
| 12  | 02  | 2004 |

90-1342/1211
67112294



TO:
    SPORTS ,SHINKO (USA) CO., LTD.
    99-994 IWAENA ST STE C
    AIEA HI 96701


STEVE WESTLY
CALIFORNIA STATE CONTROLLER

⑆621113423⑆ 671122944⑈

DETACH ON DOTTED LINE
ISSUE DATE: 12/02/2004  KEEP THIS PORTION FOR YOUR RECORDS          67-112294
FRANCHISE TAX BOARD                RETURN INFORMATION NOTICE
P.O. BOX 942857                    NOTICE DATE  :  2004-12-03
SACRAMENTO, CA 94257               NOTICE NUMBER:  0004603172091
TEL: (800) 852-5711                CORP         :  [REDACTED]

SPORTS SHINKO (USA) CO., LTD.

THE ATTACHED REFUND IS FOR TAX YEAR END 12/03.  IF WE HAVE
ADJUSTED YOUR RETURN, THE DETAILS ARE SHOWN BELOW.  THE
ENCLOSED,FTB 5949,PROVIDES AN EXPLANATION OF PARAGRAPH(S):
EA IA ZC JB

T010992

_LN #_ DESCRIPTION_ _ _ _ _ _ _ _ _AS REPORTED_ _ _ AS REVISED_
33. ESTIMATE PAYMENT
38. OVERPAYMENT



ACCOUNT SUMMARY INFORMATION_ _ _ _ _ _ _ _ _
TOTAL CREDITS AND PAYMENTS
TOTAL TAX                          REDACTED

TOTAL PENALTY/FEES/INT DUE         CONFIDENTIAL
AMT CREDITED TO EST TAX
AMT APPLD OTHER BAL DUE:
INTEREST ALLOWED
AMT APPLD TO OTHER AGENCY
AMOUNT OF REFUND_ _ _ _ _ _ _ _ _ _ _ _ _ _$
IF YOU HAVE QUESTIONS REGARDING THIS NOTICE OR YOUR ACCOUNT,
PLEASE CONTACT FRANCHISE TAX BOARD BY TELEPHONE OR IN WRITING.
PLEASE INCLUDE A COPY OF THIS NOTICE IF YOU WRITE.  RETAIN
THIS ORIGINAL FOR YOUR RECORDS.

EXHIBIT 12