IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br><br>        Plaintiff,<br><br>   vs.<br><br>QK HOTEL, LLC, et al.,<br><br>        Defendants,<br>   and<br>FRANKLIN K. MUKAI,<br><br>        Third-Party Plaintiff,<br><br>   vs.<br><br>SPORTS SHINKO (USA) CO., LTD., et al.,<br><br>        Third-Party Defendants,<br>   and<br>SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br><br>        Third-Party Defendants/<br>        Counterclaimants,<br><br>   vs.<br><br>QK HOTEL, LLC, et al.,<br><br>        Third-Party Counterclaim Defendants.<br>AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK<br>CV 04-00125 ACK-BMK<br>CV 04-00126 ACK-BMK<br>CV 04-00127 ACK-BMK<br>CV 04-00128 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the MOTION FOR

PRETRIAL CONFERENCE AND TO MODIFY STIPULATED PROTECTIVE

ORDER was served electronically on January 16, 2007 through CM/ECF on the following:

    PAUL ALSTON, ESQ.    palston@ahfi.com
    GLENN T. MELCHINGER, ESQ.    gtm@ahfi.com

        Attorneys for Plaintiffs
        SPORTS SHINKO CO., LTD. and
        SPORTS SHINKO (USA) CO., LTD.
            and
        Third Party Defendants
        SPORTS SHINKO (USA) CO., LTD.
        SPORTS SHINKO (HAWAII) CO., LTD.
        SPORTS SHINKO (MILILANI) CO., LTD.
        SPORTS SHINKO (KAUAI) CO., LTD.
        SPORTS SHINKO (PUKALANI) CO., LTD.
        SPORTS SHINKO RESORT HOTEL CORPORATION
        SPORTS SHINKO (WAIKIKI) CORPORATION, and
        OCEAN RESORT HOTEL CORPORATION

    WILLIAM BORDNER, ESQ.    bbordner@bmbe-law.com

        Attorney for Defendant
        FRANKLIN K. MUKAI

DATED: Honolulu, Hawaii, January 16, 2007.

        /s/ Robert A. Marks
        WARREN PRICE III
        ROBERT A. MARKS

        Attorneys for Defendants
        KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development, LLC