Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON            1126-0
GLENN T. MELCHINGER    7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company, et al.,<br><br>          Defendants,<br><br>     and<br><br>FRANKLIN K. MUKAI,<br><br>          Third-Party Plaintiff,<br><br>     vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, et al.,<br><br>          Third-Party Defendants, | CIVIL NO. CV 04-00124 ACK/BMK<br><br>CONSOLIDATED CASES<br><br>**CERTIFICATE OF SERVICE**<br><br>[Re: Stipulation to File Third Amended Complaint (Queen Kapiolani Hotel); Stipulation to File Third Amended Complaint (Ocean Resort Hotel); Stipulation to File Third Amended Complaint (Pukalani); Stipulation to File Third Amended Complaint (Mililani)] |

635285_1 / 6850-5

```
                    and                    )
                                           )
SPORTS SHINKO (HAWAII) CO.,                )
LTD., a Hawai`i corporation,               )
et al.,                                    )
                                           )
        Third-Party Defendants/            )
        Counterclaimants,                  )
                                           )
        vs.                                )
                                           )
QK HOTEL, LLC, a Hawai`i                   )
limited liability company,                 )
et al.,                                    )
                                           )
        Third-Party Counterclaim           )
        Defendants.                        )
                                           )
_____        )
                                           )
SPORTS SHINKO (USA) CO., LTD.,             )   CIVIL NO. CV 04-00125
a Delaware corporation,                    )            ACK/BMK
                                           )
            Plaintiff,                     )
                                           )
        vs.                                )
                                           )
PUKALANI GOLF CLUB, LLC,                   )
a Hawai`i limited liability                )
company, et al.,                           )
                                           )
            Defendants,                    )
                                           )
        and                                )
                                           )
FRANKLIN K. MUKAI,                         )
                                           )
        Third-Party                        )
        Plaintiff,                         )
                                           )
        vs.                                )
                                           )
SPORTS SHINKO CO., LTD.,                   )
a Japan corporation, et al.,               )
                                           )
        Third-Party                        )
        Defendants,                        )
                                           )
        and                                )
                                           )
                                           )
```

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japan corporation, et al., | ) ) ) |
|     Third-Party Defendants/ Counterclaimants, | ) ) ) |
|     vs. | ) ) |
| PUKALANI GOLF CLUB, LLC, a Hawai'i limited liability company, et al., | ) ) ) ) |
|     Third-Party Counterclaim Defendants. | ) ) ) |

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD, a Delaware corporation, | ) ) )    CIVIL NO. CV 04-00126 )                  ACK/BMK |
|     Plaintiff, | ) ) |
|     vs. | ) ) |
| KIAHUNA GOLF CLUB, LLC, a Hawai'i limited liability company, et al., | ) ) ) ) |
|     Defendants, | ) ) |
|     and | ) ) |
| FRANKLIN K. MUKAI, | ) ) |
|     Third-Party Plaintiff, | ) ) ) |
|     vs. | ) ) |
| SPORTS SHINKO CO., LTD., a Japan corporation, et al., | ) ) ) |
|     Third-Party Defendants, | ) ) ) |
|     and | ) |

```
SPORTS SHINKO (HAWAII) CO.,    )
LTD., a Hawai`i corporation,   )
et al.,                        )
                               )
                               )
    Third-Party Defendants/    )
    Counterclaimants,          )
                               )
      vs.                      )
                               )
KIAHUNA GOLF CLUB, LLC,        )
a Hawai`i, limited liability   )
company, et al.,               )
                               )
    Third-Party Counterclaim   )
    Defendants.                )
                               )
_____)
                               )
SPORTS SHINKO CO., LTD.,       )   CIVIL NO. CV 04-00127
a Japanese corporation,        )              ACK/BMK
                               )
        Plaintiff,             )
                               )
      vs.                      )
                               )
OR HOTEL, LLC, a Hawai`i       )
limited liability company,     )
et al.,                        )
                               )
        Defendants,            )
                               )
    and                        )
                               )
FRANKLIN K. MUKAI,             )
                               )
        Third-Party            )
        Plaintiff,             )
                               )
      vs.                      )
                               )
SPORTS SHINKO (USA) CO., LTD., )
a Delaware corporation, et al.,)
                               )
        Third-Party            )
        Defendants,            )
                               )
    and                        )
                               )
```

```
SPORTS SHINKO (HAWAII) CO.,      )
LTD., a Hawai`i corporation,     )
et al.,                          )
                                 )
      Third-Party Defendants/    )
      Counterclaimants,          )
                                 )
   vs.                           )
                                 )
OR HOTEL, LLC, a Hawai`i         )
limited liability company,       )
et al.,                          )
                                 )
      Third Party Counterclaim   )
      Defendants.                )
_____)
                                 )
SPORTS SHINKO (USA) CO., LTD.,   )   CIVIL NO. CV 04-00128
a Delaware corporation,          )             ACK/BMK
                                 )
      Plaintiff,                 )
                                 )
   vs.                           )
                                 )
MILILANI GOLF CLUB, LLC,         )
a Hawai`i limited liability      )
company, et al.,                 )
                                 )
      Defendants,                )
                                 )
   and                           )
                                 )
FRANKLIN K. MUKAI,               )
                                 )
      Third-Party                )
      Plaintiff,                 )
                                 )
   vs.                           )
                                 )
SPORTS SHINKO CO., LTD.,         )
a Japan corporation, et al.,     )
                                 )
      Third-Party                )
      Defendants,                )
                                 )
   and                           )
                                 )
```

635285_1 / 6850-5

```
SPORTS SHINKO (HAWAII) CO.,    )
LTD., a Hawaii corporation,    )
et al.,                        )
                               )
    Third-Party Defendants/    )
    Counterclaimants,          )
                               )
        vs.                    )
                               )
MILILANI GOLF CLUB, LLC,       )
a Hawai`i limited liability    )
company, et al.,               )
                               )
    Third-Party Counterclaim   )
    Defendants.                )
_____)
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of January, 2007, I caused true and correct copies of the following documents:

(1) Stipulation to File Third Amended Complaint (Queen Kapiolani Hotel) and Order; Exhibit "A", CV 04-00124 ACK/BMK, filed on January 8, 2007;

(2) Stipulation to File Third Amended Complaint (Pukalani) and Order; Exhibit "A", CV 04-00125 ACK/BMK, filed on January 8, 2007;

(3) Stipulation to File Third Amended Complaint (Ocean Resort Hotel) and Order; Exhibit "A", CV 04-00127 ACK/BMK, filed on January 8, 2007; and

(4) Stipulation to File Third Amended Complaint (Mililani) and Order; Exhibit "A", CV 04-00128 ACK/BMK, filed on January 8, 2007,

to be served on the following persons by hand-delivery to their respective addresses:

> WILLIAM A. BORDNER, ESQ.
> Suite 3100, Mauka Tower
> 737 Bishop Street
> Honolulu, HI  96813
>
> Attorney for Defendant
> and Third-Party Plaintiff
> FRANKLIN K. MUKAI
>
> WARREN PRICE, III, ESQ.
> ROBERT A. MARKS, ESQ.
> 728 Ocean View Center
> 707 Richards Street
> Honolulu, HI  96813
>
> SIMON KLEVANSKY, ESQ.           (Via Hand Delivery
> ALIKA L. PIPER, ESQ.             on January 11, 2007)
> CARISA LIMA KA'ALA HEE, ESQ.
> Gelber Gelber Ingersoll &
>     Klevansky, A Law Corp.
> 745 Fort Street Suite 1400
> Honolulu, HI  96813
>
> Attorneys for Defendants
> KIAHUNA GOLF CLUB, LLC;
> KG KAUAI DEVELOPMENT, LLC;
> PUKALANI GOLF CLUB, LLC;
> KG MAUI DEVELOPMENT, LLC;
> MILILANI GOLF CLUB, LLC;
> QK HOTEL, LLC; OR HOTEL, LLC;
> AND KG HOLDINGS, LLC

DATED:   Honolulu, Hawai`i, January 16, 2007.

/s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Companies