IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>       Plaintiff,<br>  vs.<br>QK HOTEL, LLC, et al.,<br>       Defendants,<br>  and<br>FRANKLIN K. MUKAI,<br>       Third-Party Plaintiff,<br>  vs.<br>SPORTS SHINKO (USA) CO., LTD., et al.,<br>       Third-Party Defendants,<br>  and<br>SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br>       Third-Party Defendants/<br>       Counterclaimants,<br>  vs.<br>QK HOTEL, LLC, et al.,<br>       Third-Party Counterclaim Defendants.<br>AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK<br>CV 04-00125 ACK-BMK<br>CV 04-00126 ACK-BMK<br>CV 04-00127 ACK-BMK<br>CV 04-00128 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the CONSOLIDATED

ANSWERS OF DEFENDANTS KG HOLDINGS, LLC, KIAHUNA GOLF

CLUB, LLC, KG KAUAI DEVELOPMENT, LLC, PUKALANI GOLF CLUB,

LLC, KG MAUI DEVELOPMENT, LLC, MILILANI GOLF CLUB, LLC, QK HOTEL, LLC, AND OR HOTEL, LLC TO: 1) THIRD AMENDED COMPLAINT (QUEEN KAPIOLANI HOTEL) (CV No. 04-00124 ACK-BMK); 2) THIRD AMENDED COMPLAINT (PUKALANI) (CV No. 04-00125 ACK-BMK); 3) SECOND AMENDED COMPLAINT (KAUAI) (CV No. 04-00126 ACK-BMK); 4) THIRD AMENDED COMPLAINT (OCEAN RESORT HOTEL) (CV No. 04-00127 ACK-BMK); 5) THIRD AMENDED COMPLAINT (MILILANI) (CV 04-00128 ACK-BMK); COUNTERCLAIM; CERTIFICATE OF SERVICE was served electronically on January 22, 2007 through CM/ECF on the following:

      PAUL ALSTON, ESQ.      palston@ahfi.com
      GLENN T. MELCHINGER, ESQ.      gtm@ahfi.com

      Attorneys for
      SPORTS SHINKO CO., LTD.
      SPORTS SHINKO (USA) CO., LTD.
      SPORTS SHINKO (HAWAII) CO., LTD.
      SPORTS SHINKO (MILILANI) CO., LTD.
      SPORTS SHINKO (KAUAI) CO., LTD.
      SPORTS SHINKO (PUKALANI) CO., LTD.
      SPORTS SHINKO RESORT HOTEL CORPORATION
      SPORTS SHINKO (WAIKIKI) CORPORATION, and
      OCEAN RESORT HOTEL CORPORATION

      WILLIAM BORDNER, ESQ.      bbordner@bmbe-law.com
      JOHN REYES-BURKE      jburke@bmbe-law.com

      Attorneys for Defendant
      FRANKLIN K. MUKAI

2

DATED: Honolulu, Hawaii, January 22, 2007.

      /s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS
SIMON KLEVANSKY
ALIKA L. PIPER
CARISA LIMA KA'ALA HEE

Attorneys for Defendants, Counterclaimants and Third-Party Plaintiffs KG HOLDINGS, LLC, KIAHUNA GOLF CLUB, LLC, KG KAUAI DEVELOPMENT, LLC, PUKALANI GOLF CLUB, LLC, KG MAUI DEVELOPMENT, LLC, MILILANI GOLF CLUB, LLC, QK HOTEL, LLC, AND OR HOTEL, LLC