IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., <br><br>     Plaintiff, <br><br>   vs. <br><br> QK HOTEL, LLC, et al., <br><br>     Defendants, <br><br>   and <br><br> FRANKLIN K. MUKAI, <br><br>     Third-Party Plaintiff, <br><br>   vs. <br><br> SPORTS SHINKO (USA) CO., LTD., et al., <br><br>     Third-Party Defendants, <br><br>   and <br><br> SPORTS SHINKO (HAWAII) CO., LTD., et al., <br><br>     Third-Party Defendants/ Counterclaimants, <br><br>   vs. <br><br> QK HOTEL, LLC, et al., <br><br>     Third-Party Counterclaim Defendants. <br><br> AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK <br> CV 04-00125 ACK-BMK <br> CV 04-00126 ACK-BMK <br> CV 04-00127 ACK-BMK <br> CV 04-00128 ACK-BMK <br><br> CONSOLIDATED CASES <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the THIRD-PARTY COMPLAINT; THIRD-PARTY SUMMONS IN A CIVIL ACTION; CERTIFICATE OF SERVICE was served electronically on January 22, 2007 through CM/ECF on the following:

| | |
|---|---|
| PAUL ALSTON, ESQ. | palston@ahfi.com |
| GLENN T. MELCHINGER, ESQ. | gtm@ahfi.com |

    Attorneys for
    SPORTS SHINKO CO., LTD.
    SPORTS SHINKO (USA) CO., LTD.
    SPORTS SHINKO (HAWAII) CO., LTD.
    SPORTS SHINKO (MILILANI) CO., LTD.
    SPORTS SHINKO (KAUAI) CO., LTD.
    SPORTS SHINKO (PUKALANI) CO., LTD.
    SPORTS SHINKO RESORT HOTEL CORPORATION
    SPORTS SHINKO (WAIKIKI) CORPORATION, and
    OCEAN RESORT HOTEL CORPORATION

| | |
|---|---|
| WILLIAM BORDNER, ESQ. | bbordner@bmbe-law.com |
| JOHN REYES-BURKE | jburke@bmbe-law.com |

    Attorneys for Defendant
    FRANKLIN K. MUKAI

DATED: Honolulu, Hawaii, January 22, 2007.

    /s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS
SIMON KLEVANSKY
ALIKA L. PIPER
CARISA LIMA KA'ALA HEE

Attorneys for Defendants
KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development, LLC