IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., | CV 04-00124 ACK-BMK |
|      Plaintiff, | CV 04-00125 ACK-BMK |
| | CV 04-00126 ACK-BMK |
|   vs. | CV 04-00127 ACK-BMK |
| QK HOTEL, LLC, et al., | CV 04-00128 ACK-BMK |
|      Defendants, | CONSOLIDATED CASES |
|   and | |
| FRANKLIN K. MUKAI, | THIRD-PARTY SUMMONS IN A CIVIL ACTION |
|      Third-Party Plaintiff, | |
|   vs. | |
| SPORTS SHINKO (USA) CO., LTD., et al., | |
|      Third-Party Defendants, | |
|   and | |
| SPORTS SHINKO (HAWAII) CO., LTD., et al., | |
|      Third-Party Defendants/ Counterclaimants, | |
|   vs. | |
| QK HOTEL, LLC, et al., | |
|      Third-Party Counterclaim Defendants. | |
| AND CONSOLIDATED CASES | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 23 2007

at 8 o'clock and 45 min. A M
SUE BEITIA, CLERK

THIRD-PARTY SUMMONS IN A CIVIL ACTION

STATE OF HAWAII

TO:    SPORTS SHINKO (HAWAII) CO., LTD., a Hawaii corporation
     SPORTS SHINKO (KAUAI) CO., LTD., a Hawaii corporation
     SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawaii corporation
     SPORTS SHINKO (MILILANI) CO., LTD., a Hawaii corporation
     SPORTS SHINKO (PUKALANI) CO., LTD., a Hawaii corporation
     SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawaii
        corporation

YOU ARE HERBY SUMMONED and required to file with the Clerk of this

Court and serve upon:

Plaintiffs' Attorneys:

    Paul Alston
    Glenn T. Melchinger
    Alston Hunt Floyd & Ing
    American Savings Bank Tower
    1001 Bishop Street, 18th Floor
    Honolulu, Hawaii  96813

Defendant and Third-Party Plaintiffs' Attorneys:

    Warren Price III
    Robert A. Marks
    Price Okamoto Himeno & Lum
    707 Richards Street, Suite 728
    Honolulu, Hawaii  96813

Defendant Frankin Mukai's Attorneys:

    William Bordner
    John Reyes-Burke
    Burke McPheeters Bordner & Estes
    Pacific Guardian Center, Mauka Tower
    737 Bishop Street, Suite 3100
    Honolulu, Hawaii  96813

an answer to the third-party complaint which is herewith served upon in the

foregoing consolidated cases.  The answer to the third-party complaint shall be

filed within 20 days after the service of this summons upon you, exclusive of the

day of service.  If you fail to do so, judgment by default will be taken against you

2

for the relief demanded in the third-party complaint.  There is also served upon you

herewith a copy of the plaintiffs' Second Amended Complaint (in CV No. 04-

00126 ACK-BMK) and the Third Amended Complaints (in CV Nos. 04-00124

ACK-BMK, 04-00125 ACK-BMK, 04-00127 ACK-BMK, and 04-00128 ACK-

BMK) which you may, but are not required to answer.

DATED:  Honolulu, Hawaii, _____JAN 2 3 2007_____.


_____SUE BEITIA_____

CLERK

_____

BY DEPUTY CLERK