IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation, | ) ) ) |
| | CIVIL NO. CV 04-00124 ACK/BMK |
| Plaintiff, | ) ) |
| | CONSOLIDATED CASES |
| vs. | ) ) ) |
| | **CERTIFICATE OF WORD COUNT** |
| QK HOTEL, LLC, a Hawai`i limited liability company, et al., | ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| FRANKLIN K. MUKAI, | ) ) |
| Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation, et al., | ) ) ) ) |
| Third-Party Defendants. | ) ) ) ) |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | ) ) |
| | CIVIL NO. CV 04-00125 ACK/BMK |
| Plaintiff, | ) ) ) |
| vs. | ) ) |

PUKALANI GOLF CLUB, LLC, a )
Hawai`i limited liability company,)
et al., )
)
       Defendants, )
)
   and )
)
FRANKLIN K. MUKAI, )
)
       Third-Party Plaintiff, )
)
   vs. )
)
SPORTS SHINKO CO., LTD., )
a Japan corporation, et al., )
)
       Third-Party )
       Defendants. )
————————————————)
)
SPORTS SHINKO (USA) CO., )  CIVIL NO. CV 04-00126
LTD, a Delaware corporation, )      ACK/BMK
)
       Plaintiff, )
)
   vs. )
)
KIAHUNA GOLF CLUB, LLC, )
a Hawaiʻi limited liability )
company, et al., )
)
       Defendants, )
)
   and )
)
)
)

FRANKLIN K. MUKAI,                          )
                                            )
       Third-Party                  )
       Plaintiff,                   )
                                            )
   vs.                                  )
                                            )
SPORTS SHINKO CO., LTD.,                    )
a Japan corporation, et al.,                )
                                            )
       Third-Party                  )
       Defendants.                  )
_____)
                                            )
SPORTS SHINKO CO., LTD., a                  )     CIVIL NO. CV 04-00127
Japanese corporation,                       )            ACK/BMK
                                            )
       Plaintiff,                   )
                                            )
   vs.                                  )
                                            )
OR HOTEL, LLC, a Hawai`i                    )
limited liability company,                  )
et al.,                                     )
                                            )
       Defendants,                  )
                                            )
   and                                  )
                                            )
FRANKLIN K. MUKAI,                          )
                                            )
       Third-Party Plaintiff,       )
                                            )
   vs.                                  )
                                            )
                                            )
                                            )

SPORTS SHINKO (USA) CO.,  )
LTD., a Delaware corporation, et )
al.,  )
                               )
     Third-Party  )
     Defendants.  )
―――――――――――――――――――)
                               )
SPORTS SHINKO (USA) CO.,  )    CIVIL NO. CV 04-00128
LTD., a Delaware corporation,  )         ACK/BMK
                               )
     Plaintiff,  )
                               )
   vs.  )
                               )
MILILANI GOLF CLUB, LLC,  )
a Hawai`i limited liability  )
company, et al.,  )
                               )
     Defendants,  )
                               )
   and  )
                               )
FRANKLIN K. MUKAI,  )
                               )
     Third-Party Plaintiff,  )
                               )
   vs.  )
                               )
SPORTS SHINKO CO., LTD.,  )
a Japan corporation, et al.,  )
                               )
     Third-Party  )
     Defendants.  )
―――――――――――――――――――)

## CERTIFICATE OF WORD COUNT

I hereby certify, pursuant to United States District Court Local Rule 7.5 (e) that the foregoing Memorandum in Opposition to Motion to Dismiss CV. Nos. 04-00125 ACK-BMK, 04-00126 ACK-BMK and 04-00128 ACK-BMK for Lack of Subject Matter Jurisdiction, filed on November 16, 2006, contains 6,139 words.

DATED:  Honolulu, Hawai'i, January 25, 2007.


 /s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Entities