IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation, </br></br>     Plaintiff, </br></br> vs. </br></br> QK HOTEL, LLC, a Hawaiʻi limited liability company; KG HOLDINGS, LLC, a Hawaiʻi limited liability company; FRANKLIN K. MUKAI, </br></br>     Defendants, </br></br> and </br></br> FRANKLIN K. MUKAI, </br></br>     Third-Party Plaintiff, </br></br> vs. </br></br> SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawaiʻi corporation; SPORTS SHINKO (MILILANI) CO., LTD., a Hawaiʻi corporation; SPORTS SHINKO (KAUAI) CO., LTD., a Hawaiʻi corporation; SPORTS SHINKO (PUKALANI) CO., LTD., a Hawaiʻi corporation; | CIVIL NO. CV 04-00124 ACK/BMK </br></br> CONSOLIDATED CASES </br></br> **DECLARATION OF GLENN T. MELCHINGER; EXHIBIT "A"** |

635893_1 / 6850-5

```
SPORTS SHINKO RESORT          )
HOTEL CORPORATION, a          )
Hawai`i corporation; SPORTS   )
SHINKO (WAIKIKI)              )
CORPORATION, a Hawai`i        )
corporation; and OCEAN        )
RESORT HOTEL CORPORATION,)
a Hawai`i corporation,        )
                              )
       Third-Party            )
       Defendants,            )
                              )
                              )
   and                        )
                              )
SPORTS SHINKO (HAWAII) CO.,   )
LTD., a Hawai`i corporation;  )
SPORTS SHINKO RESORT          )
HOTEL CORPORATION, a          )
Hawai`i corporation; and      )
SPORTS SHINKO (WAIKIKI)       )
CORPORATION, a Hawai`i        )
corporation,                  )
                              )
       Third-Party Defendants/)
       Counterclaimants,      )
                              )
   vs.                        )
                              )
QK HOTEL, LLC, a Hawai`i      )
limited liability company;    )
KG HOLDINGS, LLC, a Hawai`i   )
limited liability company,    )
FRANKLIN K. MUKAI,            )
                              )
       Third-Party Counterclaim)
       Defendants.            )
_____)
```

635893_1 / 6850-5

2

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | ) CIVIL NO. CV 04-00125<br>) ACK/BMK |
| Plaintiff, | ) |
| vs. | ) |
| PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; KG HOLDINGS, LLC, a Hawai`i limited liability company; FRANKLIN K. MUKAI, | ) |
| Defendants, | ) |
| and | ) |
| FRANKLIN K. MUKAI, | ) |
| Third-Party Plaintiff, | ) |
| vs. | ) |
| SPORTS SHINKO CO., LTD., a Japan corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (MILILANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i corporation; SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai`i corporation; and OCEAN RESORT HOTEL CORPORATION, a Hawai`i corporation, | ) |

|   |   |
|---|---|
|       Third-Party Defendants, | ) ) ) ) |
| and | ) ) |
| SPORTS SHINKO CO., LTD., a Japan corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai`i corporation, | ) ) ) ) ) ) ) ) |
|       Third-Party Defendants/       Counterclaimants, | ) ) ) ) |
| vs. | ) ) |
| PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; KG HOLDINGS, LLC, a Hawai`i limited liability company; FRANKLIN K. MUKAI, | ) ) ) ) ) ) ) ) ) |
|       Third-Party Counterclaim       Defendants. | ) ) ) |

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD, a Delaware corporation, ) )<br><br>Plaintiff, ) ) )<br>vs. ) ) )<br>KIAHUNA GOLF CLUB, LLC, ) a Hawai'i limited liability ) company; KG KAUAI ) DEVELOPMENT, LLC, a Hawai'i ) limited liability company; ) PUKALANI GOLF CLUB, LLC, a ) Hawai'i limited liability company; ) KG MAUI DEVELOPMENT, LLC, ) a Hawai'i limited liability ) company; MILILANI GOLF CLUB, ) LLC, a Hawai'i limited liability ) company; QK HOTEL, LLC, ) a Hawai'i limited liability ) company; OR HOTEL, LLC, ) a Hawai'i limited liability ) company, and KG HOLDINGS, ) LLC, a Hawai'i limited liability ) company, ) )<br>Defendants, ) ) )<br>and ) ) )<br>FRANKLIN K. MUKAI, ) ) )<br>Third-Party Plaintiff, ) ) )<br>vs. ) ) ) ) | CIVIL NO. CV 04-00126<br>ACK/BMK |

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japan corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (MILILANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i corporation; SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai`i corporation; and OCEAN RESORT HOTEL CORPORATION, a Hawai`i corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
|       Third-Party Defendants, | ) ) ) |
| and | ) ) |
| SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation; and SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation, | ) ) ) ) ) |
|       Third-Party Defendants/       Counterclaimants, | ) ) ) |
| vs. | ) ) |
| KIAHUNA GOLF CLUB, LLC, a Hawai`i, limited liability company; KG KAUAI | ) ) ) ) |

|  |  |
|---|---|
| DEVELOPMENT, LLC, a Hawai`i limited liability company; PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company; QK HOTEL, LLC, a Hawai`i limited liability company; OR HOTEL, LLC, a Hawai`i limited liability company, and KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI, <br><br>          Third-Party Counterclaim Defendants. |  |
| SPORTS SHINKO CO., LTD., a Japanese corporation, <br><br>          Plaintiff, <br><br>     vs. <br><br> OR HOTEL, LLC, a Hawai`i limited liability company; KG HOLDINGS, LLC, a Hawai`i limited liability company; FRANKLIN K. MUKAI, <br><br>          Defendants, <br><br>     and | CIVIL NO. CV 04-00127 ACK/BMK |

FRANKLIN K. MUKAI, )
)
       Third-Party Plaintiff, )
)
  vs. )
)
SPORTS SHINKO (USA) CO., )
LTD., a Delaware corporation; )
SPORTS SHINKO (HAWAII) CO., )
LTD., a Hawai`i corporation; )
SPORTS SHINKO (MILILANI) )
CO., LTD., a Hawai`i corporation; )
SPORTS SHINKO (KAUAI) CO., )
LTD., a Hawai`i corporation; )
SPORTS SHINKO (PUKALANI) )
CO., LTD., a Hawai`i corporation; )
SPORTS SHINKO RESORT )
HOTEL CORPORATION, a )
Hawai`i corporation; SPORTS )
SHINKO (WAIKIKI) )
CORPORATION, a Hawai`i )
corporation; and OCEAN )
RESORT HOTEL CORPORATION, )
a Hawai`i corporation, )
)
       Third-Party )
       Defendants, )
)
  and )
)
SPORTS SHINKO (HAWAII) CO., )
LTD., a Hawai`i corporation; )
SPORTS SHINKO RESORT )
HOTEL CORPORATION, a )
Hawai`i corporation; and )
SPORTS SHINKO (WAIKIKI) )
)

635893_1 / 6850-5              8

```
CORPORATION, a Hawai`i        )
corporation,                  )
                              )
    Third-Party Defendants/   )
    Counterclaimants,         )
                              )
        vs.                   )
                              )
OR HOTEL, LLC, a Hawai`i      )
limited liability company;    )
KG HOLDINGS, LLC, a Hawai`i   )
limited liability company;    )
FRANKLIN K. MUKAI,            )
                              )
    Third Party Counterclaim  )
    Defendants.               )
_____)
                              )
SPORTS SHINKO (USA) CO.,      )   CIVIL NO. CV 04-00128
LTD., a Delaware corporation, )            ACK/BMK
                              )
    Plaintiff,                )
                              )
        vs.                   )
                              )
MILILANI GOLF CLUB, LLC,      )
a Hawai`i limited liability   )
company; KG HOLDINGS, LLC,    )
a Hawai`i limited liability   )
company; FRANKLIN K. MUKAI,   )
                              )
    Defendants,               )
                              )
    and                       )
                              )
                              )
                              )
```

| | |
|---|---|
| FRANKLIN K. MUKAI, | ) |
| | ) |
|     Third-Party Plaintiff, | ) |
| | ) |
|   vs. | ) |
| | ) |
| SPORTS SHINKO CO., LTD., a Japan corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (MILILANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i corporation; SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai`i corporation; and OCEAN RESORT HOTEL CORPORATION, a Hawai`i corporation, | ) |
| | ) |
|     Third-Party Defendants, | ) |
| | ) |
|   and | ) |
| | ) |
| SPORTS SHINKO (HAWAII) CO., LTD., a Hawaii corporation; and SPORTS SHINKO (MILILANI) CO., LTD., a Hawai`i corporation, | ) |
| | ) |
|     Third-Party Defendants/ Counterclaimants, | ) |

```
vs.                                )
                                   )
                                   )
MILILANI GOLF CLUB, LLC,           )
a Hawai`i limited liability        )
company; KG HOLDINGS, LLC,         )
a Hawai`i limited liability        )
company; FRANKLIN K. MUKAI,        )
                                   )
                                   )
     Third-Party Counterclaim      )
     Defendants.                   )
                                   )
_____)
```

## DECLARATION OF GLENN T. MELCHINGER

Pursuant to 28 U.S.C. § 1746, I declare that:

1. I am an attorney with the law firm of Alston Hunt Floyd & Ing, counsel for Plaintiff and Third-Party Defendants, SPORTS SHINKO CO., LTD., SPORTS SHINKO (USA) CO., LTD., SPORTS SHINKO (HAWAII) CO., LTD., SPORTS SHINKO (MILILANI) CO., SPORTS SHINKO (KAUAI) CO., LTD., SPORTS SHINKO (PUKALANI) CO., LTD., SPORTS SHINKO RESORT HOTEL CORPORATION, SPORTS SHINKO (WAIKIKI) CORPORATION, and OCEAN RESORT HOTEL CORPORATION (the "SS Companies").

2.  I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3.  Attached hereto as Exhibit "A" is a true and correct copy of a "redline" of the Stipulated Protective Order proposed by Defendant Franklin K. Mukai, showing the changes to the Stipulated Protective Order ("SPO") filed herein on January 25, 2005, reflecting the changes contained in their proposed Amended SPO.

4.  I have contacted Defendant Franklin Mukai's counsel several times since he was joined in this case to inquire whether he will sign the SPO or otherwise agree in writing to be bound by its provisions. Defendant Mukai has not provided any written assurance that he will agree to the SPO's provisions, and he has not responded to these requests except to say that he has objections to the SPO. Defendant Mukai has also not reviewed any document in the case other than those already in his possession, despite my advising his counsel that they are available for review if

only they will agree to keep their former clients' information confidential.

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed in Honolulu, Hawai`i on January 26, 2007.

/s/ Glenn Melchinger
GLENN T. MELCHINGER