IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>        Defendants. | CIVIL NO.  04-00125 ACK/BMK<br><br>DEMAND FOR JURY TRIAL |

## **DEMAND FOR JURY TRIAL**

Defendant Franklin K. Mukai hereby demands a trial by jury of all issues so triable herein.

DATED:  Honolulu, Hawaii, January 29, 2007.

                /s/ John Reyes-Burke            
WILLIAM A. BORDNER
JOHN REYES-BURKE
Attorneys for Defendant
FRANKLIN K. MUKAI