IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., <br><br>    Plaintiff, <br><br>vs. <br><br>QK HOTEL, LLC, et al., <br><br>    Defendants, <br><br>and <br><br>FRANKLIN K. MUKAI, <br><br>    Third-Party Plaintiff, <br><br>vs. <br><br>SPORTS SHINKO (USA) CO., LTD., et al., <br><br>    Third-Party Defendants, <br><br>and <br><br>SPORTS SHINKO (HAWAII) CO., LTD., et al., <br><br>    Third-Party Defendants/ Counterclaimants, <br><br>vs. <br><br>QK HOTEL, LLC, et al., <br><br>    Third-Party Counterclaim Defendants. <br><br>AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK <br> CV 04-00125 ACK-BMK <br> CV 04-00126 ACK-BMK <br> CV 04-00127 ACK-BMK <br> CV 04-00128 ACK-BMK <br><br>CONSOLIDATED CASES <br><br>DECLARATION OF ROBERT A. MARKS |

DECLARATION OF ROBERT A. MARKS

Pursuant to 28 U.S.C. § 1746, ROBERT A. MARKS states as follows:

1. I am an attorney licensed to practice law before this court.

2. I am counsel for the following defendants in the captioned consolidated actions: Kiahuna Golf Club, LLC, KG Kauai Development, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, QK Hotel, LLC, OR Hotel, LLC, and KG Holdings, LLC (collectively, "KG Parties").

3. Attached and marked Exhibit A is a true and correct copy my letter dated January 22, 2007 to Paul Alston and Glenn Melchinger with enclosure.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, January 31, 2007.

　　　　　　　　　　　　　　　　　/s/ Robert A. Marks
　　　　　　　　　　　　　　　　　ROBERT A. MARKS