## TABLE OF CONTENTS

I. THERE IS EVIDENCE THAT SS-USA WAS NOT AN INACTIVE CORPORATION WHEN THE COMPLAINTS WERE FILED, AND IN ANY EVENT, SS-USA'S ANALYSIS IS WRONG ABOUT THE PRINCIPAL PLACE OF BUSINESS OF AN INACTIVE CORPORATION .................................................................. 3

    A. There is Ample Evidence That SS-USA Activities "Predominated" in Hawaii When The Complaints Were Filed .............................................................................. 3

    B. There Is Substantial Evidence That SS-USA Was Not "Winding Up" or "Inactive" .................................................................. 6

II. THE "NERVE CENTER" TEST DOES NOT APPLY ON THESE FACTS .................................................................................................. 8

III. KIMURA'S SWORN STATEMENT TO THE BANKRUPTCY COURT THAT HAWAII IS SS-USA'S PRINCIPAL PLACE OF BUSINESS IS A STATEMENT OF FACT EQUALLY APPLICABLE TO A DIVERSITY DETERMINATION .................................................................................. 10

IV. THERE IS NO DOUBT THAT THE HAWAII BANKRUPTCY COURT RELIED UPON KIMURA'S 2002 DECLARATION ...................................................... 13

V. FROM 2002 TO THE PRESENT, SS-USA HAS ENGAGED IN EXTENSIVE "CHICANERY" .................................... 14

VI. CONTROLLING PRECEDENT REQUIRES THAT THIS MOTION BE GRANTED ........................................................................ 16

VII. CONCLUSION.................................................................................................. 17

## TABLE OF AUTHORITIES

<u>CASES</u>

<u>China Basin Properties, Ltd. v. Allendate Mut. Ins. Co.</u>, 818 F.Supp. 1301 (N.D. Cal. 1992) ............................................................................ 7

<u>China Basin Properties, Ltd. v. One Pass, Inc.</u>, 812 F.Supp. 1038 (N.D. Cal. 1993) ............................................................................... 7

<u>Comtec, Inc. v. National Technical Schools</u>, 711 F.Supp. 522 (D. Ariz. 1989) ............................................................................................ 7

<u>DeFortuno v. Pueblo Int'l, Inc.</u>, 62 F.R.D. 94 (D.P.R. 1972) ............................ 18

<u>Deja Vu Showgirls of Las Vegas, L.L.C. v. Nev. Dep't of Taxation</u>, 2006 U.S. Dist. LEXIS 52505 (D. Nev. 2006) ................................. 18

<u>Forbes v. Hotel Inter-Continental Maui</u>, 1987 WL 247013 (D.Hawaii 1987) ............................................................................................... 12

<u>Gradetech, Inc. v. Am. Employer's Group</u>, 2006 U.S.Dist. LEXIS 47047 (N.D. Cal. 2006) ........................................................................ 16

<u>Inland Rubber Corp. v. Triple A Tire Service, Inc.</u>, 220 F.Supp. 490, 496 (S.D.N.Y.1963)) ....................................................................... 11

<u>In re Commonwealth Oil Refining Co., Inc.</u>, 596 F.2d 1239 (5th Cir. 1979) ................................................................................................. 10

<u>In Re Peachtree Lane Assocs., Ltd.</u>, 150 F.3d 877 (7th Cir. 1998) ................................................................................................. 10

<u>Industrial Tectonics, Inc. v. Aero Alloy</u>, 912 F.2d 1090, 1094 (9th Cir. 1990) .................................................................................... 6, 8, 10, 11

<u>Jedrejcic v. Croatian Olympic Committee</u>, 190 F.R.D. 60 (S.D.N.Y. 1999) ............................................................................................ 7

<u>Johnson v. Oregon</u>, 141 F.3d 1361 (9th Cir. 1998) ............................................ 16

<u>Mortensen v. First Federal Sav. and Loan Ass'n</u>, 549 F.2d 884 (3rd Cir. 1977) ........................................................................................ 18

Steele v. Anderson, 2004 WL 45527 (N.D.N.Y 2004)...................................... 16

The Mennen Company v. Atlantic Mut. Inc. Co., 147 F.3d
287 (3rd Cir. 1998).............................................................................................. 17

Tosco Corp. v. Communities for a Better Environment,
236 F.3d 495 (9th Cir. 2001)................................................................. 6, 8, 10,
11, 16

United Nuclear Corporation v. Moki O. & M. Co., 364
F.2d 568 (10th Cir. 1966), cert. denied, 385 U.S. 960 (1966)........................... 12

United States v. 7108 W. Grand Ave., 15 F.3d 632 (7th Cir.),
cert. denied sub nom. Flores v. United States, 512
U.S. 1212, 114 S.Ct. 2691 (1994)) ....................................................................... 1

United States v. 8136 S. Dobson St., Chicago, Ill., 125 F.3d
1076 (7th Cir.1997).................................................................................................. 1

TREATISE, STATUTES AND LEGISLATIVE HISTORY

13B Wright Miller & Cooper, Federal Practice & Procedure
§ 3625 (2006) ........................................................................................... 7, 9,
16, 18

28 U.S.C. § 1410....................................................................................... 10

28 U.S.C § 1332....................................................................................... 11, 18

S. Rep. No. 1830, 85th Cong., 2d Sess. 4 (1958) ........................................... 9, 10