IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., <br>    Plaintiff, <br>  vs. <br>QK HOTEL, LLC, et al., <br>    Defendants, <br>  and <br>FRANKLIN K. MUKAI, et al., <br>    Third-Party Plaintiffs, <br>  vs. <br>SPORTS SHINKO (USA) CO., LTD., et al., <br>    Third-Party Defendants, <br>  and <br>SPORTS SHINKO (HAWAII) CO., LTD., et al., <br>    Third-Party Defendants/ <br>    Counterclaimants, <br>  vs. <br>QK HOTEL, LLC, et al., <br>    Third-Party Counterclaim Defendants. <br>AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK <br>CV 04-00125 ACK-BMK <br>CV 04-00126 ACK-BMK <br>CV 04-00127 ACK-BMK <br>CV 04-00128 ACK-BMK <br><br>CONSOLIDATED CASES <br><br>CERTIFICATE OF WORD COUNT |

CERTIFICATE OF WORD COUNT

      Pursuant to LR 7.5(e) of the Rules of the United States District Court for the District of Hawaii, the undersigned certifies that the attached memorandum of law contains 4,457 words.

1

The foregoing word count is according to the word processing program used to produce the document, and is inclusive of headings, footnotes and quotations.

DATED: Honolulu, Hawaii, February 1, 2007.

    /s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS
SIMON KLEVANSKY
ALIKA L. PIPER
CARISA LIMA KA'ALA HEE

Attorneys for Defendants and
Third-Party Plaintiffs

KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development, LLC