IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br><br>         Plaintiff,<br><br>    vs.<br><br>QK HOTEL, LLC, et al.,<br><br>         Defendants,<br>    and<br>FRANKLIN K. MUKAI,<br><br>         Third-Party Plaintiff,<br><br>    vs.<br><br>SPORTS SHINKO (USA) CO., LTD., et al.,<br><br>         Third-Party Defendants,<br>    and<br>SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br><br>         Third-Party Defendants/<br>         Counterclaimants,<br><br>    vs.<br><br>QK HOTEL, LLC, et al.,<br><br>         Third-Party Counterclaim<br>         Defendants.<br>AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK<br>CV 04-00125 ACK-BMK<br>CV 04-00126 ACK-BMK<br>CV 04-00127 ACK-BMK<br>CV 04-00128 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the REPLY

MEMORANDUM IN SUPPORT OF MOTION TO DISMISS CV NOS. 04-00125

ACK-BMK, 04-00126 ACK-BMK AND 04-00128 ACK-BMK was served electronically through CM/ECF on the following on February 1, 2007:

>PAUL ALSTON, ESQ.            palston@ahfi.com
>GLENN T. MELCHINGER, ESQ.    gmelchinger@ahfi.com
>
>>Attorneys for Plaintiffs
>>SPORTS SHINKO CO., LTD. and
>>SPORTS SHINKO (USA) CO., LTD.

WILLIAM BORDNER, ESQ.        bbordner@bmbe-law.com

>>Attorney for Defendant
>>FRANKLIN K. MUKAI

>>DATED: Honolulu, Hawaii, February 1, 2007.

/s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS
SIMON KLEVANSKY
ALIKA L. PIPER
CARISA LIMA KA'ALA HEE

Attorneys for Defendants and
Third-Party Plaintiffs

KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development, LLC

2