PRICE OKAMOTO HIMENO & LUM

WARREN PRICE III                 1212
ROBERT A. MARKS                  2163
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Phone: 808.538.1113
Fax: 808.533.0549
E-mail: ram@pohlhawaii.com

GELBER GELBER INGERSOLL & KLEVNSKY

SIMON KLEVANSKY                  3217-0
ALIKA L. PIPER                   6949-0
CARISA LIMA KA'ALA HEE           7372-0
Suite 1400, Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Phone:  (808) 524-0155
Fax:  (808) 531-6963
E-mail:  sklevansky@ggik.com
         apiper@ggik.com;
         kaalahee@ggik.com

Attorneys for Defendants, Counterclaimants
and Third-Party Plaintiffs KG HOLDINGS,
LLC, KIAHUNA GOLF CLUB, LLC,
KG KAUAI DEVELOPMENT, LLC,
PUKALANI GOLF CLUB, LLC,
KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC,
QK HOTEL, LLC, AND OR HOTEL, LLC

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation, <br><br> Plaintiff, <br><br> vs. | CV 04-00124 ACK-BMK CONSOLIDATED CASES <br><br> EXHIBITS 17, 19, 27 AND 28 TO THE KG PARTIES' REPLY MEMORANDUM IN SUPPORT OF |

| | |
|---|---|
| QK HOTEL, LLC, a Hawaii limited liability company, et al., | MOTION TO DISMISS CV NOS. 04-00125 ACK-BMK, 04-00126 ACK-BMK And 04-00128 ACK-BMK, FILED FEBRUARY 1, 2007; CERTIFICATE OF SERVICE |

   Defendants,

  and

FRANKLIN K. MUKAI

   Third-Party Plaintiffs,

  vs.

SPORTS SHINKO (USA) CO., LTD., a Hawaii corporation, et al.,

   Third-Party Defendants,

_____

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | CV 04-00125 ACK-BMK |

   Plaintiff,

  vs.

PUKALANI GOLF CLUB, LLC, a Hawaii limited liability company, et al.,

   Defendants,

  and

FRANKLIN K. MUKAI,

   Third-Party Plaintiffs,

  vs.

SPORTS SHINKO CO., LTD., a Japan corporation, et al.,

   Third-Party Defendants.

_____

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | CV 04-00126 ACK-BMK |

   Plaintiff,

  vs.

KIAHUNA GOLF CLUB, LLC, a
Hawaii limited liability company, et al.,

       Defendants,

   and

FRANKLIN K. MUKAI,

       Third-Party Plaintiffs,

   vs.

SPORTS SHINKO CO., LTD., a Japan
corporation, et al.,

       Third-Party Defendants.

_____

SPORTS SHINKO CO., LTD., a        CV 04-00127 ACK-BMK
Japanese corporation,

       Plaintiff,

   vs.

OR HOTEL, LLC, a Hawaii limited
liability company, et al.

       Defendants,

   and

FRANKLIN K. MUKAI,

       Third-Party Plaintiff,

   vs.

SPORTS SHINKO (USA) CO., LTD., a
Delaware corporation, et al.,

       Third-Party Defendants.

_____

SPORTS SHINKO (USA) CO., LTD.,     CV 04-00128 ACK-BMK
a Delaware corporation,

       Plaintiff,

   vs.

MILILANI GOLF CLUB, LLC, a
Hawaii limited liability company, et al.

        Defendants,

    and

FRANKLIN K. MUKAI,

        Third-Party Plaintiffs,

    vs.

SPORTS SHINKO CO., LTD., a Japan
corporation, et al.,

        Third-Party Defendants.

_____

EXHIBITS 17, 19, 27 AND 28 TO THE KG PARTIES'
REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS
CV NOS. 04-00125 ACK-BMK, 04-00126 ACK-BMK AND
04-00128 ACK-BMK, FILED FEBRUARY 1, 2007

Pursuant to the Stipulation To Seal And Redact Certain Exhibits Related To

KG Defendants' Motion To Dismiss CV. Nos. 04-00125 ACK-BMK, 04-00126

ACK-BMK and 04-00128 ACK-BMK For Lack Of Jurisdiction, filed on February

__, 2007 and pursuant to the consent of the Sports Shinko Parties manifested

therein, the KG Parties hereby file Exhibits 17, 19, 27 and 28 to Reply

Memorandum In Support Of Motion To Dismiss CV NOS. 04-00125 ACK-BMK,

04-00126 ACK-BMK And 04-00128 ACK-BMK, filed February 1, 2007.

DATED: Honolulu, Hawaii, February 9, 2007.


  /s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS
SIMON KLEVANSKY
ALIKA L. PIPER
CARISA LIMA KA'ALA HEE

Attorneys for Defendants, Counterclaimants
and Third-Party Plaintiffs KG HOLDINGS,
LLC, KIAHUNA GOLF CLUB, LLC,
KG KAUAI DEVELOPMENT, LLC,
PUKALANI GOLF CLUB, LLC,
KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC,
QK HOTEL, LLC, AND OR HOTEL, LLC