IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>QK HOTEL, LLC, a Hawaii limited liability company, et al.,<br><br>    Defendants,<br><br>    and<br><br>FRANKLIN K. MUKAI<br><br>    Third-Party Plaintiffs,<br><br>    vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Hawaii corporation, et al.,<br><br>    Third-Party Defendants,<br>_____ | CV 04-00124 ACK-BMK<br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>PUKALANI GOLF CLUB, LLC, a Hawaii limited liability company, et al.,<br><br>    Defendants,<br><br>    and<br><br>FRANKLIN K. MUKAI,<br><br>    Third-Party Plaintiffs,<br><br>    vs.<br><br>SPORTS SHINKO CO., LTD., a Japan | CV 04-00125 ACK-BMK |

| | |
|---|---|
| corporation, et al., <br><br>  Third-Party Defendants. <br>_____ | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, <br><br>  Plaintiff, <br><br> vs. <br><br>KIAHUNA GOLF CLUB, LLC, a Hawaii limited liability company, et al., <br><br>  Defendants, <br><br> and <br><br>FRANKLIN K. MUKAI, <br><br>  Third-Party Plaintiffs, <br><br> vs. <br><br>SPORTS SHINKO CO., LTD., a Japan corporation, et al., <br><br>  Third-Party Defendants. <br>_____ | CV 04-00126 ACK-BMK |
| SPORTS SHINKO CO., LTD., a Japanese corporation, <br><br>  Plaintiff, <br><br> vs. <br><br>OR HOTEL, LLC, a Hawaii limited liability company, et al. <br><br>  Defendants, <br><br> and <br><br>FRANKLIN K. MUKAI, <br><br>  Third-Party Plaintiff, <br><br> vs. <br><br>SPORTS SHINKO (USA) CO., LTD., a | CV 04-00127 ACK-BMK |

2

| | |
|---|---|
| Delaware corporation, et al., | |
|     Third-Party Defendants. | |
| _____ | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | CV 04-00128 ACK-BMK |
|     Plaintiff, | |
|   vs. | |
| MILILANI GOLF CLUB, LLC, a Hawaii limited liability company, et al. | |
|     Defendants, | |
|   and | |
| FRANKLIN K. MUKAI, | |
|     Third-Party Plaintiffs, | |
|   vs. | |
| SPORTS SHINKO CO., LTD., a Japan corporation, et al., | |
|     Third-Party Defendants. | |
| _____ | |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the EXHIBITS 17, 19, 27 AND 28 TO THE KG PARTIES' REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS CV NOS. 04-00125 ACK-BMK, 04-00126 ACK-BMK And 04-00128 ACK-BMK, FILED FEBRUARY 1, 2007; was served electronically through CM/ECF on the following on February 9, 2007:

  PAUL ALSTON, ESQ.   palston@ahfi.com
  GLENN T. MELCHINGER, ESQ. gmelchinger@ahfi.com

    Attorneys for Plaintiffs
    SPORTS SHINKO CO., LTD. and
    SPORTS SHINKO (USA) CO., LTD.

  WILLIAM BORDNER, ESQ.  bbordner@bmbe-law.com

    Attorney for Defendant
    FRANKLIN K. MUKAI

DATED: Honolulu, Hawaii, February 9, 2007.

          /s/ Robert A. Marks
         WARREN PRICE III
         ROBERT A. MARKS
         SIMON KLEVANSKY
         ALIKA L. PIPER
         CARISA LIMA KA'ALA HEE

         Attorneys for Defendants, Counterclaimants
         and Third-Party Plaintiffs KG HOLDINGS,
         LLC, KIAHUNA GOLF CLUB, LLC,
         KG KAUAI DEVELOPMENT, LLC,
         PUKALANI GOLF CLUB, LLC,
         KG MAUI DEVELOPMENT, LLC,
         MILILANI GOLF CLUB, LLC,
         QK HOTEL, LLC, AND OR HOTEL, LLC