PRICE OKAMOTO HIMENO & LUM

| | |
|---|---|
| WARREN PRICE III | 1212 |
| ROBERT A. MARKS | 2163 |

707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Phone: 808.538.1113
Fax: 808.533.0549
E-mail: ram@pohlhawaii.com

GELBER GELBER INGERSOLL & KLEVNSKY

| | |
|---|---|
| SIMON KLEVANSKY | 3217-0 |
| ALIKA L. PIPER | 6949-0 |
| CARISA LIMA KA'ALA HEE | 7372-0 |

Suite 1400, Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Phone:  (808) 524-0155
Fax:  (808) 531-6963
E-mail:  sklevansky@ggik.com
          apiper@ggik.com
          kaalahee@ggik.com

Attorneys for Defendants, Counterclaimants
and Third-Party Plaintiffs KG HOLDINGS,
LLC, KIAHUNA GOLF CLUB, LLC,
KG KAUAI DEVELOPMENT, LLC,
PUKALANI GOLF CLUB, LLC,
KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC,
QK HOTEL, LLC, AND OR HOTEL, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>   Plaintiff, | CV 04-00124 ACK-BMK CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE<br><br>(Re: Notice Of Taking Of Deposition |

|   |   |
|---|---|
| vs.<br><br>QK HOTEL, LLC, a Hawaii limited liability company, et al.,<br><br>    Defendants,<br><br>and<br><br>FRANKLIN K. MUKAI<br><br>    Third-Party Plaintiffs,<br><br>vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Hawaii corporation, et al.,<br><br>    Third-Party Defendants,<br><br>_____<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>PUKALANI GOLF CLUB, LLC, a Hawaii limited liability company, et al.,<br><br>    Defendants,<br><br>and<br><br>FRANKLIN K. MUKAI,<br><br>    Third-Party Plaintiffs,<br><br>vs.<br><br>SPORTS SHINKO CO., LTD., a Japan corporation, et al., | Of Plaintiff Sports Shinko Co., Ltd. And Demand To Produce Documents)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>CV 04-00125 ACK-BMK |

2

|  |  |
|---|---|
| Third-Party Defendants. | |
| _____ | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | CV 04-00126 ACK-BMK |
| Plaintiff, | |
| vs. | |
| KIAHUNA GOLF CLUB, LLC, a Hawaii limited liability company, et al., | |
| Defendants, | |
| and | |
| FRANKLIN K. MUKAI, | |
| Third-Party Plaintiffs, | |
| vs. | |
| SPORTS SHINKO CO., LTD., a Japan corporation, et al., | |
| Third-Party Defendants. | |
| _____ | |
| SPORTS SHINKO CO., LTD., a Japanese corporation, | CV 04-00127 ACK-BMK |
| Plaintiff, | |
| vs. | |
| OR HOTEL, LLC, a Hawaii limited liability company, et al. | |
| Defendants, | |
| and | |

3

| | |
|---|---|
| FRANKLIN K. MUKAI, | |
|     Third-Party Plaintiff, | |
| vs. | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, et al., | |
|     Third-Party Defendants. | |
| _____ | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | CV 04-00128 ACK-BMK |
|     Plaintiff, | |
| vs. | |
| MILILANI GOLF CLUB, LLC, a Hawaii limited liability company, et al. | |
|     Defendants, | |
|   and | |
| FRANKLIN K. MUKAI, | |
|     Third-Party Plaintiffs, | |
| vs. | |
| SPORTS SHINKO CO., LTD., a Japan corporation, et al., | |
|     Third-Party Defendants. | |
| _____ | |

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that NOTICE OF TAKING OF DEPOSITION OF PLAINTIFF SPORTS SHINKO CO., LTD. AND DEMAND TO PRODUCE DOCUMENTS was served upon the following as indicated below:

| | |
|---|---|
| PAUL ALSTON, ESQ.<br>GLENN T. MELCHINGER, ESQ.<br>Alston Hunt Floyd & Ing<br>American Savings Bank Tower<br>1001 Bishop Street, 18th Floor<br>Honolulu, Hawaii  96813<br><br>Attorneys for Plaintiff<br>SPORTS SHINKO CO., LTD.<br>AND SPORTS SHINKO (USA) | Hand Delivery on<br>January 22, 2007 |
| WILLIAM BORDNER, ESQ.<br>William Bordner, Esq.<br>Burke McPheeters Bordner & Estes<br>Pacific Guardian Center, Mauka Tower<br>737 Bishop Street, Suite 3100<br>Honolulu Hawaii 96813<br><br>Attorney for Defendant<br>FRANKLIN K. MUKAI | U.S. Mail on<br>January 23, 2007 |

DATED: Honolulu, Hawaii, February 9, 2007.

/s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS
SIMON KLEVANSKY
ALIKA L. PIPER
CARISA LIMA KA'ALA HEE

Attorneys for Defendants, Counterclaimants and Third-Party Plaintiffs KG HOLDINGS, LLC, KIAHUNA GOLF CLUB, LLC, KG KAUAI DEVELOPMENT, LLC, PUKALANI GOLF CLUB, LLC, KG MAUI DEVELOPMENT, LLC, MILILANI GOLF CLUB, LLC, QK HOTEL, LLC, AND OR HOTEL, LLC