IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., ) | CV 04-00124 ACK-BMK |
| ) | CV 04-00125 ACK-BMK |
| Plaintiff, ) | CV 04-00126 ACK-BMK |
| ) | CV 04-00127 ACK-BMK |
| vs. ) | CV 04-00128 ACK-BMK |
| ) | |
| QK HOTEL, LLC, et al., ) | CONSOLIDATED CASES |
| ) | |
| Defendants, ) | **SECOND SUPPLEMENTAL** |
| ) | **DECLARATION OF** |
| and ) | **GLENN T. MELCHINGER;** |
| ) | **EXHIBITS "M-7" – "M-10"** |
| FRANKLIN K. MUKAI, et al., ) | |
| ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| SPORTS SHINKO (USA) CO.; ) | |
| LTD., et al., ) | |
| ) | |
| Third-Party ) | |
| Defendants, ) | |
| ) | |
| SPORTS SHINKO (HAWAII) CO., ) | |
| LTD., et al., ) | |
| ) | |
| Third-Party Defendants/ ) | |
| Counterclaimants, ) | |
| ) | |
| vs. ) | |
| ) | |
| QK HOTEL, LLC, et al., ) | |
| ) | |
| Third-Party Counterclaim ) | |

|                              |   |
|------------------------------|---|
| Defendants.                  | ) |
|                              | ) |
| AND CONSOLIDATED CASES       | ) |
|                              | ) |

**SECOND SUPPLEMENTAL DECLARATION OF
GLENN T. MELCHINGER**

I, GLENN T. MELCHINGER, declare as follows:

1. I am counsel for Plaintiff Sports Shinko (USA), Co. Ltd. ("SS USA"), Plaintiff Sports Shinko Co., Ltd. and the Sports Shinko Third Party Defendants in these consolidated actions. I make this declaration based on personal knowledge, and I am competent to testify to the matters set forth below.

2. Attached as Exhibit "M-7" to this Declaration is a true and correct copy of the PACER docket for the bankruptcy of Sports Shinko Florida Co., Ltd., filed in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division on February 18, 2002, Case No. 02-bk-02804-PMG.

3. Attached as Exhibit "M-8" to this Declaration is a true and correct copy of the First Amended Complaint in Civ. No. 06-1-02333 (3) filed in the Circuit Court of the Second Circuit in the State of Hawai`i.

4. Attached as Exhibit "M-9" to this Declaration is a true and correct copy of a certification by the Director of the

2

638,968 / 6850-5

Department of Commerce and Consumer Affairs of the State of Hawai`i regarding SS USA for the year 2002 that was obtained at my request.

    5.    Attached as Exhibit "M-10" to this Declaration is a true and correct copy of a certification by the Director of the Department of Commerce and Consumer Affairs of the State of Hawai`i regarding SS USA for the year 2003 that was obtained at my request.

    6.    On February 21, 2007, the Circuit Court of the Second Circuit of the State of Hawai`i granted summary judgment for the plaintiffs in Civ. No. 06-1-02333 (3) to the extent that the defendants (or clerk of court) shall execute a correction deed to transfer title to the parcel of property in dispute in that action to the KG plaintiffs. The court ordered, however, that the disputed property, will be subject to the outcome of this action to the same extent as the other real property conveyed by the Sports Shinko entities to the KG entities, and the claims and defenses of the Parties in these consolidated cases shall not be affected in any way.

*I swear that the foregoing is true under penalties of perjury of the United States of America.*

EXECUTED:   Honolulu, Hawai`i, February 22, 2007.


      /s/  Glenn Melchinger_____
      **GLENN MELCHINGER**