FORM D-101
(REV. 2003)

STATE OF HAWAII – DEPARTMENT OF TAXATION
# NOTICE OF DELINQUENCY

PAYMENT DUE DATE: 12/16/03

SPORTS SHINKO HI CO LTD & SUBS

175 Paoakalani Ave
Honolulu HI 96815-3743

Case No: 67419
SSN/FEIN: ▇▇▇▇▇

Billing Code: 999991
Date of Notice: 12/04/03

Please disregard this notice if you have paid your outstanding balance in full. Our records indicate that payment is due on your account.

Below is a current summary of taxes now due and payable. Please pay the total amount due by the **payment due date** to avoid additional penalties and interest. A Detail of Account is enclosed on the following page above the payment voucher.

If you have any questions, please contact the Oahu District Office.

Department of Taxation          Telephone:   808-587-4242
Oahu District Office            Fax:         808-587-1488
Attn: Taxpayer Services Branch
P.O. Box 259                    For Neighbor Islands and Continental U.S.:
Honolulu, HI 96809-0259         Toll Free:   1-800-222-3229

### CURRENT SUMMARY OF TAXES DUE

| TAX TYPE | AMOUNT DUE |
|---|---|
| CORPORATION/PARTNERSHIP INCOME TAX | |
| TOTAL AMOUNT DUE (See Payment Voucher) | |

**TO MAKE A PAYMENT:**
1. Mail payment voucher in the enclosed envelope with your check or money order in U. S. dollars payable to **HAWAII STATE TAX COLLECTOR.**
2. Mail to: State Tax Collector
   P.O. Box 259
   Honolulu, HI 96809
3. Write your Taxpayer I.D. Number, as shown above, on your check or money order.
4. Note: Do not mail this page with your payment. If payment vouchers are not enclosed with your payment, the payment received will be applied to the earliest delinquency period. Payments are applied first to fees, then to interest, penalty, and finally to tax. Interest will continue to accrue until account balance is paid in full.
5. You may also pay this bill using an electronic check or credit card through our Internet website at www.ehawaiigov.org/efile.

Forms and other tax information may be downloaded from the Department's website at: www.state.hi.us/tax. On Oahu, forms may be ordered by calling the Department's Forms Request Line at 587-7572. Persons who are calling from the neighbor islands or Continental U.S. may call toll-free at 1-800-222-7572 to receive forms by mail or by fax.

EXHIBIT M-6

FORM D-101
(REV. 2003)

FORM N-202V
(2002)

## KEEP THIS PORTION FOR YOUR RECORDS

SPORTS SHINKO HI CO LTD & SUBS

Case No: 67419
Billing Code: 999991
Date of Notice: 12/04/03
Payment Due Date: 12/16/03

### DETAIL OF ACCOUNT – CORPORATION/PARTNERSHIP INCOME TAX

| DATE | TAX PERIOD | TAX LIABILITY | UNDER-PAYMENT PENALTY / PENALTY | INTEREST TO 12/20/03 | FEE CHARGED | TOTAL | CREDITS & PAYMENTS | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| 10/20/03 | 2002 | ■ | ■ | ■ | 0.00 | ■ | ■ | ■ |
| Total | | ■ | ■ | ■ | $ 0.00 | ■ | ■ | ■ |

↓ Please cut on dotted line and return the bottom portion with your payment. ↓

FORM N-202V
(2002)

DO NOT WRITE OR STAPLE IN THIS AREA

STATE OF HAWAII – DEPARTMENT OF TAXATION
CORPORATION/PARTNERSHIP INCOME TAX PAYMENT VOUCHER (CBV)

99-0246070    SPORTS SHINKO HI CO LTD & SUBS

DATE OF NOTICE: 12/04/03
PAYMENT DUE DATE: 12/16/03
CASE NO: 67419
LOCATION CODE: 000002
BILLING CODE: 999991

TOTAL AMOUNT DUE: ■

| AMOUNT ENCLOSED: | $ |
|---|---|

THIS SPACE FOR DATE RECEIVED STAMP

You may also pay this bill using an electronic check or credit card through our Internet website at www.ehawaiigov.org/efile.