Sports Shinko (USA) Co., Ltd. vs. Kiahuna Golf Club, LLC, et al.; Civil No. 04-00126

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 135 1724 | | 5 | |
| 135 1728 | 135 1730 | 5 | |
| 135 1740; | 135 1745 | 5 | |
| 135 1753 | | 5 | |
| 135 1810 | 135 1811 | 5 | |
| 135 1832 | 135 1835 | 5 | |
| 135 1836 | 135 1842 | 5 | |
| 135 1843 | 135 1844 | 5 | |
| 135 1848 | | 5 | |
| 136 1148 | 136 1150 | 5 | |
| 136 2690 | 136 2693 | 5 | |
| 136 2847 | 136 2851 | 5 | |
| 137 0175 | 137 0177 | 5 | |
| 137 0276 | 137 0277 | 5 | |
| 137 0605 | 137 0612 | 5 | |
| 137 0617 | | 5 | |
| 137 0653 | 137 0655 | 5 | |
| 137 0656 | 137 0662 | 5 | |
| 137 0661 | 137 0662 | 5 | |
| 137 0666 | 137 0678 | 5 | |
| 137 0679 | 137 0681 | 5 | |
| 137 0682 | 137 0686 | 5 | |
| 137 0701 | | 5 | |
| 137 0711 | 137 0716 | 5 | |
| 137 0730 | 137 0732 | 5 | |
| 137 0752 | | 5 | |
| 137 0850 | 137 0853 | 5 | |
| 137 0997 | 137 0998 | 5 | |
| 137 1015 | 137 1040 | 5 | |
| 137 1101 | | 5 | |
| 137 1102 | | 5 | |
| 137 1707 | 137 1711 | 5 | |
| 137 1907 | | 5 | |
| 137 1914 | | 5 | |
| 137 1921 | | 5 | |
| 137 1972 | | 5 | |
| 137 2043 | 137 2044 | 5 | |
| 137 2130 | | 5 | |
| 138 1122 | 138 1123 | 5 | |
| 138 1128 | | 5 | |
| 138 1130 | | 5 | |
| 138 1131 | | 5 | |
| 138 1133 | 138 1134 | 5 | |
| 138 1135 | 138 1136 | 5 | |
| 138 1137 | 138 1138 | 5 | |
| 138 1139 | | 5 | |
| 138 1142 | 138 1144 | 5 | |
| 138 1153 | | 5 | |
| 138 1154 | 138 1157 | 5 | |
| 138 1159 | 138 1166 | 5 | |

Sports Shinko (USA) Co., Ltd. vs. Kiahuna Golf Club, LLC, et al.; Civil No. 04-00126

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 138 1167 | 138 1170 | 5 | |
| 138 1180 | 138 1184 | 5 | |
| 138 1185 | 138 1198 | 5 | |
| 138 1222 | 138 1223 | 5 | |
| 138 1227 | 138 1233 | 5 | |
| 138 1234 | 138 1239 | 5 | |
| 138 1242 | 138 1252 | 5 | |
| 138 1254 | 138 1261 | 5 | |
| 138 1266 | | 5 | |
| 138 1272 | 138 1274 | 5 | |
| 138 1275 | 138 1284 | 5 | |
| 139 0085 | | 5 | |
| 139 0424 | 139 0428 | 5 | |
| 139 0441 | 139 0443 | 5 | |
| 139 0458 | 139 0460 | 5 | |
| 139 0475 | 139 0477 | 5 | |
| 139 0671; | 139 0682 | 5 | |
| 139 0698; | 139 0714 | 5 | |
| 139 0763 | 139 0765 | 5 | |
| 139 0767 | | 5 | |
| 139 1449 | | 5 | |
| 139 1487 | 139 1489 | 5 | |
| 139 1504 | | 5 | |
| 139 1512 | 139 1513 | 5 | |
| 140 1993 | 140 1994 | 5 | |
| 145 0582 | 145 0585 | 5 | |
| 147 0878 | 147 0879 | 5 | |
| 149 0437 | 149 0447 | 5 | |
| 149 0437; | 149 0444 | 5 | |
| 149 0446 | 149 0447 | 5 | |
| 149 0448 | | 5 | |
| 149 0481 | 149 0483 | 5 | |
| 149 0498 | 149 0501 | 5 | |
| 149 0502 | 149 0503 | 5 | |
| 149 0504 | 149 0522 | 5 | |
| 149 0523 | 149 0536 | 5 | |
| 149 1133 | | 5 | |
| 149 1347 | | 5 | |
| 149 1348 | 149 1353 | 5 | |
| 149 1356 | | 5 | |
| 149 1357 | 149 1365 | 5 | |
| 149 1692 | 149 1697 | 5 | |
| 149 1821; | 149 1940 | 5 | |
| 149 1841 | 149 1848 | 5 | |
| 149 1841 | 149 1847 | 5 | |
| 149 1852 | | 5 | |
| 149 1893 | 149 1897 | 5 | |
| 149 2444 | 149 2445 | 5 | |
| 151 0864 | 151 0876 | 5 | |
| 151 0890 | 151 0895 | 5 | |

Sports Shinko (USA) Co., Ltd. vs. Kiahuna Golf Club, LLC, et al.; Civil No. 04-00126

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 151 1066 | 151 1068 | 5 | |
| 151 1132 | 151 1134 | 5 | |
| 151 1177 | 151 1178 | 5 | |
| 151 1179 | | 5 | |
| 151 1187 | 151 1188 | 5 | |
| 151 1816 | | 5 | |
| 151 1828 | | 5 | |
| 154 0388; | 154 0399 | 5 | |
| 154 0395 | 154 0398 | 5 | |
| 154 0400 | 154 0401 | 5 | |
| 154 0408 | | 5 | |
| 154 0409 | 154 0414 | 5 | |
| 154 0415; | 154 0426 | 5 | |
| 154 0416 | | 5 | |
| 154 0427; | 154 0439 | 5 | |
| 154 0441 | 154 0445 | 5 | |
| 154 0447 | 154 0450 | 5 | |
| 154 0451 | 154 0452 | 5 | |
| 154 0453 | 154 0455 | 5 | |
| 154 0456 | 154 0459 | 5 | |
| 154 0460 | 154 0461 | 5 | |
| 154 0462 | | 5 | |
| 154 0463 | 154 0468 | 5 | |
| 154 0472 | | 5 | |
| 155 1326; | 155 1347 | 5 | |
| 155 1385 | 155 1386 | 5 | |
| 155 1397 | | 5 | |
| 155 1467 | | 5 | |
| 158 2012 | 158 2013 | 5 | |
| 158 2045 | | 5 | |
| 158 2051 | 158 2053 | 5 | |
| 159 0089 | | 5 | |
| 162 1870 | | 5 | |
| 164 1233 | 164 1237 | 5 | |
| 164 1238 | 164 1259 | 5 | |
| 164 1260 | 164 1270 | 5 | |
| 164 1271 | 164 1276 | 5 | |
| 164 1323 | 164 1445 | 5 | |
| 164 1539 | 164 1540 | 5 | |
| 164 1550 | 164 1552 | 5 | |
| 164 2174 | 164 2178 | 5 | |
| 164 2207 | 164 2210 | 5 | |
| 164 2218 | 164 2221 | 5 | |
| 164 2229 | 164 2243 | 5 | |
| 164 2244 | 164 2264 | 5 | |
| 164 2266 | 164 2267 | 5 | |
| 164 2819 | 164 2829 | 5 | |
| 164 3567 | 164 3568 | 5 | |
| 165 0056 | | 5 | |
| 165 0115 | 165 0116 | 5 | |

Sports Shinko (USA) Co., Ltd. vs. Kiahuna Golf Club, LLC, et al.; Civil No. 04-00126

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 165 0122 | 165 0123 | 5 | |
| 165 1742 | | 5 | |
| 165 1780 | | 5 | |
| 165 1808 | | 5 | |
| 165 1874 | | 5 | |
| 165 2119 | | 5 | |
| 165 2464 | | 5 | |
| 166 0274 | 166 0283 | 5 | |
| 166 0274 | 166 0283 | 5 | |
| 166 0507 | 166 0512 | 5 | |
| 167 0279 | 167 0314 | 5 | |
| 167 0387 | 167 0421 | 5 | |
| 167 0510 | 167 0543 | 5 | |
| 167 0570 | 167 0602 | 5 | |
| 167 0624 | 167 0650 | 5 | |
| 167 0932 | 167 0949 | 5 | |
| 167 0950 | 167 0967 | 5 | |
| 167 0981 | 167 0999 | 5 | |
| 167 1075 | 167 1094 | 5 | |
| 167 1095 | 167 1114 | 5 | |
| 167 1190 | 167 1207 | 5 | |
| 167 1208 | 167 1225 | 5 | |
| 168 1513 | 168 1517 | 5 | |
| 169 0004 | 169 0005 | 5 | |
| 169 0307 | 169 0310 | 5 | |
| 169 0456 | 169 0457 | 5 | |
| 169 0777 | 169 0779 | 5 | |
| 169 0926 | 169 0927 | 5 | |
| 169 1270 | 169 1271 | 5 | |
| 169 1270 | 169 1271 | 5 | |
| 169 1718 | 169 1719 | 5 | |
| 169 1847 | 169 1848 | 5 | |
| 169 2562 | 169 2563 | 5 | |
| 170 0291 | 170 0292 | 5 | |
| 170 0392 | | 5 | |
| 170 0672 | | 5 | |
| 173 0049 | 1730053 | 5 | |
| 173 0057 | | 5 | |
| 173 0059 | | 5 | |
| 173 0066 | 173 0068 | 5 | |
| 173 0076 | | 5 | |
| 173 0084 | | 5 | |
| 173 1971 | | 5 | |
| 174 0325 | 174 0331 | 5 | |
| 174 0332 | | 5 | |
| 174 0333 | 174 0334 | 5 | |
| 174 0335 | 174 0344 | 5 | |
| 174 0345 | 174 0414 | 5 | |
| 174 0427 | | 5 | |
| 174 0429 | 174 0438 | 5 | |

Sports Shinko (USA) Co., Ltd. vs. Kiahuna Golf Club, LLC, et al.; Civil No. 04-00126

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 174 0439 | | 5 | |
| 174 0453 | | 5 | |
| 174 0454 | 174 0455 | 5 | |
| 174 0456 | 174 0457 | 5 | |
| 174 0466 | 174 0470 | 5 | |
| 174 0473 | 174 0474 | 5 | |
| 174 0475 | 174 0476 | 5 | |
| 174 0478 | | 5 | |
| 174 0482 | 174 0486 | 5 | |
| 174 0487 | | 5 | |
| 174 0504 | 174 0507 | 5 | |
| 174 0509 | 174 0512 | 5 | |
| 174 0513 | | 5 | |
| 174 0514 | | 5 | |
| 174 0515 | 174 0519 | 5 | |
| 174 0515 | | 5 | |
| 174 0526 | 174 0527 | 5 | |
| 174 0529 | | 5 | |
| 174 0532 | | 5 | |
| 174 0536 | 174 0539 | 5 | |
| 174 0540 | 174 0541 | 5 | |
| 174 0542 | 174 0546 | 5 | |
| 174 0542 | 174 0546 | 5 | |
| 174 0553 | | 5 | |
| 174 0573; | 174 0589 | 5 | |
| 174 1046 | | 5 | |
| 174 1194 | 174 1196 | 5 | |
| 174 1205 | | 5 | |
| 174 1210 | | 5 | |
| 174 1223 | 174 1226 | 5 | |
| 174 1224a | 174 1227a | 5 | |
| 174 1269 | 174 1274 | 5 | |
| 174 1279 | | 5 | |
| 174 1280 | | 5 | |
| 174 1599 | | 5 | |
| 174 1609 | 174 1612 | 5 | |
| 174 1780 | 174 1798 | 5 | |
| 174 1831 | 174 1833 | 5 | |
| 174 1835 | 174 1837 | 5 | |
| 174 1840 | | 5 | |
| 174 1841 | 174 1850 | 5 | |
| 174 1885 | | 5 | |
| 174 1891 | | 5 | |
| 174 1892 | 174 1893 | 5 | |
| 177 0016 | | 5 | |
| 177 0116 | | 5 | |
| 177 0176 | 177 0180 | 5 | |
| 177 0193 | 177 0203 | 5 | |
| 177 0300 | | 5 | |
| 177 1665 | 177 1670 | 5 | |

Sports Shinko (USA) Co., Ltd. vs. Kiahuna Golf Club, LLC, et al.; Civil No. 04-00126

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 177 2454 | | 5 | |
| 177 2830 | 177 2840 | 5 | |
| 177 2944 | | 5 | |
| 179 3278 | | 5 | |
| 179 3742 | 179 3744 | 5 | |
| 179 3773 | 179 3777 | 5 | |
| 179 3820 | | 5 | |
| 181 0863 | | 5 | |
| 181 0864 | 181 0865 | 5 | |
| 181 0878 | | 5 | |
| 181 0906 | | 5 | |
| 181 0909 | 181 0910 | 5 | |
| 181 0911 | 181 0913 | 5 | |
| 181 0915 | 181 0916 | 5 | |
| 181 0917 | | 5 | |
| 181 0922 | | 5 | |
| 181 0999 | | 5 | |
| 181 1001 | | 5 | |
| 181 1050 | | 5 | |
| 181 1072 | | 5 | |
| 181 1072 | | 5 | |
| 181 1073 | 181 1074 | 5 | |
| 181 1077 | | 5 | |
| 181 1089 | | 5 | |
| 181 1103 | 181 1104 | 5 | |
| 181 1105 | 181 1106 | 5 | |
| 181 1105 | 181 1106 | 5 | |
| 181 1118 | 181 1125 | 5 | |
| 181 1209 | | 5 | |
| 181 1213 | 181 1217 | 5 | |
| 181 1218 | 181 1221 | 5 | |
| 181 1241 | 181 1242 | 5 | |
| 181 1241 | | 5 | |
| 181 1241 | | 5 | |
| 181 1346 | 181 1347 | 5 | |
| 181 1349 | 181 1350 | 5 | |
| 181 1363 | 181 1365 | 5 | |
| 181 1376 | | 5 | |
| 181 1383 | 181 1384 | 5 | |
| 181 1383 | 181 1384 | 5 | |
| 181 1491 | 181 1494 | 5 | |
| 181 1509 | 181 1511 | 5 | |
| 181 1512 | 181 1516 | 5 | |
| 181 1517 | 181 1522 | 5 | |
| 181 1528 | 181 1529 | 5 | |
| 181 1559; | 181 1569 | 5 | |
| 181 1589 | 181 1590 | 5 | |
| 181 2354 | | 5 | |
| 181 2359 | | 5 | |
| 181 2361 | | 5 | |

Sports Shinko (USA) Co., Ltd. vs. Kiahuna Golf Club, LLC, et al.; Civil No. 04-00126

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 181 2366 | 181 2370 | 5 | |
| 181 2374 | | 5 | |
| 181 2377 | | 5 | |
| 181 2388 | | 5 | |
| 181 2390 | | 5 | |
| 181 2394 | 181 2396 | 5 | |
| 181 2400 | | 5 | |
| 181 2903; | 181 2916 | 5 | |
| 181 2916 | | 5 | |
| 181 2923 | 181 2947 | 5 | |
| 181 3005 | 181 3021 | 5 | |
| 181 3612 | | 5 | |
| 181 3615 | | 5 | |
| 181 3661 | 181 3666 | 5 | |
| 181 3715 | | 5 | |
| 181 3716 | | 5 | |
| 181 3742 | 181 3746 | 5 | |
| 181 3747 | 181 3751 | 5 | |
| 181 3747 | | 5 | |
| 181 3829 | | 5 | |
| 181 3839 | | 5 | |
| 181 3841 | | 5 | |
| 181 3902 | | 5 | |
| 181 3978 | 181 3979 | 5 | |
| 181 3983 | | 5 | |
| 181 4015 | 181 4016 | 5 | |
| 181 4024 | | 5 | |
| 181 4041 | | 5 | |
| 183 0715 | 183 0721 | 5 | |
| 183 0735 | | 5 | |
| 183 2002 | | 5 | |
| 183 2049; | 183 2056 | 5 | |
| 183 2161 | 183 2165 | 5 | |
| 183 2224 | | 5 | |
| 184 0906 | 184 0911 | 5 | |
| 184 2516 | | 5 | |
| 184 3001 | 184 3003 | 5 | |
| 184 3001 | | 5 | |
| 185 2064 | 185 2065 | 5 | |
| 188 0329 | 188 0330 | 5 | |
| 188 1141 | | 5 | |
| 188 1142; | 188 1202 | 5 | |
| 191 0740; | 191 0746 | 5 | |
| 191 0750 | | 5 | |
| 191 0769 | | 5 | |
| 191 0777 | | 5 | |
| 191 1189; | 191 1205 | 5 | |
| 191 1284 | 191 1285 | 5 | |
| 192 0683 | 192 0694 | 5 | |
| 192 0698 | 192 0703 | 5 | |

Sports Shinko (USA) Co., Ltd. vs. Kiahuna Golf Club, LLC, et al.; Civil No. 04-00126

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 192 0704 | | 5 | |
| 192 0705 | 192 0714 | 5 | |
| 192 0732 | 192 0740 | 5 | |
| 192 0757 | 192 0773 | 5 | |
| 192 0774 | 192 0780 | 5 | |
| 192 1540 | 192 1542 | 5 | |
| 194 0179 | 194 0199 | 5 | |
| 194 0200 | 194 0220 | 5 | |
| 194 0221 | 194 0242 | 5 | |
| 194 0243 | 194 0264 | 5 | |
| 194 0265 | 194 0284 | 5 | |
| 194 0285 | 194 0304 | 5 | |
| 194 0305 | 194 0327 | 5 | |
| 194 0328 | 194 0350 | 5 | |
| 194 0351 | 194 0376 | 5 | |
| 194 0377 | 194 0402 | 5 | |
| 194 0403 | 194 0413 | 5 | |
| 194 0414 | 194 0444 | 5 | |
| 194 0548 | 194 0581 | 5 | |
| 194 0582 | 194 0600 | 5 | |
| 194 0601 | 194 0612 | 5 | |
| 194 0613 | 194 0639 | 5 | |
| 194 0640 | 194 0674 | 5 | |
| 194 0675 | 194 0709 | 5 | |
| 194 0710 | 194 0745 | 5 | |
| 194 0746 | 194 0781 | 5 | |
| 194 0782 | 194 0843 | 5 | |
| 194 0818 | 194 0843 | 5 | |
| 194 0844 | 194 0878 | 5 | |
| 194 0933 | 194 0966 | 5 | |
| 194 0967 | 194 0985 | 5 | |
| 194 0986 | 194 1021 | 5 | |
| 194 1939 | 194 2033 | 5 | |
| 194 2034 | 194 2151 | 5 | |
| 194 2153 | 194 2276 | 5 | |
| 194 2380 | | 5 | |
| 194 2402; | 194 2418 | 5 | |
| 196 2349 | 196 2367 | 5 | |
| 197 0150 | 197 0168 | 5 | |
| 197 0169 | 197 0178 | 5 | |
| 197 0179 | 197 0190 | 5 | |
| 197 0191 | | 5 | |
| 197 0192 | 197 0197 | 5 | |
| 198 0891; | 198 0904 | 5 | |
| 206 0587 | | 5 | |
| 206 0608 | | 5 | |
| 206 0649; | 206 0652 | 5 | |
| 208 0413 | 208 0414 | 5 | |
| 209 0246 | | 5 | |
| 209 0360 | | 5 | |

Sports Shinko (USA) Co., Ltd. vs. Kiahuna Golf Club, LLC, et al.; Civil No. 04-ᴜᴜ126

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 209 0698 | | 5 | |
| 209 0701 | | 5 | |
| 209 0702 | | 5 | |
| 209 0715 | | 5 | |
| 209 0720 | | 5 | |
| 209 0720 | | 5 | |
| 209 0732 | | 5 | |
| 209 0736 | | 5 | |
| 209 2004 | | 5 | |
| 209 2005 | | 5 | |
| 209 2166 | | 5 | |
| 209 2168 | | 5 | |
| 209 2169 | | 5 | |
| 209 2325 | 209 2326 | 5 | |
| 209 2327 | 209 2329 | 5 | |
| 209 2330 | | 5 | |
| 209 2330 | | 5 | |
| 209 2331 | 209 2332 | 5 | |
| 209 2333 | 209 2334 | 5 | |
| 209 2335 | 209 2336 | 5 | |
| 209 2337 | 209 2338 | 5 | |
| 209 2451 | | 5 | |
| 209 2754 | | 5 | |
| 209 2806 | | 5 | |
| 209 2830 | | 5 | |
| 209 2832 | | 5 | |
| 209 2966 | | 5 | |
| 209 2967 | 209 2968 | 5 | |
| 209 2969 | 209 2970 | 5 | |
| 210 0004; | 210 0006 | 5 | |
| 210 0284 | | 5 | |
| 210 0285 | 210 0286 | 5 | |
| 210 0287 | 210 0291 | 5 | |
| 210 0727 | | 5 | |
| 210 0734 | | 5 | |
| 210 2075 | 210 2077 | 5 | |
| 211 0289 | 211 0291 | 5 | |
| 211 0584 | 211 0591 | 5 | |
| 211 0819 | 211 0824 | 5 | |
| 211 1993 | | 5 | |
| 212 2371 | 212 2372 | 5 | |
| 212 2373 | 212 2374 | 5 | |
| 214 2432; | 214 2504 | 5 | |
| 214 3506 | | 5 | |
| 216 0239; | 216 0268 | 5 | |
| 216 1681 | 216 1687 | 5 | |
| 217 0936 | | 5 | |
| 217 0947 | 217 0948 | 5 | |
| 217 1075 | 217 1076 | 5 | |
| 217 1101 | | 5 | |

Sports Shinko (USA) Co., Ltd. v. Kiahuna Golf Club, LLC, et al.; Civil No. 04-125

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 217 1139 | | 5 | |
| 217 1177 | | 5 | |
| 218 4292 | | 5 | |
| 218 4403 | | 5 | |
| 218 4565 | | 5 | |
| 219 4394 | | 5 | |
| 220 1376 | | 5 | |
| 220 1633; | 220 1637 | 5 | |
| 220 1792; | 220 1822 | 5 | |
| 220 1830 | 220 1838 | 5 | |
| 220 2388 | | 5 | |
| 220 2396 | | 5 | |
| 221 0002 | | 5 | |
| 221 0360 | | 5 | |
| 221 0930 | | 5 | |
| 221 1147 | 221 1148 | 5 | |
| 221 1278 | 221 1290 | 5 | |
| 222 0682 | | 5 | |
| 222 0705 | 222 0711 | 5 | |
| 222 0897 | 222 0899 | 5 | |
| 222 0906 | 222 0907 | 5 | |
| 222 1028 | 222 1091 | 5 | |
| 222 1141 | 222 1142 | 5 | |
| 222 1162 | | 5 | |
| 222 1611 | 222 1612 | 5 | |
| 222 1650 | 222 1665 | 5 | |
| 222 1669 | | 5 | |
| 222 1743 | 222 1774 | 5 | |
| 222 1775 | 222 1802 | 5 | |
| 223 1261 | 223 1271 | 5 | |
| 223 1272 | 223 1276 | 5 | |
| 223 1289 | 223 1291 | 5 | |
| 223 1360 | 223 1361 | 5 | |
| 223 1368 | | 5 | |
| 223 1485 | 223 1487 | 5 | |
| 223 1733 | | 5 | |
| 223 1736 | | 5 | |
| 223 1739 | 223 1742 | 5 | |
| 223 1761 | 223 1762 | 5 | |
| 223 1776 | 223 1784 | 5 | |
| 223 1785 | 223 1793 | 5 | |
| 223 1801 | | 5 | |
| 223 1805 | | 5 | |
| 223 1812 | | 5 | |
| 223 1826 | 223 1835 | 5 | |
| 223 1840 | 223 1843 | 5 | |
| 223 1874 | 223 1875 | 5 | |
| 223 1899 | 223 1900 | 5 | |
| 223 1908 | 223 1911 | 5 | |
| 223 1932 | 223 1935 | 5 | |

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 223 1953 | 223 1958 | 5 | |
| 223 1961 | 223 1962 | 5 | |
| 225 0894 | 225 0899 | 5 | |
| 225 0901; | 225 0920 | 5 | |
| 225 0923 | 225 0928 | 5 | |
| 225 0929; | 225 0993 | 5 | |
| 225 0935 | 225 0936 | 5 | |
| 225 0953 | 225 0958 | 5 | |
| 225 0963 | 225 0968 | 5 | |
| 225 0970 | 225 0984 | 5 | |
| 225 0985 | 225 0990 | 5 | |
| 225 0994 | 225 0998 | 5 | |
| 225 1002 | 225 1014 | 5 | |
| 225 1762 | | 5 | |
| 226 0351 | 226 0568 | 5 | |
| 231 0144; | 231 0170 | 5 | |
| 231 0292; | 231 0294 | 5 | |
| 231 0297 | | 5 | |
| 231 0300 | 231 0302 | 5 | |
| 231 0662 | 231 0663 | 5 | |
| 231 1069 | | 5 | |
| 231 1084 | 231 1102 | 5 | |
| 231 1093 | | 5 | |
| 231 1703 | | 5 | |
| 231 1707 | | 5 | |
| 231 1832 | 231 1833 | 5 | |
| 231 1834 | | 5 | |
| 231 1848 | | 5 | |
| 231 1908; | 231 2136 | 5 | |
| 241 0140 | 241 0145 | 5 | |
| 241 0274 | 241 0279 | 5 | |
| 241 0284 | 241 0288 | 5 | |
| 241 0436 | 241 0438 | 5 | |
| 241 0630 | 241 0631 | 5 | |
| 241 0771 | 241 0772 | 5 | |
| 241 0952 | 241 0953 | 5 | |
| 241 1160 | 241 1161 | 5 | |
| 241 1374 | 241 1375 | 5 | |
| 241 1914 | 241 1916 | 5 | |
| 241 1974 | 241 1975 | 5 | |
| 241 2044 | 241 2045 | 5 | |
| 241 2112 | 241 2113 | 5 | |
| 241 2368 | 241 2372 | 5 | |
| 241 2462 | | 5 | |
| 257 1863 | 257 1957 | 5 | |
| A 22855 | | 5 | |
| A 26096 | A 26115 | 5 | |
| A 28299 | A 28336 | 5 | |
| A 30029 | A 30045 | 5 | |
| A 30118 | A 30120 | 5 | |

Sports Shinko (USA) Co., Ltd. vs. Kahuna Golf Club, LLC, et al.; Civil No. 04-00126

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| A 30150 | A 30183 | 5 | |
| CB001196 | CB001199 | 5 | |
| CB001200 | CB001201 | 5 | |
| CB001202 | CB001205 | 5 | |
| CB001206 | | 5 | |
| CB001216 | | 5 | |
| CB001218 | | 5 | |
| CB001219 | | 5 | |
| CB001229 | | 5 | |
| CB001230 | | 5 | |
| CB001235 | CB001237 | 5 | |
| CB001238 | CB001240 | 5 | |
| CB001246 | CB001248 | 5 | |
| CB001249 | CB001265 | 5 | |
| CB001284 | CB001287 | 5 | |
| CB001338 | CB001349 | 5 | |
| CB002191 | CB002192 | 5 | |
| CB002195 | CB002204 | 5 | |
| CB003252 | CB003253 | 5 | |
| CB003288 | CB003292 | 5 | |
| CB003293 | CB003304 | 5 | |
| CB003321 | CB003336 | 5 | |
| CB004318 | CB004324 | 5 | |
| CB004334 | CB004345 | 5 | |
| CB004397 | CB004399 | 5 | |
| CB004557 | CB004571 | 5 | |
| GT000127 | GT000135 | 5 | |
| GT000136 | GT000141 | 5 | |
| GT000143R | | 5 | |
| GT000145 | GT000149 | 5 | |
| GT000150 | GT000155 | 5 | |
| GT000162 | GT000165 | 5 | |
| GT000167 | GT000170 | 5 | |
| GT000234 | GT000237 | 5 | |
| GT000238 | | 5 | |
| GT000240 | GT000241 | 5 | |
| GT000242 | GT000243 | 5 | |
| GT000245 | GT000246 | 5 | |
| GT000247 | GT000250 | 5 | |
| GT000251 | | 5 | |
| GT000252 | GT000254 | 5 | |
| GT000259 | GT000262 | 5 | |
| GT000263 | GT000284 | 5 | |
| GT000329 | GT000332 | 5 | |
| GT000333 | GT000340 | 5 | |
| GT000341 | GT000344 | 5 | |
| GT000345 | GT000351 | 5 | |
| GT000356 | GT000359 | 5 | |
| GT000360 | GT000373 | 5 | |
| GT000374 | GT000379 | 5 | |

Sports Shinko (USA) Co., Ltd. vs. Kiahuna Golf Club, LLC, et al.; Civil No. 04-00126

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| GT000388 | GT000404 | 5 | |
| GT000405 | GT000410 | 5 | |
| GT000411 | GT000421 | 5 | |
| GT000422 | GT000424 | 5 | |
| GT000425 | GT000428 | 5 | |
| GT000429 | GT000438 | 5 | |
| GT001359 | GT001360 | 5 | |
| GT001392 | GT001398 | 5 | |
| GT001479 | GT001480 | 5 | |
| GT001619 | | 5 | |
| GT002051 | GT002052 | 5 | |
| GT002196; | GT002211 | 5 | |
| GT009238 | GT009239 | 5 | |
| GT009240 | | 5 | |
| GT009391 | GT009393 | 5 | |
| GT009580 | GT009586 | 5 | |
| GT009931 | GT009934 | 5 | |
| GT009945 | GT009949 | 5 | |
| GT010092 | GT010097 | 5 | |
| GT010129 | | 5 | |
| GT010177 | | 5 | |
| GT010249 | GT010251 | 5 | |
| GT010329 | GT010331 | 5 | |
| GT010449 | GT010450 | 5 | |
| GT010458 | GT010459 | 5 | |
| GT010461 | GT010462 | 5 | |
| GT010469 | GT010470 | 5 | |
| GT010511 | GT010512 | 5 | |
| GT010513 | GT010514 | 5 | |
| GT010515 | GT010524 | 5 | |
| GT010527 | GT010535 | 5 | |
| GT010541 | GT010544 | 5 | |
| GT010592 | GT010596 | 5 | |
| GT010597 | GT010601 | 5 | |
| GT010598 | GT010601 | 5 | |
| GT010602 | GT010605 | 5 | |
| GT010606 | GT010609 | 5 | |
| GT010606 | GT010609 | 5 | |
| GT010610 | GT010613 | 5 | |
| GT010614 | GT010617 | 5 | |
| GT010618 | GT010621 | 5 | |
| GT010622 | GT010624 | 5 | |
| GT010625 | GT010629 | 5 | |
| GT010630 | GT010634 | 5 | |
| GT010635 | GT010639 | 5 | |
| GT010655 | GT010659 | 5 | |
| GT010683 | GT010684 | 5 | |
| GT010685 | GT010692 | 5 | |
| GT010693 | | 5 | |
| GT010696 | | 5 | |

Sports Shinko (USA) Co., Ltd. vs. Kahuna Golf Club, LLC, et al.; Civil No. 04-00126

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| GT010741 | GT010742 | 5 | |
| GT010773 | | 5 | |
| GT010830 | GT010832 | 5 | |
| GT010871 | GT010875 | 5 | |
| GT010877 | | 5 | |
| GT010905 | | 5 | |
| GT010948 | GT010951 | 5 | |
| GT010953 | GT010962 | 5 | |
| GT010985; | GT010993 | 5 | |
| GT011161; | GT011175 | 5 | |
| GT011224 | GT011226 | 5 | |
| GT011227 | GT011231 | 5 | |
| GT011336 | GT011338 | 5 | |
| GT011370 | GT011371 | 5 | |
| GT011412 | | 5 | |
| GT011753 | GT011768 | 5 | |
| GT011945 | GT011947 | 5 | |
| GT011960 | GT011963 | 5 | |
| GT011966; | GT011975 | 5 | |
| GT012279 | GT012280 | 5 | |
| GT012291 | GT012292 | 5 | |
| GT012456 | GT012457 | 5 | |
| GT012544 | GT012550 | 5 | |
| GT012554 | | 5 | |
| GT012611 | GT012612 | 5 | |
| GT012645 | GT012650 | 5 | |
| GT012804 | | 5 | |
| GT012813 | | 5 | |
| GT012898 | GT012900 | 5 | |
| GT012900 | | 5 | |
| GT012938 | GT012940 | 5 | |
| GT013072 | | 5 | |
| GT014422 | GT014423 | 5 | |
| GT014478 | | 5 | |
| GT015029 | | 5 | |
| GT015031 | | 5 | |
| GT015032 | | 5 | |
| GT015035 | GT015038 | 5 | |
| GT015092 | GT015093 | 5 | |
| GT015567 | GT015575 | 5 | |
| GT015576 | GT015585 | 5 | |
| GT016016 | GT016018 | 5 | |
| GT016207 | GT016212 | 5 | |
| GT016213 | GT016216 | 5 | |
| GT016217 | GT016220 | 5 | |
| GT016228 | GT016236 | 5 | |
| GT016237 | GT016244 | 5 | |
| GT016245 | GT016251 | 5 | |
| GT016274 | GT016278 | 5 | |
| GT016362 | GT016365 | 5 | |

Sports Shinko (USA) Co., Ltd. vs. Kiahuna Golf Club, LLC, et al.; Civil No. 04-00126

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| GT016366 | GT016369 | 5 | |
| GT016398 | GT016399 | 5 | |
| GT016407 | GT016408 | 5 | |
| GT016431 | | 5 | |
| GT016463 | | 5 | |
| GT016464 | GT016465 | 5 | |
| GT016469; | GT016508 | 5 | |
| GT016551 | GT016553 | 5 | |
| GT016554 | GT016555 | 5 | |
| GT016580 | | 5 | |
| GT016582 | | 5 | |
| GT016586 | GT016591 | 5 | |
| GT016597 | GT016598 | 5 | |
| GT016611 | | 5 | |
| GT016665 | GT016667 | 5 | |
| GT016699 | GT016700 | 5 | |
| GT016701 | GT016702 | 5 | |
| GT016703 | GT016704 | 5 | |
| GT016705 | GT016708 | 5 | |
| GT016722 | GT016724 | 5 | |
| GT016725 | | 5 | |
| GT019706 | GT019739 | 5 | |
| GT019952 | GT019961 | 5 | |
| GT019982 | GT019988 | 5 | |
| GT020132 | GT020135 | 5 | |
| GT020138 | GT020139 | 5 | |
| GT020158 | | 5 | |
| GT020159 | GT020160 | 5 | |
| GT020171 | | 5 | |
| GT020192 | | 5 | |
| GT021384 | GT021395 | 5 | |
| GT021452 | | 5 | |
| GT021455 | GT021456 | 5 | |
| GT021457 | GT021458 | 5 | |
| GT021457 | | 5 | |
| GT021462 | | 5 | |
| GT021476 | | 5 | |
| GT021492 | | 5 | |
| GT021522; | GT021540 | 5 | |
| GT021522; | GT021540 | 5 | |
| GT024315 | GT024317 | 5 | |
| GT024320 | | 5 | |
| GT024333 | GT024334 | 5 | |
| GT024335 | GT024336 | 5 | |
| GT024378 | | 5 | |
| GT025046 | GT025047 | 5 | |
| GT025117 | | 5 | |
| GT025118 | | 5 | |
| GT025121 | GT025122 | 5 | |
| GT026115 | GT026123 | 5 | |

Sports Shinko (USA) Co., Ltd. v. Kiahuna Golf Club, LLC, et al.; Civil No. 04-00126

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| GT026124 | GT026127 | 5 | |
| GT026128 | GT026131 | 5 | |
| GT026132 | | 5 | |
| GT026132 | | 5 | |
| GT026133 | | 5 | |
| GT026133 | | 5 | |
| GT026148 | | 5 | |
| GT026219 | GT026220 | 5 | |
| GT026219 | GT026220 | 5 | |
| GT026221 | GT026225 | 5 | |
| GT026226 | GT026227 | 5 | |
| GT026226 | GT026227 | 5 | |
| GT026566 | GT026570 | 5 | |
| GT026657 | | 5 | |
| GT029513 | GT029547 | 5 | |
| GT029699 | GT029711 | 5 | |
| GT029714 | | 5 | |
| GT030715; | GT030744 | 5 | |
| GT030745 | GT030749 | 5 | |
| GT030750 | GT030753 | 5 | |
| GT031353 | GT031359 | 5 | |
| GT031354 | | 5 | |
| GT031635 | GT031639 | 5 | |
| GT031640 | | 5 | |
| GT031641 | | 5 | |
| GT031646 | | 5 | |
| GT031647 | | 5 | |
| GT032777 | | 5 | |
| GT032922 | GT032927 | 5 | |
| GT033746 | | 5 | |
| GT033750 | GT033754 | 5 | |
| GT034129 | GT034132 | 5 | |
| GT034212 | GT034213 | 5 | |
| GT034220; | GT034222 | 5 | |
| GT034232 | GT034233 | 5 | |
| GT034234 | GT034235 | 5 | |
| GT034240 | GT034246 | 5 | |
| GT034282 | GT034303 | 5 | |
| GT034319 | GT034322 | 5 | |
| GT034343 | GT034345 | 5 | |
| GT034651 | | 5 | |
| GT034657 | GT034658 | 5 | |
| GT034677 | GT034690 | 5 | |
| GT034820 | GT034821 | 5 | |
| GT034822 | GT034830 | 5 | |
| GT034841 | GT034844 | 5 | |
| GT034848 | GT034856 | 5 | |
| GT035713 | GT035714 | 5 | |
| GT18581 | | 5 | |
| GT18606 | GT18607 | 5 | |

Sports Shinko (USA) Co., Ltd. vs. .ahuna Golf Club, LLC, et al.; Civil No. 04-0.126

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| GT18804 | GT18807 | 5 | |
| GTV 000127 | GTV 000129 | 5 | |
| GTV 000239 | GTV 000240 | 5 | |
| GTV 000241 | GTV 000242 | 5 | |
| GTV 000380 | GTV 000385 | 5 | |
| GTV 000434 | GTV 000439 | 5 | |
| GTV 000599 | | 5 | |
| GTV 000851 | GTV 000852 | 5 | |
| GTV 000914 | GTV 000917 | 5 | |
| GTV 000926 | GTV 000934 | 5 | |
| GTV 001322 | GTV 001334 | 5 | |
| GTV 001387 | | 5 | |
| GTV 001394 | | 5 | |
| GTV 001435 | GTV 001468 | 5 | |
| GTV 001485 | | 5 | |
| GTV 001487 | | 5 | |
| GTV 001493 | | 5 | |
| GTV 001499 | GTV 001501 | 5 | |
| GTV 001592 | GTV 001593 | 5 | |
| GTV 001761 | GTV 001769 | 5 | |
| GTV 001837 | | 5 | |
| GTV 001920 | | 5 | |
| GTV 001934 | GTV 001936 | 5 | |
| GTV 001937 | GTV 001941 | 5 | |
| GTV 001942 | GTV 001943 | 5 | |
| GTV 001954 | GTV 001963 | 5 | |
| GTV 001964 | | 5 | |
| GTV 002093 | GTV 002095 | 5 | |
| GTV 002129 | GTV 002132 | 5 | |
| GTV 002135 | | 5 | |
| GTV 002136 | GTV 002137 | 5 | |
| GTV 002143 | | 5 | |
| GTV 002144 | GTV 002146 | 5 | |
| GTV 002147 | | 5 | |
| GTV 002691 | GTV 002693 | 5 | |
| GTV 002701 | GTV 002703 | 5 | |
| GTV 002704 | GTV 002709 | 5 | |
| GTV 002711 | GTV 002719 | 5 | |
| GTV 002720 | GTV 002729 | 5 | |
| GTV 002906 | GTV 002909 | 5 | |
| GTV 002910 | GTV 002911 | 5 | |
| GTV 002912 | | 5 | |
| GTV 002914 | | 5 | |
| GTV 002916 | GTV 002917 | 5 | |
| GTV 002918 | GTV 002919 | 5 | |
| GTV 002920 | GTV 002921 | 5 | |
| GTV 002922 | GTV 002923 | 5 | |
| GTV 002924 | GTV 002925 | 5 | |
| GTV 002926 | GTV 002927 | 5 | |
| GTV 002985 | GTV 003008 | 5 | |

Sports Shinko (USA) Co., Ltd. vs. ...ahuna Golf Club, LLC, et al.; Civil No. 04-00126

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| GTV 003016 | GTV 003018 | 5 | |
| GTV 003058 | GTV 003076 | 5 | |
| GTV 004155 | GTV 004180 | 5 | |
| KPMG 1790(A); | KPMG 1793(A) | 5 | |
| KPMG 1807(A) | KPMG 1808(A) | 5 | |
| KPMG 2240(A); | KPMG 2249(A) | 5 | |
| KPMG 2251(A) | KPMG 2252(A) | 5 | |
| KPMG 2274(A); | KPMG 2300(A) | 5 | |
| PCC02491 | PCC02493 | 5 | |
| PCC02506 | PCC02535 | 5 | |
| PFFFF01249 | PFFFF01274 | 5 | |
| PLL01555 | PLL01558 | 5 | |
| PLL02340 | PLL02358 | 5 | |
| PQQ00400 | | 5 | |
| PQQ01451 | PQQ01452 | 5 | |
| PR00015 | PR00016 | 5 | |
| PR00379 | | 5 | |
| PR00393; | PR00396 | 5 | |
| PR00476 | PR00481 | 5 | |
| PR00645 | | 5 | |
| PR00740 | PR00744 | 5 | |
| PR01521 | | 5 | |
| PR01805 | PR01816 | 5 | |
| PR01820 | | 5 | |
| PR01845 | PR01848 | 5 | |
| PR01868 | | 5 | |
| PR01869 | PR01875 | 5 | |
| PR02023 | | 5 | |
| PR02047 | | 5 | |
| PR02059 | PR02060 | 5 | |
| PR02088 | PR02093 | 5 | |
| PRR00004 | | 5 | |
| PT00496 | PT00497 | 5 | |
| PT00519 | PT00520 | 5 | |
| PT00529 | | 5 | |
| PT00530 | PT00532 | 5 | |
| PT00535 | PT00548 | 5 | |
| PT00549 | | 5 | |
| PT01677; | PT01680 | 5 | |
| PT01685 | PT01686 | 5 | |
| PT01689 | | 5 | |
| PT01690 | | 5 | |
| PT01728 | | 5 | |
| PU02698 | | 5 | |
| PU02704 | PU02713 | 5 | |
| PU02964 | | 5 | |
| PU03267 | PU03268 | 5 | |
| PV01348 | PV01351 | 5 | |
| PV01671 | PV01675 | 5 | |
| PV02270 | PV02273 | 5 | |

Sports Shinko (USA) Co., Ltd. vs. Kahuna Golf Club, LLC, et al.; Civil No. 04-00126

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| PV02400 | | 5 | |
| PV03216 | | 5 | |
| PW02610 | | 5 | |
| PW02624 | | 5 | |
| PW02635 | PW02637 | 5 | |
| PW02636 | PW02637 | 5 | |
| PW02660 | | 5 | |
| PW02744 | PW02755 | 5 | |
| PX01333 | PX01338 | 5 | |
| PX01372 | PX01377 | 5 | |
| PX01395 | | 5 | |
| PX01415 | | 5 | |
| RWT-18116 | | 5 | |
| T040564 | | 5 | |
| T040630 | | 5 | |
| T040965; | T040971 | 5 | |
| T040973 | T040974 | 5 | |
| T072123 | T072124 | 5 | |
| T110021 | T110022 | 5 | |
| T110084 | T110085 | 5 | |
| T110095 | T110096 | 5 | |
| T110158 | T110159 | 5 | |
| T110169 | T110170 | 5 | |
| T110247 | | 5 | |
| T110318 | | 5 | |
| T110391 | T110392 | 5 | |
| T110464 | T110465 | 5 | |
| T110539 | | 5 | |
| T110611 | T110612 | 5 | |
| T110673 | T110674 | 5 | |
| T110681 | | 5 | |
| T110743 | T110744 | 5 | |
| T120023 | | 5 | |
| T120089 | | 5 | |
| T120816 | T120834 | 5 | |
| T120816; | T120825 | 5 | |
| T120835 | T120870 | 5 | |
| T120871 | T120906 | 5 | |
| T120907 | T120942 | 5 | |
| T120943 | T120978 | 5 | |
| T120943; | T120956 | 5 | |
| T120979 | T121014 | 5 | |
| T121015 | T121050 | 5 | |
| T121051 | T121086 | 5 | |
| T121087 | T121122 | 5 | |
| T121123 | T121158 | 5 | |
| T121159 | T121194 | 5 | |
| T121195 | T121230 | 5 | |
| T121231 | T121266 | 5 | |
| T121267 | T121302 | 5 | |

Sports Shinko (USA) Co., Ltd. vs. .ahuna Golf Club, LLC, et al.; Civil No. 04-. .26

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| T121303 | T121338 | 5 | |
| T121339 | T121360 | 5 | |
| T121361 | T121379 | 5 | |
| T130677 | | 5 | |
| T130824 | T130826 | 5 | |
| T131446; | T131457 | 5 | |
| T131481 | | 5 | |
| T131493 | | 5 | |
| T131900 | T131904 | 5 | |
| T131906 | T131907 | 5 | |
| T131909 | T131913 | 5 | |
| T140299 | | 5 | |
| T143063 | | 5 | |
| T150047; | T150058 | 5 | |
| T150102 | | 5 | |
| T150248 | | 5 | |
| T150287; | T150291 | 5 | |
| T150330 | T150332 | 5 | |
| T150435; | T150446 | 5 | |
| T150558 | T150560 | 5 | |
| T150851 | | 5 | |
| T150852 | T150853 | 5 | |
| T150854 | | 5 | |
| T150871 | | 5 | |
| T150927 | | 5 | |
| T151106 | T151107 | 5 | |
| T151452 | | 5 | |
| T151662 | T151697 | 5 | |
| T151669; | T151696 | 5 | |
| 257 2029 | 257 2040 | 5 | |
| 257 2041 | 257 2052 | 5 | |
| 257 2053 | 257 2064 | 5 | |
| 257 2065 | 257 2076 | 5 | |
| 257 2077 | 257 2088 | 5 | |
| 257 2113 | | 5 | |
| GT19174 | GT19183 | 5 | |
| GT19212 | GT19213 | 5 | |
| 058-3 | | 5 | 12/12/86 Promissory Note draft re SSH/SSJ, $6,285,000.00 |
| GT025127 | GT025134 | 5 | |
| 014 0453 | 014 0460 | 5 | |
| 110 0253 | 110 0260 | 5 | |
| GT18654 | GT18661 | 5 | |
| 070-5 | | 5 | 12/12/86 Promissory Note re SSH/SSJ, $6,285,000.00 |
| GT19185 | GT19192 | 5 | |
| GT19194 | GT19200 | 5 | |
| GT18662 | GT18668 | 5 | |
| GT19203 | GT19209 | 5 | |
| 191 1246 | 191 1249 | 5 | |
| 110 0299 | 110 0302 | 5 | |
| 022 1128 | 022 1131 | 5 | |

Sports Shinko (USA) Co., Ltd. vs. Kiahuna Golf Club, LLC, et al.; Civil No. 04-00126

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| GT015112 | GT015115 | 5 | |
| GT015168 | GT015171 | 5 | |
| 110 0283 | 110 0286 | 5 | |
| 191 1254 | 191 1257 | 5 | |
| GT015108 | GT015111 | 5 | |
| 022 1124 | 022 1127 | 5 | |
| 191 1250 | 191 1253 | 5 | |
| 110 0295 | 110 0298 | 5 | |
| 191 1258 | 191 1261 | 5 | |
| 110 0279 | 110 0282 | 5 | |
| GT015164 | GT015167 | 5 | |
| 056-4 | | 5 | 10/14/87 Promissory Note, SSK/SS(USA), $11,230,000.00 |
| 191 1209 | 191 1211 | 5 | |
| 110 0210 | 110 0212 | 5 | |
| GT015124 | GT015126 | 5 | |
| 191 1206 | 191 1208 | 5 | |
| 110 0267 | 110 0269 | 5 | |
| GT015149 | GT015151 | 5 | |
| 191 1200 | 191 1202 | 5 | |
| GT015146 | GT015148 | 5 | |
| 110 0261 | 110 0263 | 5 | |
| GT015103 | GT015107 | 5 | |
| 022 1119 | 022 1123 | 5 | |
| 191 1195 | 191 1199 | 5 | |
| 110 0314 | 110 0317 | 5 | |
| 108 3035 | 108 3038 | 5 | |
| 110 0243 | 110 0247 | 5 | |
| 191 1266 | 191 1270 | 5 | |
| GT015141 | GT015145 | 5 | |
| GT015161 | GT015163 | 5 | |
| 110 0276 | 110 0278 | 5 | |
| 191 1235 | 191 1237 | 5 | |
| 191 1217 | 191 1219 | 5 | |
| GT015155 | GT015157 | 5 | |
| 110 0270 | 110 0272 | 5 | |
| 191 1229 | 191 1231 | 5 | |
| 110 0264 | 110 0266 | 5 | |
| GT015152 | GT015154 | 5 | |
| GT015158 | GT015160 | 5 | |
| 191 1223 | 191 1225 | 5 | |
| 110 0273 | 110 0275 | 5 | |
| PCC02497 | PCC02501 | 5 | |
| 022 1114 | 022 1118 | 5 | |
| 110 0226 | 110 0230 | 5 | |
| 191 1190 | 191 1194 | 5 | |
| 128 0813 | 128 0817 | 5 | |
| 108 3030 | 108 3034 | 5 | |
| 022 1196 | 022 1200 | 5 | |
| GT004955 | GT004959 | 5 | |
| 022 1113 | | 5 | |

Sports Shinko (USA) Co., Ltd. vs. Kahuna Golf Club, LLC, et al.; Civil No. 04-...126

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 026-2 | | 5 | 10/15/90 Promissory Note, SSK/SSJ, $1,600,000.00 |
| 022 1190 | | 5 | |
| 014 0980 | | 5 | |
| PW02751 | | 5 | |
| 104 0775 | | 5 | |
| 104 0784 | | 5 | |
| GT025116 | | 5 | |
| 103 1301 | 103 1305 | 5 | |
| 136 1148 | | 5 | |
| 136 1149 | | 5 | |
| 136 1150 | | 5 | |
| KPMG 2853(A) | | 5 | |
| T130887 | T130891 | 5 | |
| 232 1354 | 232 1358 | 5 | |
| 256 0853 | 256 0856 | 5 | |
| 256 0860 | | 5 | |
| 256 0841 | | 5 | |
| 256 0833 | 256 0840 | 5 | |
| 256 0843 | 256 0846 | 5 | |
| 256 0848 | 256 0852 | 5 | |
| 257 1810 | 256 1812 | 5 | |
| 257 1832 | 257 1833 | 5 | |
| 005 1730 | | 12 | |
| 006 0413 | 006 0425 | 12 | |
| 006 0947 | 006 0948 | 12 | |
| 006 0949 | 006 0950 | 12 | |
| 006 0957 | | 12 | |
| 006 0963 | 006 0963 | 12 | |
| 006 0972 | | 12 | |
| 007 0193 | | 12 | |
| 007 0194 | | 12 | |
| 007 0260 | 007 0263 | 12 | |
| 009 1549 | 009 1551 | 12 | |
| 009 1553 | | 12 | |
| 009 2167 | 009 2168 | 12 | |
| 009 2257 | 009 2261 | 12 | |
| 009 2275 | 009 2276 | 12 | |
| 009 2280 | 009 2281 | 12 | |
| 009 2289 | | 12 | |
| 020 0238 | 020 0300 | 12 | |
| 020 0301 | 020 0363 | 12 | |
| 020 0470 | 020 0535 | 12 | |
| 020 0855 | 020 0884 | 12 | |
| 020 0921 | | 12 | |
| 020 0922 | 020 0935 | 12 | |
| 020 1427 | | 12 | |
| 020 1428 | | 12 | |
| 078 0170 | 078 0234 | 12 | |
| 078 0300 | 078 0365 | 12 | |
| 078 0366 | 078 0431 | 12 | |