Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| BRUCE H. WAKUZAWA | 4312-0 |
| GLENN T. MELCHINGER | 7135-0 |
| JASON H. KIM | 7128-0 |

American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: gtm@ahfi.com

Attorneys for Plaintiff
SPORTS SHINKO CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>QK HOTEL, LLC, a Hawai'i limited liability company, KG HOLDINGS, LLC, a Hawai'i limited liability company, FRANKLIN K. MUKAI,<br><br>Defendants, | CIVIL NO. CV 04-00124 ACK/BMK<br><br>CONSOLIDATED CASES<br><br>**PLAINTIFF SPORTS SHINKO CO., LTD.'S ANSWERS TO DEFENDANT FRANKLIN K. MUKAI'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF (IN CIVIL NO. CV 04-00127 ACK/BMK), DATED OCTOBER 19, 2006** |

628960 V2 / 6850-5         **EXHIBIT 5D**

```
(WAIKIKI) CORPORATION, a        )
Hawai`i corporation, and        )
OCEAN RESORT HOTEL              )
CORPORATION, a Hawai`i          )
corporation,                    )
                                )
        Third-Party             )
        Defendants.             )
_____)
```

**PLAINTIFF SPORTS SHINKO CO., LTD.'S ANSWERS TO DEFENDANT FRANK MUKAI'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF (IN CIVIL NO. CV04-00127 ACK/BMK), DATED OCTOBER 19, 2006**

Plaintiff Sports Shinko Co., Ltd. ("SS Japan"), hereby responds and objects to Defendant FRANKLIN K. MUKAI's ("Mukai") First Request for Answers to Interrogatories dated October 19, 2006 as follows:

## GENERAL OBJECTIONS

1.  SS Japan objects to the Interrogatories to the extent they seek information protected by the attorney-client privilege, the work product doctrine and any other applicable privilege, and no such information will be provided. By responding to the Interrogatories, SS Japan does not waive, intentionally or otherwise, its attorney-client privilege, work product doctrine

possession of, and may just as easily ascertain the answers for himself from his own documents and knowledge. Answer is subject to ongoing discovery. Without waiving these objections, Plaintiff SS Japan responds as follows:

**ANSWER:**

(a) Plaintiff has already produced, or will produce, non-privileged documents in response to this interrogatory. See attached chart of Bates Numbers of certain responsive documents. Plaintiff has no obligation to provide, and will not provide, an exhaustive list. See also January 15, 2002 report from Satoshi Kinoshita to Toshio Kinoshita, Takeshi Kinoshita and Tsugio Fukuda marked as **Exhibit 20** Plaintiff and Third-Party Defendants, the SS Entities' *Concise Statement of Facts in Support of Opposition to KG Defendants' Motion for Summary Judgment* in Civil No. 04-00128 ACK-BMK filed on February 21, 2006.

(b) See answers to (a) above.

(c) See answers to (a) above.

(d) See answers to (a) above.

5. *As to SS Japan's alleged status of a creditor of SS Waikiki, state, as of the date of the Purchase and Sale Agreement:*

   (a) *The amount of SS Waikiki's indebtedness.*

   (b) *Identify any document, including, but not limited to, all promissory notes which evidence, directly or indirectly, the indebtedness.*

    (c)    *Describe all changes in the inter-company accounts with respect to any such debts from the date of the Purchase and Sale Agreement to present.*

**Objection**: Unduly burdensome and seeks attorney work product. Plaintiff SS Japan is not required to provide its complete analysis or list of all facts relevant to this issue to Defendant Mukai, who is in possession of, and may just as easily ascertain the answers for himself from his own documents and knowledge. Answer is subject to ongoing discovery. Without waiving these objections, Plaintiff SS Japan responds as follows:

**ANSWER:**

    (a)    Plaintiff has already produced, or will produce, non-privileged documents in response to this interrogatory. See attached chart of Bates Numbers of certain responsive documents. Plaintiff has no obligation to provide, and will not provide, an exhaustive list.

    (b)    Same as above.

    (c)    Same as above.

6.    *State all facts upon which you rely to support your allegation that SS Waikiki was insolvent on the date the Purchase and Sale Agreement was executed.*

**Objection**: Unduly burdensome and seeks attorney work product. Plaintiff SS Japan is not required to provide its complete analysis or list of all facts relevant to this issue to Defendant Mukai, who is in possession of, and may just as easily ascertain the answers for himself from his own documents and knowledge. Answer is subject to ongoing

discovery. Without waiving these objections, Plaintiff SS Japan responds as follows:

**ANSWER:**

> See answer to Interrogatory No. 5.

7. *If you contend that SS Waikiki was insolvent as of January 15, 2002, state when SS Waikiki first became insolvent and provide the dates of any periods thereafter in which you contend that SS Waikiki was solvent.*

    **Objection**: Unduly burdensome and seeks attorney work product. Plaintiff SS Japan is not required to provide its complete analysis or list of all facts relevant to this issue to Defendant Mukai, who is in possession of, and may just as easily ascertain the answers for himself from his own documents and knowledge. Answer is subject to ongoing discovery. Without waiving these objections, Plaintiff SS Japan responds as follows:

    **ANSWER:**

    > See answer to Interrogatory No. 5.

8. *Identify all documents of which you are aware which support, either directly or indirectly, your allegation that SS Waikiki was insolvent at the time of the Sales Transaction.*

    **Objection**: Unduly burdensome and seeks attorney work product. Plaintiff SS Japan is not required to provide its complete analysis or list of all facts relevant to this issue to Defendant Mukai, who is in possession of, and may just as easily ascertain the answers for himself from his own documents and knowledge. Answer is subject to ongoing

discovery. Without waiving these objections, Plaintiff SS Japan responds as follows:

**ANSWER:**

See answer to Interrogatory No. 5.

9. *State the name(s) and address(es) of each member of the Board of Directors and each shareholder of the company which acquired the stock of SS Japan from the Trustee and/or Deputy Trustees appointed by the District Court for Osaka, Japan in the bankruptcy proceedings referred to in paragraphs 46 and 48 of the Second Amended Complaint.*

**Objection:** Vague and ambiguous, overly broad, unduly burdensome, misstates facts, harassing, seeks information protected by Japan's privacy laws, and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, Plaintiff SS Japan answers as follows:

**ANSWER:**

*See* Plaintiffs Sports Shinko Co., Ltd.'s and Sports Shinko (USA) Co., Ltd.'s Supplemental and Amended Answers to KG Interrogatories dated December 21, 2005. See also documents and information produced to the KG Defendants under the Stipulated Protective Order regarding South Wind Realty Finance (Cayman) Company ("SW"), including financials, tax returns, and corporate registry.

10. *State the manner in which the loans referred to in paragraphs 7 and 12 of the Second Amended Complaint were treated in the financial statements of the acquiring company, and in the financial statements of the company whose stock was acquired as a result of the stock acquisition referenced in the preceding interrogatory.*

    **Objection**: Unduly burdensome, harassing, unintelligibly vague and ambiguous. Seeks opinion testimony and legal conclusions and confidential financial information of a non-party. The request seeks information that is irrelevant to any claim or defense and is not reasonably calculated to lead to the discovery of admissible evidence. Plaintiff SS Japan is not required to provide its complete analysis and compilation of all the facts and documents. Seeks information not within the control of Plaintiff SS Japan and information already produced in response to informal discovery requests subject to the Stipulated Protective Order. Without waiving these objections, Plaintiff SS Japan responds as follows:

    **ANSWER**:

    See answer to Interrogatory Nos. 5 and 9 and the referenced financial statements.

11. *Describe any tax treatment underlying any benefit received by SS Japan or received by the company which acquired the stock of SS Japan from the Bankruptcy Trustee, on account of the inter-company debt between SS Japan, Sports Shinko (USA) Co., Ltd., and any of their subsidiaries, from January 2002 to the present.*

    **Objection**: Unduly burdensome, harassing, unintelligibly vague and ambiguous. Seeks opinion testimony and legal conclusions and confidential financial information of a non-party. Seeks privileged and confidential financial information

VERIFICATION

JAPAN           )
                )  SS:
TOKYO           )

_MICHIHIRO CHIKUBU_, being first duly sworn on oath, deposes and says:

That he is the President of SPORTS SHINKO CO., LTD. and that he is an agent of SPORTS SHINKO CO., LTD. for the purpose of answering the foregoing *requests for answers to interrogatories* and for making this verification, and the foregoing answers are true according to his knowledge, information, and belief.

SPORTS SHINKO CO., LTD.

By _____
Its _MICHIHIRO CHIKUBU_ president

628960 V2 / 6850.5

Case 1:04-cv-00125-ACK-BMK    Document 220-4    Filed 04/05/2007    Page 9 of 19

Sports Shinko Co., Ltd. vs. OR Hotel, LLC; Civil No. 04-00127

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| Exh. K-C | | 1 | Exhibit K-C to Plaintiffs' MIO to KG's Motion for Summary Judgement |
| 232 0527 | 232 0531 | 2 | |
| 232 0731 | 232 0738 | 2 | |
| | | 2 | Oral Deposition: Satoshi Kinoshita Taken 8/1/02 in Resnick vs. SSK litigation |
| | | 2 | Oral Deposition: Satoshi Kinoshita Taken 4/19/05 - 4/21/05 in SS vs. RMS litigation 02-1-2766-11 litigation |
| 001 1581 | 001 1585 | 4 | |
| Exh. 20 to MIO | | 4 | Exhibit 20 to Plaintiffs' MIO to KG's Motion for Summary |
| 259 0001 | 259 0257 | 4 | |
| 001 0883 | 001 0920 | 5 | |
| 001 0931 | 001 0934 | 5 | |
| 001 1818 | 001 1851 | 5 | |
| 003 0709 | 003 0716 | 5 | |
| 005 0380 | 005 0383 | 5 | |
| 013 1583 | 013 1584 | 5 | |
| 014 0021 | 014 0022 | 5 | |
| 014 0023 | 014 0028 | 5 | |
| 014 0058 | 014 0061 | 5 | |
| 014 0191 | 014 0198 | 5 | |
| 014 0758 | 014 0761 | 5 | |
| 014 0869 | 014 0871 | 5 | |
| 014 1043 | 014 1044 | 5 | |
| 014 1472 | 014 1473 | 5 | |
| 014 1628 | 014 1629 | 5 | |
| 015 0879 | 015 0881 | 5 | |
| 015 1035 | | 5 | |
| 019 1025 | 019 1028 | 5 | |
| 022 0046 | 022 0047 | 5 | |
| 022 0114 | 022 0119 | 5 | |
| 022 0506 | 022 0520 | 5 | |
| 022 0521 | 022 0522 | 5 | |
| 022 0995 | 022 1002 | 5 | |
| 022 1003 | 022 1006 | 5 | |
| 023-1(a) | | 5 | 7/16/96 Fax fm T. Fukuda to F. Mukai, Esq. re Pukalani STP |
| 023-1(b) | | 5 | 9/19/96 Fax fm T. Fukuda to S. Tomita (cc: S. Kinoshita, E. Kawatani, Esq.) re QKH/BOH Loan |
| 026-2(a) | | 5 | 11/28/90 Fax memo fm T. Fukuda to H. Hanada (cc: F. Mukai) re capital stock of SSH |
| 027 1011 | | 5 | |
| 027 1012 | 027 1015 | 5 | |
| 028 1073 | 028 1076 | 5 | |
| 033 0192 | 033 0199 | 5 | |
| 033 0230 | 033 0249 | 5 | |
| 053-1(a) | | 5 | __/__/90 Draft: Agreement Between Sports Shinko Co., Ltd. and SSH |
| 053-4(a) | | 5 | 5/29/90 Memo from F. Fukuda to F. Mukai re SSW |
| 068 0854 | 068 0855 | 5 | |
| 068 0856 | 068 0857 | 5 | |

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 068 0858 | 068 0859 | 5 | |
| 068 0860 | 068 0861 | 5 | |
| 068 0862 | 068 0863 | 5 | |
| 068 0864R | 068 0865 | 5 | |
| 068 0866 | 068 0867 | 5 | |
| 068 0868 | | 5 | |
| 068 0869 | | 5 | |
| 068 0870 | | 5 | |
| 068 0871 | | 5 | |
| 068 0872 | 068 0886 | 5 | |
| 068 0887 | 068 0892 | 5 | |
| 068 0893 | 068 0906 | 5 | |
| 068 0907 | 068 0916 | 5 | |
| 068 0961 | 068 0986 | 5 | |
| 069 1043 | 069 1047 | 5 | |
| 069 1048 | 069 1050 | 5 | |
| 069 1051 | 069 1052 | 5 | |
| 069 1053 | 069 1055 | 5 | |
| 069 1056R | 069 1058 | 5 | |
| 086 1105 | 086 1114 | 5 | |
| 088 1116 | | 5 | |
| 088 1168 | | 5 | |
| 088 2140 | | 5 | |
| 089 0037 | 089 0042 | 5 | |
| 089 0043 | | 5 | |
| 089 0044 | | 5 | |
| 089 0045 | | 5 | |
| 089 1163 | | 5 | |
| 089 1165 | 089 1170 | 5 | |
| 089 1167 | 089 1169 | 5 | |
| 089 1330 | 089 1333 | 5 | |
| 089 1479 | 089 1480 | 5 | |
| 089 1505; | 089 1539 | 5 | |
| 089 1566 | | 5 | |
| 089 1583 | | 5 | |
| 089 1607 | 089 1622 | 5 | |
| 089 1632 | 089 1634 | 5 | |
| 089 1948 | | 5 | |
| 089 1953 | | 5 | |
| 089 1957 | | 5 | |
| 089 1958 | | 5 | |
| 089 1979 | | 5 | |
| 089 2458 | 089 2476 | 5 | |
| 090 0389; | 090 0401 | 5 | |
| 090 0002 | 090 0027 | 5 | |
| 090 0028 | 090 0045 | 5 | |
| 090 0029; | 090 0042 | 5 | |
| 090 0046 | 090 0061 | 5 | |
| 090 0047; | 090 0057 | 5 | |
| 090 0062 | 090 0095 | 5 | |

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 090 0063; | 090 0093 | 5 | |
| 090 0096 | 090 0126 | 5 | |
| 090 0127 | 090 0160 | 5 | |
| 090 0128; | 090 0158 | 5 | |
| 090 0267 | 090 0292 | 5 | |
| 090 0268; | 090 0273 | 5 | |
| 090 0277 | 090 0280 | 5 | |
| 090 0286 | 090 0287 | 5 | |
| 090 0293 | 090 0311 | 5 | |
| 090 0294; | 090 0307 | 5 | |
| 090 0312 | 090 0330 | 5 | |
| 090 0313; | 090 0325 | 5 | |
| 090 0331 | 090 0349 | 5 | |
| 090 0332; | 090 0346 | 5 | |
| 090 0350 | 090 0368 | 5 | |
| 090 0351; | 090 0365 | 5 | |
| 090 0369 | 090 0387 | 5 | |
| 090 0370 | 090 0383 | 5 | |
| 090 0388 | 090 0405 | 5 | |
| 090 0406 | 090 0421 | 5 | |
| 090 0407 | 090 0417 | 5 | |
| 090 0422 | 090 0437 | 5 | |
| 090 0423 | 090 0436 | 5 | |
| 090 290 | | 5 | |
| 091 1972 | 091 1973 | 5 | |
| 091 1975 | 091 1977 | 5 | |
| 091 1992 | | 5 | |
| 091 2020 | 091 2023 | 5 | |
| 091 2024 | 091 2026 | 5 | |
| 091 2027 | 091 2029 | 5 | |
| 091 2040 | 091 2044 | 5 | |
| 091 2095 | | 5 | |
| 091 2096 | | 5 | |
| 091 2191 | 091 2192 | 5 | |
| 091 2454 | 091 2458 | 5 | |
| 092 0550 | | 5 | |
| 093 0008 | 093 0012 | 5 | |
| 093 0086 | 093 0088 | 5 | |
| 093 0713 | | 5 | |
| 093 1809 | | 5 | |
| 093 1953 | 093 1958 | 5 | |
| 094 0399 | 094 0401 | 5 | |
| 094 0759; | 094 0788 | 5 | |
| 094 2703 | 094 2704 | 5 | |
| 095 0635 | 095 0637 | 5 | |
| 095 0638 | 095 0649 | 5 | |
| 095 0650 | 095 0661 | 5 | |
| 095 0662 | 095 0673 | 5 | |
| 095 0674 | 095 0685 | 5 | |
| 095 0686 | 095 0696 | 5 | |

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 095 0697; | 095 0707 | 5 | |
| 095 0708 | 095 0713 | 5 | |
| 095 1913 | 095 1965 | 5 | |
| 095 1971 | 095 2030 | 5 | |
| 096 2067 | | 5 | |
| 096 2069 | | 5 | |
| 096 2070 | | 5 | |
| 096 2071 | 096 2075 | 5 | |
| 096 2076 | 096 2079 | 5 | |
| 096 2104 | | 5 | |
| 096 2105 | | 5 | |
| 096 2138 | | 5 | |
| 096 2157 | 096 2158 | 5 | |
| 096 3093 | | 5 | |
| 096 3094 | 096 3095 | 5 | |
| 096 3096 | 096 3097 | 5 | |
| 096 3110; | 096 3122 | 5 | |
| 096 3123 | | 5 | |
| 096 3127; | 096 3134 | 5 | |
| 096 3135 | | 5 | |
| 096 3155; | 096 3164 | 5 | |
| 096 3180 | | 5 | |
| 097 0049 | 097 0051 | 5 | |
| 097 0418 | 097 0421 | 5 | |
| 097 0481 | 097 0492 | 5 | |
| 097 0675 | 097 0680 | 5 | |
| 097 0732 | 097 0737 | 5 | |
| 097 1008 | 097 1009 | 5 | |
| 100 0217 | 100 0224 | 5 | |
| 100 0394 | 100 0395 | 5 | |
| 100 0427 | 100 0443 | 5 | |
| 100 0509 | 100 0526 | 5 | |
| 100 0611 | 100 0615 | 5 | |
| 100 0686 | 100 0697 | 5 | |
| 100 0755 | | 5 | |
| 100 0756 | 100 0758 | 5 | |
| 100 0757 | 100 0758 | 5 | |
| 100 0764 | 100 0766 | 5 | |
| 100 0823 | 100 0824 | 5 | |
| 100 0826 | 100 0831 | 5 | |
| 100 0976 | 100 0990 | 5 | |
| 101 0126 | 101 0130 | 5 | |
| 101 0815 | | 5 | |
| 101 0815 | | 5 | |
| 103 1003 | 103 1006 | 5 | |
| 103 1248 | 103 1251 | 5 | |
| 103 1533; | 103 1539 | 5 | |
| 103 1537 | | 5 | |
| 103 1926 | 103 1929 | 5 | |
| 103 2075 | 103 2077 | 5 | |

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 103 2126 | | 5 | |
| 103 2135 | 103 2137 | 5 | |
| 103 2154 | 103 2156 | 5 | |
| 103 2173 | 103 2174 | 5 | |
| 103 2175 | 103 2176 | 5 | |
| 103 2178 | 103 2180 | 5 | |
| 103 2188 | 103 2189 | 5 | |
| 103 2209 | | 5 | |
| 103 2214 | | 5 | |
| 103 2217 | 103 2219 | 5 | |
| 103 2220 | 103 2224 | 5 | |
| 103 2226 | 103 2228 | 5 | |
| 103 2283 | | 5 | |
| 103 2285 | | 5 | |
| 103 2286 | | 5 | |
| 103 2290 | | 5 | |
| 103 2301 | | 5 | |
| 103 2302 | | 5 | |
| 103 2308 | 103 2313 | 5 | |
| 103 2621 | 103 2624 | 5 | |
| 103 3375 | 103 3376 | 5 | |
| 103 3379 | | 5 | |
| 103 3380 | | 5 | |
| 103 3380; | 103 3398 | 5 | |
| 103 3381 | 103 3384 | 5 | |
| 103 3392 | | 5 | |
| 103 3396 | | 5 | |
| 104 0550 | 104 0565 | 5 | |
| 104 0571 | | 5 | |
| 104 0582 | | 5 | |
| 104 2393 | 104 2394 | 5 | |
| 104 2395 | 104 2396 | 5 | |
| 104 2429; | 104 2447 | 5 | |
| 104 2473 | 104 2474 | 5 | |
| 104 2475 | 104 2476 | 5 | |
| 105 0019; | 105 0039 | 5 | |
| 105 0519; | 105 0613 | 5 | |
| 106 0550 | | 5 | |
| 107 0594; | 107 0600 | 5 | |
| 107 0600 | | 5 | |
| 107 2055; | 107 2058 | 5 | |
| 108 1530 | | 5 | |
| 108 2986 | | 5 | |
| 108 3018 | | 5 | |
| 108 3019 | 108 3021 | 5 | |
| 108 3022 | | 5 | |
| 108 3026 | | 5 | |
| 108 3129 | | 5 | |
| 108 3133 | 108 3134 | 5 | |
| 108 3136 | 108 3153 | 5 | |

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 110 0109 | 110 0112 | 5 | |
| 110 0135 | | 5 | |
| 110 0200 | 110 0201 | 5 | |
| 110 0202 | 110 0203 | 5 | |
| 111 0265 | 111 0284 | 5 | |
| 111 0727; | 111 0745 | 5 | |
| 111 0931 | | 5 | |
| 111 1007 | 111 1016 | 5 | |
| 111 1384 | | 5 | |
| 111 1608 | 111 1609 | 5 | |
| 111 2149 | 111 2151 | 5 | |
| 111 2559 | | 5 | |
| 111 2584 | 111 2589 | 5 | |
| 111 2686 | | 5 | |
| 111 2873 | 111 2883 | 5 | |
| 111 2884 | 111 2893 | 5 | |
| 111 2904 | 111 2921 | 5 | |
| 111 2904 | 111 2908 | 5 | |
| 111 2928 | 111 2935 | 5 | |
| 111 2945 | 1112947 | 5 | |
| 111 2968 | 111 2976 | 5 | |
| 111 2977 | | 5 | |
| 111 2978 | | 5 | |
| 111 2979 | | 5 | |
| 111 2980 | | 5 | |
| 111 2981 | | 5 | |
| 111 2982 | | 5 | |
| 111 2983 | | 5 | |
| 111 2984 | | 5 | |
| 111 2985 | | 5 | |
| 111 2986 | | 5 | |
| 111 2987 | | 5 | |
| 111 2988 | 111 2989 | 5 | |
| 111 2990 | | 5 | |
| 111 2991 | | 5 | |
| 111 2992 | | 5 | |
| 111 2993 | | 5 | |
| 111 2994 | | 5 | |
| 111 2995 | 111 2996 | 5 | |
| 111 2997 | 111 3000 | 5 | |
| 111 3001 | 111 3002 | 5 | |
| 111 3003 | 111 3012 | 5 | |
| 111 3050 | 111 3126 | 5 | |
| 111 3354 | 111 3362 | 5 | |
| 111 3367 | 111 3369 | 5 | |
| 111 3370 | 111 3371 | 5 | |
| 111 3377 | 111 3382 | 5 | |
| 111 3383 | 111 3388 | 5 | |
| 111 3384 | 111 3388 | 5 | |
| 111 3389 | | 5 | |

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 111 3402 | 111 3404 | 5 | |
| 111 3402 | 111 3403 | 5 | |
| 111 3405 | | 5 | |
| 111 3406 | 111 3407 | 5 | |
| 111 3408 | 111 3437 | 5 | |
| 111 3410 | 111 3422 | 5 | |
| 111 3423 | 111 3431 | 5 | |
| 111 3476 | | 5 | |
| 111 3498 | 111 3505 | 5 | |
| 111 3502 | 111 3505 | 5 | |
| 111 3514 | 111 3516 | 5 | |
| 111 3605 | 111 3617 | 5 | |
| 111 3618 | 111 3641 | 5 | |
| 111 4010 | | 5 | |
| 114 0004 | 114 0006 | 5 | |
| 114 0010 | 114 0014 | 5 | |
| 114 0016 | | 5 | |
| 114 0020 | | 5 | |
| 114 1391 | 114 1395 | 5 | |
| 115 5346; | 115 5373 | 5 | |
| 115 5371 | 115 5373 | 5 | |
| 115 5407 | | 5 | |
| 115 5437 | | 5 | |
| 115 5462 | | 5 | |
| 115 5486 | | 5 | |
| 115 5494 | | 5 | |
| 117 1340 | 117 1344 | 5 | |
| 117 1346 | 117 1352 | 5 | |
| 117 1361 | 117 1367 | 5 | |
| 117 1380 | | 5 | |
| 117 1383 | | 5 | |
| 117 1388 | 117 1389 | 5 | |
| 117 1393 | 117 1396 | 5 | |
| 117 1407 | 117 1410 | 5 | |
| 117 1434 | 117 1450 | 5 | |
| 117 1915 | | 5 | |
| 117 2088; | 117 1915 | 5 | |
| 117 2123 | 117 2128 | 5 | |
| 117 2130 | 117 2147 | 5 | |
| 117 2176 | 117 2178 | 5 | |
| 117 2220 | 117 2225 | 5 | |
| 117 2228 | 117 2231 | 5 | |
| 117 2235 | 117 2236 | 5 | |
| 117 2243 | 117 2244 | 5 | |
| 117 2243 | 117 2244 | 5 | |
| 117 2249 | 117 2264 | 5 | |
| 118 0134 | 118 0149 | 5 | |
| 118 0166 | 118 0200 | 5 | |
| 118 0238 | 118 0271 | 5 | |
| 118 0273 | 118 0284 | 5 | |

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 118 0286 | 118 0302 | 5 | |
| 118 0303 | 118 0317 | 5 | |
| 118 0339 | 118 0357 | 5 | |
| 119 0022 | 119 0034 | 5 | |
| 119 0057 | 119 0078 | 5 | |
| 119 0175 | 119 0196 | 5 | |
| 119 1604 | | 5 | |
| 120 3162; | 120 3245 | 5 | |
| 120 3359 | | 5 | |
| 121 1484 | 121 1486 | 5 | |
| 121 1487 | | 5 | |
| 123 0131 | 123 0138 | 5 | |
| 124 0518; | 124 0567 | 5 | |
| 126 0108 | 126 0111 | 5 | |
| 126 0116 | 126 0117 | 5 | |
| 128 0036 | 128 0057 | 5 | |
| 128 0040; | 128 0056 | 5 | |
| 128 0058 | 128 0079 | 5 | |
| 128 0080 | 128 0101 | 5 | |
| 128 0729 | 128 0740 | 5 | |
| 128 0741 | 128 0756 | 5 | |
| 128 0782 | | 5 | |
| 128 0783 | | 5 | |
| 128 0794 | 128 0796 | 5 | |
| 128 0844 | | 5 | |
| 128 0864 | | 5 | |
| 128 0887 | 128 0888 | 5 | |
| 128 0889 | | 5 | |
| 128 0892 | | 5 | |
| 128 0894 | 128 0895 | 5 | |
| 128 0907 | | 5 | |
| 128 0908 | 128 0912 | 5 | |
| 128 0913 | | 5 | |
| 128 0917 | 128 0921 | 5 | |
| 128 1048 | 128 1060 | 5 | |
| 128 1595 | | 5 | |
| 128 1733 | | 5 | |
| 128 1839 | 128 1840 | 5 | |
| 128 1847 | 128 1858 | 5 | |
| 128 1874 | 128 1880 | 5 | |
| 128 1874 | 128 1882 | 5 | |
| 128 1883 | | 5 | |
| 128 1884 | 128 1889 | 5 | |
| 128 1884 | 128 1885 | 5 | |
| 128 1890 | | 5 | |
| 128 1891 | | 5 | |
| 128 1901 | 128 1904 | 5 | |
| 128 1909 | 128 1911 | 5 | |
| 128 1918 | | 5 | |
| 128 1930 | 128 1958 | 5 | |

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 129 0001 | 129 0006 | 5 | |
| 129 0015 | 129 0035 | 5 | |
| 129 2333 | 129 2334 | 5 | |
| 129 2342 | 129 2343 | 5 | |
| 130 0677 | 130 0712 | 5 | |
| 130 0678; | 130 0707 | 5 | |
| 130 0714; | 130 0728 | 5 | |
| 130 0739 | 130 0764 | 5 | |
| 130 0818; | 130 0831 | 5 | |
| 130 0853 | 130 0873 | 5 | |
| 130 0874 | 130 0894 | 5 | |
| 130 0895 | 130 0915 | 5 | |
| 130 0916 | 130 0936 | 5 | |
| 130 0937 | 130 0957 | 5 | |
| 130 0958 | 130 0975 | 5 | |
| 130 0977; | 130 0992 | 5 | |
| 130 1052; | 130 1064 | 5 | |
| 130 1074; | 130 1086 | 5 | |
| 130 1275; | 130 1307 | 5 | |
| 130 1350; | 130 1372 | 5 | |
| 130 1376; | 130 1398 | 5 | |
| 130 1402; | 130 1426 | 5 | |
| 130 1433; | 130 1463 | 5 | |
| 130 1467; | 130 1493 | 5 | |
| 130 1670; | 130 1690 | 5 | |
| 130 1672; | 130 1676 | 5 | |
| 130 1692 | 130 1694 | 5 | |
| 130 1699; | 130 1725 | 5 | |
| 130 1728; | 130 1737 | 5 | |
| 130 1757; | 130 1787 | 5 | |
| 130 1791; | 130 1820 | 5 | |
| 130 2226 | 130 2230 | 5 | |
| 130 2226 | 130 2230 | 5 | |
| 130 2771 | 130 2776 | 5 | |
| 130 2771 | 130 2773 | 5 | |
| 130 2822; | 130 2827 | 5 | |
| 130 2837 | 130 2837a | 5 | |
| 130 2838 | 130 2839 | 5 | |
| 130 2840 | 130 2847 | 5 | |
| 130 2859 | 130 2864 | 5 | |
| 130 2865 | 130 2869 | 5 | |
| 130 2870 | 130 2878 | 5 | |
| 130 2879 | 130 2884 | 5 | |
| 130 2885 | 130 2890 | 5 | |
| 130 2891 | | 5 | |
| 130 2892 | 130 2893 | 5 | |
| 130 2896 | 130 2902 | 5 | |
| 130 2903 | 130 2905 | 5 | |
| 130 3199 | 130 3203 | 5 | |
| 130 3246 | | 5 | |

Case 1:04-cv-00125-ACK-BMK   Document 220-4   Filed 04/05/2007   Page 18 of 19

Sports Shinko Co., Ltd. vs. OR Hotel, LLC; Civil No. 04-00127

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 130 3357; | 130 3370 | 5 | |
| 131 1226 | 131 1241 | 5 | |
| 134 1237 | 134 1239 | 5 | |
| 134 1282 | 134 1283 | 5 | |
| 134 1818 | | 5 | |
| 134 1828 | 134 1830 | 5 | |
| 134 1832 | | 5 | |
| 134 1833 | | 5 | |
| 134 1839 | 134 1853 | 5 | |
| 134 1869 | 134 1876 | 5 | |
| 134 1877 | 134 1883 | 5 | |
| 134 1888 | | 5 | |
| 135 1713 | | 5 | |
| 136 1107 | 136 1109 | 5 | |
| 136 1126 | 136 1130 | 5 | |
| 136 1148 | 136 1150 | 5 | |
| 136 1349 | 136 1357 | 5 | |
| 136 2690 | 136 2693 | 5 | |
| 137 0605 | 137 0612 | 5 | |
| 137 0711 | 137 0716 | 5 | |
| 137 0997 | 137 0998 | 5 | |
| 137 1015 | 137 1040 | 5 | |
| 137 1101 | | 5 | |
| 137 1102 | | 5 | |
| 137 1707 | 137 1711 | 5 | |
| 137 1907 | | 5 | |
| 137 1914 | | 5 | |
| 137 1921 | | 5 | |
| 137 1972 | | 5 | |
| 137 2043 | 137 2044 | 5 | |
| 137 2130 | | 5 | |
| 139 0085 | | 5 | |
| 139 0419; | 139 0430 | 5 | |
| 139 0424 | 139 0428 | 5 | |
| 139 0436; | 139 0447 | 5 | |
| 139 0441 | 139 0443 | 5 | |
| 139 0453; | 139 0464 | 5 | |
| 139 0458 | 139 0460 | 5 | |
| 139 0470 | 139 0481 | 5 | |
| 139 0475 | 139 0477 | 5 | |
| 139 0671; | 139 0682 | 5 | |
| 139 0698; | 139 0714 | 5 | |
| 139 0763 | 139 0765 | 5 | |
| 139 0767 | | 5 | |
| 139 1542 | 139 1543 | 5 | |
| 139 1547 | | 5 | |
| 145 0582 | 145 0585 | 5 | |
| 147 0239 | 147 0241 | 5 | |
| 147 0333 | 147 0334 | 5 | |
| 147 0388 | 147 0392 | 5 | |

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 147 0757 | 147 0759 | 5 | |
| 147 1544 | 147 1547 | 5 | |
| 147 1544; | 147 1546 | 5 | |
| 149 0437 | 149 0447 | 5 | |
| 149 0437; | 149 0444 | 5 | |
| 149 0446 | 149 0447 | 5 | |
| 149 0448 | | 5 | |
| 149 0471; | 149 0478 | 5 | |
| 149 0504 | 149 0522 | 5 | |
| 149 0523 | 149 0536 | 5 | |
| 149 0582; | 149 0590 | 5 | |
| 149 1085 | | 5 | |
| 149 1111 | 149 1113 | 5 | |
| 149 1131 | 149 1132 | 5 | |
| 149 1133 | | 5 | |
| 149 1136 | | 5 | |
| 149 1137 | 149 1138 | 5 | |
| 149 1148 | 149 1149 | 5 | |
| 149 1157 | 149 1158 | 5 | |
| 149 1167 | 149 1168 | 5 | |
| 149 1169 | | 5 | |
| 149 1170 | | 5 | |
| 149 1199 | 149 1200 | 5 | |
| 149 1207 | | 5 | |
| 149 1271 | 149 1275 | 5 | |
| 149 1276 | | 5 | |
| 149 1277 | | 5 | |
| 149 1279 | 149 1280 | 5 | |
| 149 1283 | 149 1284 | 5 | |
| 149 1286 | 149 1287 | 5 | |
| 149 1309 | | 5 | |
| 149 1329 | | 5 | |
| 149 1330 | | 5 | |
| 149 1344 | | 5 | |
| 149 1345 | 149 1346 | 5 | |
| 149 1347 | | 5 | |
| 149 1348 | 149 1353 | 5 | |
| 149 1357 | 149 1365 | 5 | |
| 149 1370 | 149 1371 | 5 | |
| 149 1522 | 149 1523 | 5 | |
| 149 1527 | 149 1528 | 5 | |
| 149 1535 | 149 1536 | 5 | |
| 149 1615 | 149 1616 | 5 | |
| 149 1692 | 149 1697 | 5 | |
| 149 1821; | 149 1940 | 5 | |
| 149 1841 | 149 1848 | 5 | |
| 149 1841 | 149 1847 | 5 | |
| 149 1852 | | 5 | |
| 149 1853 | | 5 | |
| 149 1853 | | 5 | |