Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                    1126-0
BRUCE H. WAKUZAWA              4312-0
GLENN T. MELCHINGER            7135-0
JASON H. KIM                   7128-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Plaintiff
SPORTS SHINKO (USA) CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation, | ) ) ) | CIVIL NO. CV 04-00124 ACK/BMK |
| Plaintiff, | ) ) ) | CONSOLIDATED CASES |
| vs. | ) ) ) ) | **PLAINTIFF SPORTS SHINKO (USA) CO., LTD.'S ANSWERS TO DEFENDANT** |
| QK HOTEL, LLC, a Hawai'i limited liability company, KG HOLDINGS, LLC, a Hawai'i limited liability company, FRANKLIN K. MUKAI, | ) ) ) ) ) ) | **FRANKLIN K. MUKAI'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF (IN CIVIL** |
| Defendants, | ) ) ) | **NO. CV 04-00128 ACK/BMK), DATED OCTOBER 19, 2006** |

628961 V2 / 6850-5

EXHIBIT 5E

Hawai`i corporation, and            )
OCEAN RESORT HOTEL                  )
CORPORATION, a Hawai`i              )
corporation,                        )
                                    )
          Third-Party               )
          Defendants.               )
_____   )

**PLAINTIFF SPORTS SHINKO (USA) CO., LTD.'S ANSWERS TO
DEFENDANT FRANKLIN K. MUKAI'S FIRST REQUEST FOR
ANSWERS TO INTERROGATORIES TO PLAINTIFF (IN CIVIL
NO. CV04-00128 ACK/BMK), DATED OCTOBER 19, 2006**

Plaintiff Sports Shinko (USA) Co., Ltd. ("SS USA"), hereby

responds and objects to Defendant FRANKLIN K. MUKAI's ("Mukai")

First Request for Answers to Interrogatories dated October 19, 2006

as follows:

**GENERAL OBJECTIONS**

1.    SS USA objects to the Interrogatories to the extent

they seek information protected by the attorney-client privilege, the

work product doctrine and any other applicable privilege, and no

such information will be provided.  By responding to the

Interrogatories, SS USA does not waive, intentionally or otherwise,

its attorney-client privilege, work product doctrine protection, or

**ANSWER:**

(a)   Plaintiff has already produced, or will produce, non-privileged documents in response to this interrogatory.  See attached chart of Bates Numbers of certain responsive documents.  Plaintiff has no obligation to provide, and will not provide, an exhaustive list. See also January 15, 2002 report from Satoshi Kinoshita to Toshio Kinoshita, Takeshi Kinoshita and Tsugio Fukuda marked as ***Exhibit 20*** Plaintiff and Third-Party Defendants, the SS Entities' *Concise Statement of Facts in Support of Opposition to KG Defendants' Motion for Summary Judgment* in Civil No. 04-00128 ACK-BMK filed on February 21, 2006.

(b)   See answers to (a) above.

(c)   See answers to (a) above.

(d)   See answers to (a) above.

5.   *As to SS USA's alleged status of a creditor of SS Mililani, state, as of the date of the Purchase and Sale Agreement:*

  (a)   *The amount of SS Mililani's indebtedness.*

  (b)   *Identify any document, including, but not limited to, all promissory notes which evidence, directly or indirectly, the indebtedness.*

  (c)   *Describe all changes in the inter-company accounts with respect to any such debts from the date of the Purchase and Sale Agreement to present.*

**Objection:** Unduly burdensome and seeks attorney work product. Plaintiff SS USA is not required to provide its complete analysis or list of all facts relevant to this issue to Defendant Mukai, who is in possession of, and may just as easily ascertain the answers for himself from his own documents and knowledge. Answer is subject to ongoing discovery. Without waiving these objections, Plaintiff SS USA responds as follows:

**ANSWER:**

(a)    Plaintiff has already produced, or will produce, non-privileged documents in response to this interrogatory. See attached chart of Bates Numbers of certain responsive documents. Plaintiff has no obligation to provide, and will not provide, an exhaustive list.

(b)    Same as above.

(c)    Same as above.

6.    *State all facts upon which you rely to support your allegation that SS Mililani was insolvent on the date the Purchase and Sale Agreement was executed.*

**Objection:** Unduly burdensome and seeks attorney work product. Plaintiff SS USA is not required to provide its complete analysis or list of all facts relevant to this issue to Defendant Mukai, who is in possession of, and may just as easily ascertain the answers for himself from his own documents and knowledge. Answer is subject to ongoing discovery. Without waiving these objections, Plaintiff SS USA responds as follows:

**ANSWER:**

See answer to Interrogatory No. 5.

7. *If you contend that SS Mililani was insolvent as of January 15, 2002, state when SS Mililani first became insolvent and provide the dates of any periods thereafter in which you contend that SS Mililani was solvent.*

**Objection:**  Unduly burdensome and seeks attorney work product.  Plaintiff SS USA is not required to provide its complete analysis or list of all facts relevant to this issue to Defendant Mukai, who is in possession of, and may just as easily ascertain the answers for himself from his own documents and knowledge.  Answer is subject to ongoing discovery.  Without waiving these objections, Plaintiff SS USA responds as follows:

**ANSWER:**

See answer to Interrogatory No. 5.

8. *Identify all documents of which you are aware which support, either directly or indirectly, your allegation that SS Mililani was insolvent at the time of the Sales Transaction.*

**Objection:**  Unduly burdensome and seeks attorney work product.  Plaintiff SS USA is not required to provide its complete analysis or list of all facts relevant to this issue to Defendant Mukai, who is in possession of, and may just as easily ascertain the answers for himself from his own documents and knowledge.  Answer is subject to ongoing discovery.  Without waiving these objections, Plaintiff SS USA responds as follows:

628961 V2 / 6850-5

18

**ANSWER:**

See answer to Interrogatory No. 5.

9.     *State the name(s) and address(es) of each member of the Board of Directors and each shareholder of the company which acquired the stock of SS Japan from the Trustee and/or Deputy Trustees appointed by the District Court for Osaka, Japan in the bankruptcy proceedings referred to in paragraphs 46 and 48 of the Second Amended Complaint.*

**Objection:**  Vague and ambiguous, overly broad, unduly burdensome, misstates facts, harassing, seeks information protected by Japan's privacy laws, and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, Plaintiff SS USA answers as follows:

**ANSWER:**

*See* Plaintiffs Sports Shinko Co., Ltd.'s and Sports Shinko (USA) Co., Ltd.'s Supplemental and Amended Answers to KG Interrogatories dated December 21, 2005.  See also documents and information produced to the KG Defendants under the Stipulated Protective Order regarding South Wind Realty Finance (Cayman) Company ("SW"), including financials, tax returns, and corporate registry.

10. *State the manner in which the loans referred to in paragraphs 7 and 12 of the Second Amended Complaint were treated in the financial statements of the acquiring company, and in the financial statements of the company whose stock was acquired as a result of the stock acquisition referenced in the preceding interrogatory.*

**Objection:** Unduly burdensome, harassing, unintelligibly vague and ambiguous. Seeks opinion testimony and legal conclusions and confidential financial information of a non-party. The request seeks information that is irrelevant to any claim or defense and is not reasonably calculated to lead to the discovery of admissible evidence. Plaintiff SS USA is not required to provide its complete analysis and compilation of all the facts and documents. Seeks information not within the control of Plaintiff SS USA and information already produced in response to informal discovery requests subject to the Stipulated Protective Order. Without waiving these objections, Plaintiff SS USA responds as follows:

**ANSWER:**

See answer to Interrogatory Nos. 5 and 9 and the referenced financial statements.

11. *Describe any tax treatment underlying any benefit received by SS Japan or received by the company which acquired the stock of SS Japan from the Bankruptcy Trustee, on account of the inter-company debt between SS Japan, Sports Shinko (USA) Co., Ltd., and any of their subsidiaries, from January 2002 to the present.*

## VERIFICATION

JAPAN                                    )
                                         )      SS:
TOKYO                                    )

    _Steven Sears_, being first duly sworn on

oath, deposes and says:

    That he is the President of SPORTS SHINKO (USA) CO.,

LTD. and that he is an agent of SPORTS SHINKO (USA) CO., LTD.

for the purpose of answering the foregoing *requests for answers to*

*interrogatories* and for making this verification, and the foregoing

answers are true according to his knowledge, information, and

belief.



                SPORTS SHINKO (USA) CO., LTD.

                By_____
                Its

628961 V2 / 6850-5

Sports Shinko (USA) Co., Ltd. vs. ..ililani Golf Club, LLC; Civil No. 04-00128

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| Exh. K-C | | 1 | Exhibit K-C to Plaintiffs' MIO to KG's Motion for Summary Judgement |
| 232 0527 | 232 0531 | 2 | |
| 232 0731 | 232 0738 | 2 | |
| | | 2 | Oral Deposition: Satoshi Kinoshita Taken 8/1/02 in Resnick vs. SSK litigation |
| | | 2 | Oral Deposition: Satoshi Kinoshita Taken 4/19/05 - 4/21/05 in SS vs. RMS litigation 02-1-2766-11 litigation |
| 001 1581 | 001 1585 | 4 | |
| Exh. 20 to MIO | | 4 | Exhibit 20 to Plaintiffs' MIO to KG's Motion for Summary |
| 259 0001 | 259 0257 | 4 | |
| 001 0883 | 001 0920 | 5 | |
| 001 0947 | 001 0949 | 5 | |
| 001 0957 | | 5 | |
| 001 1818 | 001 1851 | 5 | |
| 002 0764 | | 5 | |
| 002 0771 | | 5 | |
| 003 0709 | 003 0716 | 5 | |
| 009 2008 | 009 2009 | 5 | |
| 013 1583 | 013 1584 | 5 | |
| 014 0021 | 014 0022 | 5 | |
| 014 0058 | 014 0061 | 5 | |
| 014 0191 | 014 0198 | 5 | |
| 014 0221 | 014 0224 | 5 | |
| 014 0387 | 014 0397 | 5 | |
| 014 0398 | 014 0401 | 5 | |
| 014 0758 | 014 0761 | 5 | |
| 014 1043 | 014 1044 | 5 | |
| 014 1472 | 014 1473 | 5 | |
| 014 1628 | 014 1629 | 5 | |
| 015 1035 | | 5 | |
| 022 0046 | 022 0047 | 5 | |
| 022 0995 | 022 1002 | 5 | |
| 022 1003 | 022 1006 | 5 | |
| 022 1026 | 022 1029 | 5 | |
| 022 1034 | 022 1037 | 5 | |
| 026-2(a) | | 5 | 11/28/90 Fax memo fm T. Fukuda to H. Hanada (cc: F. Mukai) re capital stock of SSH |
| 035-2(a) | | 5 | 11/18/86 Letter from M. Wakamori to F. Mukai, Esq re restructuring SSM, SSK, SSH |
| 035-2(b) | | 5 | 11/18/86 Letter from M. Wakamori to F. Mukai, Esq. re restructuring SSM, SSK, SSH |
| 035-2(c) | | 5 | 11/21/86 Letter fm F. Mukai to SSJ re proposed |
| 035-2(d) | | 5 | 11/17/86 Letter from M. Wakamori to F. Mukai, Esq. re tax/restructuring of Hawaii corporations |
| 035-2(e) | | 5 | 11/11/86 Fax trans from F. Mukai to M. Wakamori re IC debt |
| 035-2(f) | | 5 | 11/7/86 Memo from NMB to FKM re: Sports Shinko |
| 035-2(g) | | 5 | 11/7/86 Fax trans from F. Mukai to Nancy M. Beckner re restructuring of Hawaii corporations (h/w notations) |
| 035-2(h) | | 5 | 11/4/86 Memo to Files, from A. Miyashiro & H. Hanada |

Sports Shinko (USA) Co., Ltd. v    ililani Golf Club, LLC; Civil No. 04-00128

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 035-2(i) | | 5 | 10/31/86 Memo from FKM to NMB re loans |
| 035-2(j) | | 5 | 10/23/86 Memo from NMB to FKM re: Sports Shinko loans |
| 035-2(k) | | 5 | 10/22/86 Memo to Files, from A. Miyashiro & H. Hanada re letter to F. Mukai |
| 035-2(L) | | 5 | 10/17/86 Letter from M. Wakamori to F. Mukai re Incorporation and Capital Increase |
| 035-2(m) | | 5 | 9/29/86 Memo from FKM to SYM, DWW re  Sports Shinko (Hawaii) Co., Ltd. and reorganization of corporate structure |
| 035-2(n) | | 5 | 7/30/86 Fax trans from F. Mukai to M. Wakamori and T.Yoshida re Reorganization of Corporate Structure |
| 035-2(o) | | 5 | 5/22/86 Memo to F. Mukai re SS -- Safe Harbor Interest Rates |
| 035-2(p) | | 5 | 4/15/86 Letter from F. Mukai to T. Yoshida re Sports Shinko |
| 035-3(a) | | 5 | 3/8/88 Fax trans from K. Kubo to F. Mukai, L. Hara re Sports Shinko U.S. Subsidiaries |
| 035-3(b) | | 5 | 12/11/87 Fax trans from K. Kubo to F. Mukai re Organization of Sports Shinko's U.S. Subsidiaries |
| 035-3(C) | | 5 | 9/9/88 Letter from F. Mukai to K. Kubo re loans |
| 035-3(d) | | 5 | 9/6/88 Fax trans from F. Mukai to K. Kubo with attached 9/6/88 letter re capital restructuring |
| 035-3(e) | | 5 | 12/11/87 Fax memo fm K. Kubo to F. Mukai re corporate |
| 035-3(f) | | 5 | 8/31/88 Fax trans from K. Kubo to H. Hanada re Corporate Structuring |
| 035-3(g) | | 5 | 8/22/88 Fax trans from K. Kubo to F. Mukai re Sports Shinko Investments |
| 035-3(h) | | 5 | 8/19/88 Fax trans from K. Kubo to G. Serikawa at GT re Sports Shinko Investments |
| 035-3(i) | | 5 | 8/2/88 Letter from H. Hanada to K. Kubo re Kubo's 8/1/88 fax re corporate structure |
| 035-3(j) | | 5 | 4/8/88 Letter from F. Mukai to K. Kubo re capital structure |
| 035-3(k) | | 5 | 3/24/88 Fax trans from F. Mukai to K. Kubo re executed Loan Commitment and Original Issue Discount Note |
| 035-3(L) | | 5 | 11/16/87 Letter from F. Mukai to K. Kubo re Sports Shinko debt and equity structure |
| 035-3(m) | | 5 | 9/6/88 Letter from H. Hanada to K. Kubo re  9/88 letter to B. Sunada |
| 035-3(n) | | 5 | 3/8/88 Fax memo from K. Kubo to F. Mukai, L. Hara re Equity of Sport Shinko U.S. Subsidiaries |
| 035-3(o) | | 5 | SSH balance sheet as of 10/31/87 |
| 035-3(p) | | 5 | 11/30/87 SSM balance sheet |
| 053-1(a) | | 5 | __/__/90 Draft:  Agreement Between Sports Shinko Co., Ltd. and SSH |
| 053-1(b) | | 5 | 2/26/90 Letter from H. Hanada to T. Fukuda re SSK and SSM |
| 056-2(a) | | 5 | 9/16/88 Letter from M. Rosenthal to K. Kubo re loans |
| 056-4(a) | | 5 | 9/16/88 Letter from M. Rosenthal to K. Kubo re loans |
| 058-1c | | 5 | 6/16/84 SSM balance sheet |
| 058-3(a) | | 5 | 12/12/86 Draft:  FIRST Real Property Mortgage, Security Agreement and Financing Statement loan between SSJ and |
| 058-3(b) | | 5 | 12/12/86 Draft:  SECOND Real Property Mortgage, Security Agreement and Financing Statement $6,000,000 between SSJ and SSH |

Sports Shinko (USA) Co., Ltd. v. ُMililani Golf Club, LLC; Civil No. 04-00128

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 058-3(C) | | 5 | *12/12/86 Draft:* Agreement re: Loan Commitment between SSJ and SSH |
| 058-3(d) | | 5 | */ /86 Draft:* Promissory Note |
| 058-3(e) | | 5 | */ /86 Draft:* SSM / SSK Original Issue Discount Note |
| 058-3(f) | | 5 | 11/21/86 Sports Shinko -- Corporate Restructuring Document Checklist |
| 058-3(g) | | 5 | 7/30/86 Fax trans from F. Mukai to M. Wakamori and T. Yoshida with attach re Sports Shinko -- Reorganization of Corporate Structure |
| 068 0961 | 068 0986 | 5 | |
| 069 0790 | 069 0792 | 5 | |
| 069 0802 | | 5 | |
| 069 1043 | 069 1047 | 5 | |
| 069 1048 | 069 1050 | 5 | |
| 069 1051 | 069 1052 | 5 | |
| 069 1053 | 069 1055 | 5 | |
| 069 1056R | 069 1058 | 5 | |
| 086 0593; | 086 0599 | 5 | |
| 086 0610 | 086 0612 | 5 | |
| 086 0637 | | 5 | |
| 086 1105 | 086 1114 | 5 | |
| 088 1114 | 088 1115 | 5 | |
| 088 1116 | | 5 | |
| 088 1117 | | 5 | |
| 088 1121 | 088 1123 | 5 | |
| 088 1141 | | 5 | |
| 088 1142 | | 5 | |
| 088 1143 | | 5 | |
| 088 1144 | | 5 | |
| 088 1168 | | 5 | |
| 088 1173 | 088 1176 | 5 | |
| 088 1177 | | 5 | |
| 088 1178 | | 5 | |
| 088 1179 | 088 1188 | 5 | |
| 089 0037 | 089 0042 | 5 | |
| 089 0043 | | 5 | |
| 089 0044 | | 5 | |
| 089 0045 | | 5 | |
| 089 0362 | 089 0365 | 5 | |
| 089 1165 | 089 1170 | 5 | |
| 089 1167 | 089 1169 | 5 | |
| 089 1172 | 089 1173 | 5 | |
| 089 1330 | 089 1333 | 5 | |
| 089 1479 | 089 1480 | 5 | |
| 089 1505; | 089 1539 | 5 | |
| 089 1566 | | 5 | |
| 089 1583 | | 5 | |
| 089 1591 | | 5 | |
| 089 1607 | 089 1622 | 5 | |
| 089 1632 | 089 1634 | 5 | |

Sports Shinko (USA) Co., Ltd. v. Mililani Golf Club, LLC; Civil No. 04-00128

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 089 1948 | | 5 | |
| 089 1953 | | 5 | |
| 089 1957 | | 5 | |
| 089 1958 | | 5 | |
| 089 1979 | | 5 | |
| 089 2458 | 089 2476 | 5 | |
| 090 0002 | 090 0027 | 5 | |
| 090 0062 | 090 0095 | 5 | |
| 090 0063; | 090 0093 | 5 | |
| 090 0096 | 090 0126 | 5 | |
| 090 0127 | 090 0160 | 5 | |
| 090 0128; | 090 0158 | 5 | |
| 090 0161 | 090 0179 | 5 | |
| 090 0180 | 090 0199 | 5 | |
| 090 0204 | 090 0223 | 5 | |
| 090 0261 | 090 0266 | 5 | |
| 090 0267 | 090 0292 | 5 | |
| 090 0268; | 090 0273 | 5 | |
| 090 0277 | 090 0280 | 5 | |
| 090 0286 | 090 0287 | 5 | |
| 091 1696 | | 5 | |
| 091 1920 | | 5 | |
| 091 1972 | 091 1973 | 5 | |
| 091 1975 | 091 1977 | 5 | |
| 091 1992 | | 5 | |
| 091 2020 | 091 2023 | 5 | |
| 091 2024 | 091 2026 | 5 | |
| 091 2027 | 091 2029 | 5 | |
| 091 2040 | 091 2044 | 5 | |
| 091 2095 | | 5 | |
| 091 2096 | | 5 | |
| 091 2191 | 091 2192 | 5 | |
| 091 2454 | 091 2458 | 5 | |
| 092 0550 | | 5 | |
| 092 0610 | | 5 | |
| 092 1589 | 092 1593 | 5 | |
| 092 1630; | 092 1654 | 5 | |
| 092 1747 | 092 1751 | 5 | |
| 092 2748 | | 5 | |
| 092 2748; | 092 2779 | 5 | |
| 093 0001 | 093 0003 | 5 | |
| 093 0008 | 093 0012 | 5 | |
| 093 0093 | 093 0095 | 5 | |
| 093 0104 | 093 0106 | 5 | |
| 093 0713 | | 5 | |
| 093 1809 | | 5 | |
| 093 1953 | 093 1958 | 5 | |
| 094 0236 | 094 0238 | 5 | |
| 094 0399 | 094 0401 | 5 | |
| 094 0759; | 094 0788 | 5 | |

Sports Shinko (USA) Co., Ltd. v. Mililani Golf Club, LLC; Civil No. 04-00128

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 094 2676; | 094 2682 | 5 | |
| 094 2685; | 094 2709 | 5 | |
| 094 2703 | 094 2704 | 5 | |
| 094 2758 | | 5 | |
| 096 2067 | | 5 | |
| 096 2069 | | 5 | |
| 096 2070 | | 5 | |
| 096 2071 | 096 2075 | 5 | |
| 096 2076 | 096 2079 | 5 | |
| 096 2104 | | 5 | |
| 096 2105 | | 5 | |
| 096 2138 | | 5 | |
| 096 2157 | 096 2158 | 5 | |
| 096 3093 | | 5 | |
| 096 3094 | 096 3095 | 5 | |
| 096 3096 | 096 3097 | 5 | |
| 096 3110; | 096 3122 | 5 | |
| 096 3123 | | 5 | |
| 096 3127; | 096 3134 | 5 | |
| 096 3135 | | 5 | |
| 096 3145 | | 5 | |
| 096 3155; | 096 3164 | 5 | |
| 096 3176 | | 5 | |
| 097 0019 | 097 0022 | 5 | |
| 097 0049 | 097 0051 | 5 | |
| 097 0418 | 097 0421 | 5 | |
| 097 0481 | 097 0492 | 5 | |
| 097 0675 | 097 0680 | 5 | |
| 097 0732 | 097 0737 | 5 | |
| 097 1008 | 097 1009 | 5 | |
| 100 0217 | 100 0224 | 5 | |
| 100 0372 | 100 0376 | 5 | |
| 100 0394 | 100 0395 | 5 | |
| 100 0427 | 100 0443 | 5 | |
| 100 0509 | 100 0526 | 5 | |
| 100 0611 | 100 0615 | 5 | |
| 100 0681 | 100 0685 | 5 | |
| 100 0686 | 100 0697 | 5 | |
| 100 0755 | | 5 | |
| 100 0756 | 100 0758 | 5 | |
| 100 0757 | 100 0758 | 5 | |
| 100 0759 | | 5 | |
| 100 0764 | 100 0766 | 5 | |
| 100 0802 | 100 0806 | 5 | |
| 100 0823 | 100 0824 | 5 | |
| 100 0826 | 100 0831 | 5 | |
| 100 0976 | 100 0990 | 5 | |
| 100 0992 | 100 1001 | 5 | |
| 101 0126 | 101 0130 | 5 | |
| 101 0815 | | 5 | |

Sports Shinko (USA) Co., Ltd. v. Mililani Golf Club, LLC; Civil No. 04-00128

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 101 0815 | | 5 | |
| 103 1003 | 103 1006 | 5 | |
| 103 1232 | 103 1233 | 5 | |
| 103 1238 | 103 1241 | 5 | |
| 103 1248 | 103 1251 | 5 | |
| 103 1259 | 103 1260 | 5 | |
| 103 1301 | 103 1307 | 5 | |
| 103 1468 | | 5 | |
| 103 1528 | 103 1530 | 5 | |
| 103 1533; | 103 1539 | 5 | |
| 103 1537 | | 5 | |
| 103 1549 | | 5 | |
| 103 1926 | 103 1929 | 5 | |
| 103 2075 | 103 2077 | 5 | |
| 103 2126 | | 5 | |
| 103 2135 | 103 2137 | 5 | |
| 103 2154 | 103 2156 | 5 | |
| 103 2173 | 103 2174 | 5 | |
| 103 2175 | 103 2176 | 5 | |
| 103 2178 | 103 2180 | 5 | |
| 103 2188 | 103 2189 | 5 | |
| 103 2209 | | 5 | |
| 103 2214 | | 5 | |
| 103 2217 | 103 2219 | 5 | |
| 103 2220 | 103 2224 | 5 | |
| 103 2226 | 103 2228 | 5 | |
| 103 2283 | | 5 | |
| 103 2285 | | 5 | |
| 103 2286 | | 5 | |
| 103 2290 | | 5 | |
| 103 2301 | | 5 | |
| 103 2302 | | 5 | |
| 103 2308 | 103 2313 | 5 | |
| 103 2621 | 103 2624 | 5 | |
| 103 3379 | | 5 | |
| 103 3380 | | 5 | |
| 103 3380; | 103 3398 | 5 | |
| 103 3392 | | 5 | |
| 103 3396 | | 5 | |
| 103 3486 | | 5 | |
| 103 3487 | 103 3489 | 5 | |
| 104 0550 | 104 0565 | 5 | |
| 104 0571 | | 5 | |
| 104 0582 | | 5 | |
| 104 2393 | 104 2394 | 5 | |
| 104 2395 | 104 2396 | 5 | |
| 104 2410 | | 5 | |
| 104 2429; | 104 2447 | 5 | |
| 104 2473 | 104 2474 | 5 | |
| 104 2475 | 104 2476 | 5 | |

Sports Shinko (USA) Co., Ltd. v... Mililani Golf Club, LLC; Civil No. 04-00128

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 105 0019; | 105 0039 | 5 | |
| 105 0519; | 105 0613 | 5 | |
| 106 0426 | | 5 | |
| 106 0428; | 106 0550 | 5 | |
| 106 0550 | | 5 | |
| 106 0669 | | 5 | |
| 106 0672 | 106 0676 | 5 | |
| 106 2764 | | 5 | |
| 107 0594; | 107 0600 | 5 | |
| 107 0600 | | 5 | |
| 107 2055; | 107 2058 | 5 | |
| 107 3363 | 107 3369 | 5 | |
| 107 3363 | | 5 | |
| 107 3370 | 107 3372 | 5 | |
| 107 3373 | | 5 | |
| 107 3374 | 107 3377 | 5 | |
| 107 3378 | 107 3399 | 5 | |
| 107 3400 | 107 3405 | 5 | |
| 107 3415 | 107 3416 | 5 | |
| 107 3417 | 107 3418 | 5 | |
| 107 3429 | | 5 | |
| 107 3435 | 107 3436 | 5 | |
| 107 3437; | 107 3443 | 5 | |
| 107 3439 | | 5 | |
| 107 3444 | 107 3447 | 5 | |
| 107 3448 | 107 3454 | 5 | |
| 107 3455 | 107 3476a | 5 | |
| 107 3478 | 107 3485 | 5 | |
| 107 3486 | 107 3495 | 5 | |
| 107 3496 | 107 3512 | 5 | |
| 107 3513 | 107 3514 | 5 | |
| 107 3515 | 107 3520 | 5 | |
| 107 3521 | 107 3530 | 5 | |
| 108 1035 | | 5 | |
| 108 1038 | | 5 | |
| 108 1040 | | 5 | |
| 108 2986 | | 5 | |
| 108 3011 | 108 3016 | 5 | |
| 108 3018 | | 5 | |
| 108 3019 | 108 3021 | 5 | |
| 108 3022 | | 5 | |
| 108 3026 | | 5 | |
| 108 3029 | | 5 | |
| 108 3095 | | 5 | |
| 108 3129 | | 5 | |
| 108 3133 | 108 3134 | 5 | |
| 108 3136 | 108 3153 | 5 | |
| 108 3154 | 108 3169 | 5 | |
| 108 3180 | | 5 | |
| 108 3230 | | 5 | |

Sports Shinko (USA) Co., Ltd. v. ...ililani Golf Club, LLC; Civil No. 04-00128

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 110 0001 | 110 0026 | 5 | |
| 110 0002; | 110 0011 | 5 | |
| 110 0027; | 110 0107 | 5 | |
| 110 0042 | | 5 | |
| 110 0069 | | 5 | |
| 110 0083 | | 5 | |
| 110 0109 | 110 0112 | 5 | |
| 110 0113 | 110 0114 | 5 | |
| 110 0115 | 110 0118 | 5 | |
| 110 0119 | | 5 | |
| 110 0120 | 110 0121 | 5 | |
| 110 0122 | | 5 | |
| 110 0123 | 110 0127 | 5 | |
| 110 0123 | 110 0127 | 5 | |
| 110 0132 | | 5 | |
| 110 0132 | 110 0135 | 5 | |
| 110 0135 | | 5 | |
| 110 0135 | | 5 | |
| 110 0136 | 110 0140 | 5 | |
| 110 0141 | 110 0144 | 5 | |
| 110 0145 | 110 0148 | 5 | |
| 110 0150 | 110 0151 | 5 | |
| 110 0152 | | 5 | |
| 110 0152 | 110 0153 | 5 | |
| 110 0154 | | 5 | |
| 110 0155 | | 5 | |
| 110 0158 | | 5 | |
| 110 0159 | 110 0162 | 5 | |
| 110 0163 | | 5 | |
| 110 0165 | | 5 | |
| 110 0166 | 110 0167 | 5 | |
| 110 0168 | 110 0172 | 5 | |
| 110 0200 | 110 0201 | 5 | |
| 110 0202 | 110 0203 | 5 | |
| 110 0236 | 110 0237 | 5 | |
| 110 0238 | 110 0242 | 5 | |
| 110 0287 | 110 0288 | 5 | |
| 110 0289 | 110 0291 | 5 | |
| 110 0307 | | 5 | |
| 110 0309 | 110 0310 | 5 | |
| 110 0311 | | 5 | |
| 110 0330 | 110 0332 | 5 | |
| 110 1259 | 110 1260 | 5 | |
| 110 1294 | | 5 | |
| 110 1295 | 110 1296 | 5 | |
| 110 1299 | 110 1302 | 5 | |
| 110 1305 | 110 1310 | 5 | |
| 110 1860; | 110 1902 | 5 | |
| 110 1910; | 110 2012 | 5 | |
| 111 0265 | 111 0284 | 5 | |

Sports Shinko (USA) Co., Ltd. vs. Mililani Golf Club, LLC; Civil No. 04-00128

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 111 0727; | 111 0745 | 5 | |
| 111 0931 | | 5 | |
| 111 1007 | 111 1016 | 5 | |
| 111 1384 | | 5 | |
| 111 1429 | | 5 | |
| 111 1608 | 111 1609 | 5 | |
| 111 2149 | 111 2151 | 5 | |
| 111 2327 | | 5 | |
| 111 2584 | 111 2589 | 5 | |
| 111 2686 | | 5 | |
| 111 2873 | 111 2883 | 5 | |
| 111 2884 | 111 2893 | 5 | |
| 111 2904 | 111 2921 | 5 | |
| 111 2904 | 111 2908 | 5 | |
| 111 2926 | 111 2927 | 5 | |
| 111 2928 | 111 2935 | 5 | |
| 111 2945 | 1112947 | 5 | |
| 111 2961 | | 5 | |
| 111 2964 | 111 2965 | 5 | |
| 111 2968 | 111 2976 | 5 | |
| 111 2977 | | 5 | |
| 111 2978 | | 5 | |
| 111 2979 | | 5 | |
| 111 2980 | | 5 | |
| 111 2981 | | 5 | |
| 111 2982 | | 5 | |
| 111 2983 | | 5 | |
| 111 2984 | | 5 | |
| 111 2985 | | 5 | |
| 111 2986 | | 5 | |
| 111 2987 | | 5 | |
| 111 2988 | 111 2989 | 5 | |
| 111 2990 | | 5 | |
| 111 2991 | | 5 | |
| 111 2992 | | 5 | |
| 111 2993 | | 5 | |
| 111 2994 | | 5 | |
| 111 2995 | 111 2996 | 5 | |
| 111 2997 | 111 3000 | 5 | |
| 111 3001 | 111 3002 | 5 | |
| 111 3003 | 111 3012 | 5 | |
| 111 3050 | 111 3126 | 5 | |
| 111 3354 | 111 3362 | 5 | |
| 111 3370 | 111 3371 | 5 | |
| 111 3383 | 111 3388 | 5 | |
| 111 3384 | 111 3388 | 5 | |
| 111 3389 | | 5 | |
| 111 3402 | 111 3404 | 5 | |
| 111 3402 | 111 3403 | 5 | |
| 111 3405 | | 5 | |

Sports Shinko (USA) Co., Ltd. vs. Mililani Golf Club, LLC; Civil No. 04-00128

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 111 3406 | 111 3407 | 5 | |
| 111 3408 | 111 3437 | 5 | |
| 111 3410 | 111 3422 | 5 | |
| 111 3423 | 111 3431 | 5 | |
| 111 3498 | 111 3505 | 5 | |
| 111 3502 | 111 3505 | 5 | |
| 111 3506 | 111 3513 | 5 | |
| 111 3514 | 111 3516 | 5 | |
| 111 3605 | 111 3617 | 5 | |
| 111 3618 | 111 3641 | 5 | |
| 111 4010 | | 5 | |
| 113 0863 | 113 0875 | 5 | |
| 113 0876 | 113 0882 | 5 | |
| 113 0883 | 113 0884 | 5 | |
| 113 0895 | 113 0899 | 5 | |
| 113 0900 | 113 0903 | 5 | |
| 113 1115 | 113 1118 | 5 | |
| 113 1928 | 113 1929 | 5 | |
| 113 2077 | | 5 | |
| 113 2132 | 113 2133 | 5 | |
| 114 0004 | 114 0006 | 5 | |
| 114 0007 | | 5 | |
| 114 0010 | 114 0014 | 5 | |
| 114 0016 | | 5 | |
| 114 0020 | | 5 | |
| 114 1391 | 114 1395 | 5 | |
| 115 5346; | 115 5373 | 5 | |
| 115 5371 | 115 5373 | 5 | |
| 115 5407 | | 5 | |
| 115 5434 | | 5 | |
| 115 5437 | | 5 | |
| 115 5456 | | 5 | |
| 115 5462 | | 5 | |
| 115 5486 | | 5 | |
| 115 5494 | | 5 | |
| 116 0711 | | 5 | |
| 117 0613 | 117 0616 | 5 | |
| 117 0614 | 117 0616 | 5 | |
| 117 0621 | 117 0626 | 5 | |
| 117 0621; | 117 0626 | 5 | |
| 117 0627 | 117 0639 | 5 | |
| 117 0627 | 117 117 0632 | 5 | |
| 117 0640 | 117 0642 | 5 | |
| 117 0641 | 117 0642 | 5 | |
| 117 0644 | | 5 | |
| 117 0645 | 117 0646 | 5 | |
| 117 0649 | 117 0651 | 5 | |
| 117 0652 | 117 0657 | 5 | |
| 117 0658 | | 5 | |
| 117 1340 | 117 1344 | 5 | |

Sports Shinko (USA) Co., Ltd. vs. Mililani Golf Club, LLC; Civil No. 04-00128

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 117 1346 | 117 1352 | 5 | |
| 117 1361 | 117 1367 | 5 | |
| 117 1380 | | 5 | |
| 117 1383 | | 5 | |
| 117 1388 | 117 1389 | 5 | |
| 117 1393 | 117 1396 | 5 | |
| 117 1407 | 117 1410 | 5 | |
| 117 1915 | | 5 | |
| 117 2088; | 117 1915 | 5 | |
| 117 2123 | 117 2128 | 5 | |
| 117 2176 | 117 2178 | 5 | |
| 117 2184 | 117 2185 | 5 | |
| 117 2220 | 117 2225 | 5 | |
| 117 2228 | 117 2231 | 5 | |
| 117 2235 | 117 2236 | 5 | |
| 117 2243 | 117 2244 | 5 | |
| 117 2243 | 117 2244 | 5 | |
| 117 2245 | 117 2247 | 5 | |
| 117 2621 | 117 2622 | 5 | |
| 118 0029 | 118 0041 | 5 | |
| 118 0166 | 118 0200 | 5 | |
| 118 0238 | 118 0271 | 5 | |
| 119 0102 | 119 0127 | 5 | |
| 119 0197 | 119 0221 | 5 | |
| 119 1500 | 119 1503 | 5 | |
| 119 1604 | | 5 | |
| 120 3162; | 120 3245 | 5 | |
| 120 3359 | | 5 | |
| 121 1484 | 121 1486 | 5 | |
| 123 0131 | 123 0138 | 5 | |
| 123 1799 | 123 1802 | 5 | |
| 124 0518; | 124 0567 | 5 | |
| 126 0108 | 126 0111 | 5 | |
| 126 0116 | 126 0117 | 5 | |
| 126 0704 | | 5 | |
| 126 1542 | | 5 | |
| 128 0036 | 128 0057 | 5 | |
| 128 0040; | 128 0056 | 5 | |
| 128 0058 | 128 0079 | 5 | |
| 128 0080 | 128 0101 | 5 | |
| 128 0729 | 128 0740 | 5 | |
| 128 0741 | 128 0756 | 5 | |
| 128 0782 | | 5 | |
| 128 0794 | 128 0796 | 5 | |
| 128 0844 | | 5 | |
| 128 0864 | | 5 | |
| 128 0866 | | 5 | |
| 128 0887 | 128 0888 | 5 | |
| 128 0890 | | 5 | |
| 128 0891 | | 5 | |

Sports Shinko (USA) Co., Ltd. v. Mililani Golf Club, LLC; Civil No. 04-00128

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 128 0893 | | 5 | |
| 128 0894 | 128 0895 | 5 | |
| 128 0904 | | 5 | |
| 128 0905 | | 5 | |
| 128 0908 | 128 0912 | 5 | |
| 128 0913 | | 5 | |
| 128 1048 | 128 1060 | 5 | |
| 128 1578 | 128 1581 | 5 | |
| 128 1733 | | 5 | |
| 128 1839 | 128 1840 | 5 | |
| 128 1847 | 128 1858 | 5 | |
| 128 1874 | 128 1880 | 5 | |
| 128 1874 | 128 1882 | 5 | |
| 128 1884 | 128 1889 | 5 | |
| 128 1884 | 128 1885 | 5 | |
| 128 1890 | | 5 | |
| 128 1891 | | 5 | |
| 128 1901 | 128 1904 | 5 | |
| 128 1909 | 128 1911 | 5 | |
| 128 1918 | | 5 | |
| 128 1930 | 128 1958 | 5 | |
| 128 2179 | 128 2183 | 5 | |
| 129 0001 | 129 0006 | 5 | |
| 129 0015 | 129 0035 | 5 | |
| 129 2342 | 129 2343 | 5 | |
| 130 0677 | 130 0712 | 5 | |
| 130 0678; | 130 0707 | 5 | |
| 130 0714; | 130 0728 | 5 | |
| 130 0739 | 130 0764 | 5 | |
| 130 0818; | 130 0831 | 5 | |
| 130 0841; | 130 0850 | 5 | |
| 130 0853 | 130 0873 | 5 | |
| 130 0874 | 130 0894 | 5 | |
| 130 0895 | 130 0915 | 5 | |
| 130 0916 | 130 0936 | 5 | |
| 130 0937 | 130 0957 | 5 | |
| 130 0958 | 130 0975 | 5 | |
| 130 0977; | 130 0992 | 5 | |
| 130 0996; | 130 1006 | 5 | |
| 130 1013; | 130 1028 | 5 | |
| 130 1032; | 130 1048 | 5 | |
| 130 1052; | 130 1064 | 5 | |
| 130 1074; | 130 1086 | 5 | |
| 130 1275; | 130 1307 | 5 | |
| 130 1310; | 130 1326 | 5 | |
| 130 1329; | 130 1339 | 5 | |
| 130 1350; | 130 1372 | 5 | |
| 130 1376; | 130 1398 | 5 | |
| 130 1402; | 130 1426 | 5 | |
| 130 1433; | 130 1463 | 5 | |

Sports Shinko (USA) Co., Ltd. vs. ...ililani Golf Club, LLC; Civil No. 04-00128

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 130 1467; | 130 1493 | 5 | |
| 130 1670; | 130 1690 | 5 | |
| 130 1672; | 130 1676 | 5 | |
| 130 1692 | 130 1694 | 5 | |
| 130 1699; | 130 1725 | 5 | |
| 130 1728; | 130 1737 | 5 | |
| 130 1757; | 130 1787 | 5 | |
| 130 1791; | 130 1820 | 5 | |
| 130 2226 | 130 2230 | 5 | |
| 130 2226 | 130 2230 | 5 | |
| 130 2687 | 130 2690 | 5 | |
| 130 2771 | 130 2776 | 5 | |
| 130 2771 | 130 2773 | 5 | |
| 130 2822; | 130 2827 | 5 | |
| 130 2840 | 130 2847 | 5 | |
| 130 2859 | 130 2864 | 5 | |
| 130 2870 | 130 2878 | 5 | |
| 130 2879 | 130 2884 | 5 | |
| 130 2885 | 130 2890 | 5 | |
| 130 2891 | | 5 | |
| 130 2892 | 130 2893 | 5 | |
| 130 2896 | 130 2902 | 5 | |
| 130 2903 | 130 2905 | 5 | |
| 130 3246 | | 5 | |
| 130 3357; | 130 3370 | 5 | |
| 131 1226 | 131 1241 | 5 | |
| 133 1793 | 133 1794 | 5 | |
| 134 1237 | 134 1239 | 5 | |
| 134 1745 | | 5 | |
| 134 1828 | 134 1830 | 5 | |
| 134 1832 | | 5 | |
| 134 1833 | | 5 | |
| 134 1839 | 134 1853 | 5 | |
| 134 1854 | 134 1868 | 5 | |
| 134 1869 | 134 1876 | 5 | |
| 134 1877 | 134 1883 | 5 | |
| 134 1888 | | 5 | |
| 135 1498 | 135 1504 | 5 | |
| 135 1508 | 135 1519 | 5 | |
| 135 1540 | 135 1542 | 5 | |
| 135 1713 | | 5 | |
| 135 1724 | | 5 | |
| 135 1728 | 135 1730 | 5 | |
| 135 1740; | 135 1745 | 5 | |
| 135 1753 | | 5 | |
| 135 1810 | 135 1811 | 5 | |
| 135 1832 | 135 1835 | 5 | |
| 135 1836 | 135 1842 | 5 | |
| 135 1843 | 135 1844 | 5 | |
| 135 1845 | 135 1847 | 5 | |

Sports Shinko (USA) Co., Ltd. vs. ...ililani Golf Club, LLC; Civil No. 04-00128

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 135 1848 | | 5 | |
| 135 1848 | | 5 | |
| 136 1349 | 136 1357 | 5 | |
| 136 2690 | 136 2693 | 5 | |
| 136 2847 | 136 2851 | 5 | |
| 137 0175 | 137 0177 | 5 | |
| 137 0276 | 137 0277 | 5 | |
| 137 0605 | 137 0612 | 5 | |
| 137 0617 | | 5 | |
| 137 0711 | 137 0716 | 5 | |
| 137 0752 | | 5 | |
| 137 0997 | 137 0998 | 5 | |
| 137 1015 | 137 1040 | 5 | |
| 137 1101 | | 5 | |
| 137 1102 | | 5 | |
| 137 1707 | 137 1711 | 5 | |
| 137 1778 | | 5 | |
| 137 1907 | | 5 | |
| 137 1914 | | 5 | |
| 137 1921 | | 5 | |
| 137 1972 | | 5 | |
| 137 2043 | 137 2044 | 5 | |
| 137 2130 | | 5 | |
| 138 1122 | 138 1123 | 5 | |
| 138 1128 | | 5 | |
| 138 1130 | | 5 | |
| 138 1131 | | 5 | |
| 138 1133 | 138 1134 | 5 | |
| 138 1135 | 138 1136 | 5 | |
| 138 1137 | 138 1138 | 5 | |
| 138 1139 | | 5 | |
| 138 1142 | 138 1144 | 5 | |
| 138 1153 | | 5 | |
| 138 1154 | 138 1157 | 5 | |
| 138 1158 | | 5 | |
| 138 1159 | 138 1166 | 5 | |
| 138 1167 | 138 1170 | 5 | |
| 138 1172 | | 5 | |
| 138 1178 | | 5 | |
| 138 1179 | | 5 | |
| 138 1180 | 138 1184 | 5 | |
| 138 1185 | 138 1198 | 5 | |
| 138 1203 | | 5 | |
| 138 1222 | 138 1223 | 5 | |
| 138 1226 | | 5 | |
| 138 1227 | 138 1233 | 5 | |
| 138 1234 | 138 1239 | 5 | |
| 138 1242 | 138 1252 | 5 | |
| 138 1254 | 138 1261 | 5 | |
| 138 1266 | | 5 | |

Sports Shinko (USA) Co., Ltd. vs. Mililani Golf Club, LLC; Civil No. 04-00128

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 138 1267 | | 5 | |
| 138 1268 | | 5 | |
| 138 1272 | 138 1274 | 5 | |
| 138 1275 | 138 1284 | 5 | |
| 139 0085 | | 5 | |
| 139 0671; | 139 0682 | 5 | |
| 139 0698; | 139 0714 | 5 | |
| 139 0763 | 139 0765 | 5 | |
| 139 0767 | | 5 | |
| 139 1445; | 139 1461 | 5 | |
| 139 1449 | | 5 | |
| 139 1451 | 139 1452 | 5 | |
| 139 1504 | | 5 | |
| 140 1993 | 140 1994 | 5 | |
| 145 0582 | 145 0585 | 5 | |
| 147 0239 | 147 0241 | 5 | |
| 147 0878 | 147 0879 | 5 | |
| 147 1367 | | 5 | |
| 147 1466 | 147 1468 | 5 | |
| 147 1544 | 147 1547 | 5 | |
| 147 1544; | 147 1546 | 5 | |
| 149 0422 | | 5 | |
| 149 0423 | | 5 | |
| 149 0427 | | 5 | |
| 149 0437 | 149 0447 | 5 | |
| 149 0437; | 149 0444 | 5 | |
| 149 0446 | 149 0447 | 5 | |
| 149 0448 | | 5 | |
| 149 0449 | | 5 | |
| 149 0463 | | 5 | |
| 149 0471; | 149 0478 | 5 | |
| 149 0481 | 149 0483 | 5 | |
| 149 0498 | 149 0501 | 5 | |
| 149 0502 | 149 0503 | 5 | |
| 149 0504 | 149 0522 | 5 | |
| 149 0523 | 149 0536 | 5 | |
| 149 0558 | 149 0573 | 5 | |
| 149 0575 | | 5 | |
| 149 0577 | 149 0581 | 5 | |
| 149 0582; | 149 0590 | 5 | |
| 149 1085 | | 5 | |
| 149 1111 | 149 1113 | 5 | |
| 149 1126 | 149 1127 | 5 | |
| 149 1128 | | 5 | |
| 149 1130 | | 5 | |
| 149 1131 | 149 1132 | 5 | |
| 149 1133 | | 5 | |
| 149 1148 | 149 1149 | 5 | |
| 149 1150 | 149 1155 | 5 | |
| 149 1163 | 149 1164 | 5 | |