IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>    Plaintiff,<br>  vs.<br>QK HOTEL, LLC, et al.,<br>    Defendants,<br>  and<br>FRANKLIN K. MUKAI,<br>    Third-Party Plaintiff,<br>  vs.<br>SPORTS SHINKO (USA) CO., LTD., et al.,<br>    Third-Party Defendants,<br>  and<br>SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br>    Third-Party Defendants/<br>    Counterclaimants,<br>  vs.<br>QK HOTEL, LLC, et al.,<br>    Third-Party Counterclaim Defendants.<br>AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK<br>CV 04-00125 ACK-BMK<br>CV 04-00126 ACK-BMK<br>CV 04-00127 ACK-BMK<br>CV 04-00128 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of KG PARTIES' MOTION TO COMPEL was served electronically through CM/ECF on the following on April 5, 2007:

PAUL ALSTON, ESQ.        palston@ahfi.com
GLENN T. MELCHINGER, ESQ.    gmelchinger@ahfi.com

    Attorneys for Plaintiffs
    SPORTS SHINKO CO., LTD. and
    SPORTS SHINKO (USA) CO., LTD.

WILLIAM BORDNER, ESQ.     bbordner@bmbe-law.com
JOHN N.K. REYES-BURKE, ESQ.  jburke@bmbe-law.com

    Attorney for Defendant
    FRANKLIN K. MUKAI

    DATED: Honolulu, Hawaii, April 5, 2007.


        /s/ Robert A. Marks
    WARREN PRICE III
    ROBERT A. MARKS
    SIMON KLEVANSKY
    ALIKA L. PIPER
    CARISA LIMA KA'ALA HEE

    Attorneys for Defendants and
    Third-Party Plaintiffs
    KG Holdings, LLC, QK Hotel, LLC, OR
    Hotel, LLC, Pukalani Golf Club, LLC, KG
    Maui Development, LLC, Mililani Golf
    Club, LLC, Kiahuna Golf Club, LLC and
    KG Kauai Development, LLC