ORIGINAL

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation<br><br>Plaintiff(s),<br><br>Vs.<br><br>PUKALANI GOLF CLUB, LLC, a Hawaii limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawaii limited liability company; KG HOLDINGS, LLC, a Hawaii limited liability company; FRANKLIN K. MUKAI,<br><br>Defendant(s),<br>and<br><br>FRANKLIN K. MUKAI, PUKALANI GOLF CLUB, LLC, a Hawaii limited liability company and KG MAUI DEVELOPMENT, LLC, a Hawaii limited liability company and KG HOLDINGS LLC, a Hawaii limited liability company<br><br>Third-Party Plaintiffs,<br><br>Vs.<br><br>SPORTS SHINKO (KAUAI) CO., LTD., a Hawaii corporation, SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawaii corporation, SPORTS SHINKO (MILILANI) CO., LTD., a Hawaii corporation, SPORTS SHINKO (PUKALANI) CO., LTD., a Hawaii corporation, and SPORTS SHINKO (HAWAII) CO., LTD., a Hawaii corporation and SPORTS SHINKO RESORT HOTEL | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 04-00125ACK-BMK<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>April 10, 2007<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

CORPORATION, a Hawaii corporation,

    Third-Party Defendants,

and

SPORTS SHINKO CO., LTD., a Japanese corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawaii corporation; and SPORTS SHINKO (PUKALANI) CO., LTD., a Hawaii corporation,

    Third-Party Defendants / Counterclaimants,

    Vs.

PUKALANI GOLF CLUB, LLC, a Hawaii limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawaii limited liability company; KG HOLDINGS, LLC, a Hawaii limited liability company; and FRANKLIN K. MUKAI,

    Third-Party Counterclaim Defendants.

AO 450 (Rev. 5/85) Judgment in a Civil Case

[ ]   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**. This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint is dismissed without prejudice to bring suit in the appropriate forum.   IT IS FURTHER ORDERED that this Court lacked subject matter jurisdiction and vacates the: 1) Order Denying Defendants' Motion for Summary Judgment in Civ. No. 04-00128 ACK-BMK (Mar. 28, 2006); Order Granting in Part and Denying in Part Defendants' Motion for Reconsideration, Civ. No. 04-00128 ACK-BMK (July 19, 2006); Order Denying Motion To Expunge Lis Pendens, Civ. No. 04-00125 ACK-BMK (Sept. 28, 2006).   Judgment is entered in favor of KG Defendants against Plaintiff pursuant to the "ORDER GRANTING KG DEFENDANTS' MOTION TO DISMISS CIV. NOS. 04-00125 ACK-BMK, 04-00126 ACK-BMK AND 04-00128 ACK-BMK FOR LACK OF SUBJECT MATTER JURISDICTION" filed on April 5, 2007.

|  |  |
|---|---|
| April 10, 2007 | SUE BEITIA |
| Date | Clerk |
|  | (By) Deputy Clerk |