Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                  1126-0
GLENN T. MELCHINGER          7135-0
JASON H. KIM                 7128-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants
the SS Companies

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 27 2007

at 8 o'clock and 46 min. AM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PUKALANI GOLF CLUB, LLC, a Hawai'i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai'i limited liability company; KG HOLDINGS, LLC, a Hawai'i limited liability company, FRANKLIN K. MUKAI,<br><br>Defendants.<br><br>_____<br><br>FRANKLIN K. MUKAI,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>SPORTS SHINKO CO., LTD., a Japan corporation, SPORTS SHINKO (HAWAII) CO., LTD., a Hawai'i corporation, SPORTS SHINKO | CIVIL NO. 04-00125 ACK/BMK<br><br>**RELEASE OF NOTICE OF PENDENCY OF ACTION, FILED FEBRUARY 20, 2004** |

643637 v2 / 6850-5

```
(MILILANI) CO., LTD., a Hawai`i  )
corporation, SPORTS SHINKO       )
(KAUAI) CO., LTD., a Hawai`i     )
corporation, SPORTS SHINKO       )
(PUKALANI) CO., LTD., a Hawai`i  )
corporation, SPORTS SHINKO       )
RESORT HOTEL CORPORATION, a      )
Hawai`i corporation, SPORTS      )
SHINKO (WAIKIKI) CORPORATION, a  )
Hawai`i corporation, and OCEAN   )
RESORT HOTEL CORPORATION, a      )
Hawai`i corporation,             )
                                 )
          Third-Party            )
          Defendants.            )
                                 )
```

**RELEASE OF NOTICE OF PENDENCY OF
ACTION, FILED FEBRUARY 20, 2004**

Plaintiff SPORTS SHINKO (USA) CO., LTD,, by and through its attorneys, Alston Hunt Floyd & Ing, hereby cancels and releases that certain Notice of Pendency of Action filed herein on February 20, 2004, and recorded in the Bureau of Conveyances of the State of Hawai`i as Document No. 2004-036087, and in Land Court as Document No. 3073328 pursuant to a judgment of dismissal by the United States District Court for the District of Hawaii, entered on April 10, 2007.  As of the date of filing, the time for appeal has not expired and Plaintiff intends to appeal the dismissal.  Furthermore, on April 19, 2007, Defendant FRANKLIN K. MUKAI filed a Motion to Alter or Amend Judgment.  This motion has not been heard or decided as of the date of this filing.

DATED: Honolulu, Hawai'i, April 27, 2007.

_____
PAUL ALSTON
GLENN T. MELCHINGER
JASON H. KIM
Attorneys for Plaintiffs and
Third-Party Defendants the SS
Companies