Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                1126-0
GLENN T. MELCHINGER        7135-0
JASON H. KIM               7128-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants
the SS Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>  Defendants.<br>_____<br>FRANKLIN K. MUKAI,<br><br>  Third-Party Plaintiff,<br><br>  vs.<br><br>SPORTS SHINKO CO., LTD., a Japan corporation, SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation, SPORTS SHINKO | CIVIL NO. 04-00125 ACK/BMK<br><br>**CERTIFICATE OF SERVICE**<br><br>**[Re: RELEASE OF NOTICE OF PENDENCY OF ACTION, FILED FEBRUARY 20, 2004**] |

644922 v1 / 6850-5

```
(MILILANI) CO., LTD., a Hawai`i    )
corporation, SPORTS SHINKO         )
(KAUAI) CO., LTD., a Hawai`i       )
corporation, SPORTS SHINKO         )
(PUKALANI) CO., LTD., a Hawai`i    )
corporation, SPORTS SHINKO         )
RESORT HOTEL CORPORATION, a        )
Hawai`i corporation, SPORTS        )
SHINKO (WAIKIKI) CORPORATION, a    )
Hawai`i corporation, and OCEAN     )
RESORT HOTEL CORPORATION, a        )
Hawai`i corporation,               )
                                   )
            Third-Party            )
            Defendants.            )
_____)
```

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2007, a copy of Release of Notice of Pendency of Action, filed April 27, 2007 Recorded in the Bureau of Conveyances as Document No. 2007-076233 and the Land Court as Document No. 3594416 on April 27, 2007 was duly served upon the following person at the address shown via hand-delivery or first class mail, postage prepaid (as indicated below):

|  | HAND-DELIVERED | MAILED |
|---|---|---|
| ROBERT A. MARKS, ESQ.<br>Price Okamoto Himeno & Lum<br>728 Ocean View Center<br>707 Richards Street<br>Honolulu, HI  96813<br><br>Attorney for Defendants<br>KIAHUNA GOLF CLUB, LLC;<br>KG KAUAI DEVELOPMENT, LLC;<br>PUKALANI GOLF CLUB, LLC;<br>KG MAUI DEVELOPMENT, LLC;<br>MILILANI GOLF CLUB, LLC;<br>QK HOTEL, LLC; OR HOTEL, LLC; and<br>KG HOLDINGS, LLC |  | X |

644922 v1 / 6850-5                         2

I hereby certify that on May 1, 2007, a copy of Release of Notice of Pendency of Action, filed April 27, 2007 Recorded in the Bureau of Conveyances as Document No. 2007-076233 and the Land Court as Document No. 3594416 on April 27, 2007 was duly served upon the following person at the address shown via hand-delivery or first class mail, postage prepaid (as indicated below):

|  | **HAND-DELIVERED** | **MAILED** |
|---|---|---|
| JOHN N. K. REYES-BURKE, ESQ.<br>Burke McPheeters Bordner & Estes<br>Pacific Guardian Center, Mauka Tower<br>737 Bishop Street, Suite 3100<br>Honolulu, HI 96813<br><br>Attorney for Defendant<br> FRANKLIN K. MUKAI |  | X |

DATED:   Honolulu, Hawai`i, May 1, 2007.

/s/ Jason H. Kim
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM

Attorneys for Plaintiffs
and Third-Party Defendants,
the Sports Shinko Companies