

SCHEDULE OF COMBINED INCOME AND DEDUCTIONS

| | COMBINED AMOUNTS | LA COSTA HOTEL AND SPA CORPORATION | ENCINITAS RESORT CORPORATION | SPORTS SHINKO FLORIDA CO., LTD. | SPORTS SHINKO (FLORIDA REALTY) INC. | SPORTS SHINKO UTILITY INC. | GRENELEFE REALTY INC. | SPORTS SHINKO (HAWAII) CO., LTD. |
|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | |
| Gross receipts or sales | | | | | | | | |
| Less returns and allowances | | | | | | | | |
| Net Sales | | | | | | | | |
| **Cost of goods sold:** | | | | | | | | |
| Inventory at beginning of year | | | | | | | | |
| Purchases | | | | | | | | |
| Cost of labor | | | | | | | | |
| Additional section 263A costs | | | | | | | | |
| Other costs | | | | | | | | |
| Inventory end of year | | | | | | | | |
| Cost of goods sold | | | | | | | | |
| **Gross profit** | | | | | | | | |
| Dividends | | | | | | | | |
| Interest  STATEMENT 7 | | | | | | | | |
| Gross rents | | | | | | | | |
| Gross royalties | | | | | | | | |
| Capital gain net income | | | | | | | | |
| Net gain or (loss) Form 4797 | | | | | | | | |
| Other income  STATEMENT 8 | | | | | | | | |
| **Total Income** | | | | | | | | |
| **Deductions** | | | | | | | | |
| Compensation of officers | | | | | | | | |
| Salaries and wages | | | | | | | | |
| Repairs | | | | | | | | |
| Bad debts | | | | | | | | |
| Rents | | | | | | | | |
| Taxes  STATEMENT 9 | | | | | | | | |
| Interest | | | | | | | | |
| Charitable Contributions | | | | | | | | |
| Depreciation not claimed elsewhere | | | | | | | | |
| Depletion | | | | | | | | |
| Advertising | | | | | | | | |
| Pension, profit-sharing, etc., plans | | | | | | | | |
| Employee benefit programs | | | | | | | | |
| Other deductions  STATEMENT 10 | | | | | | | | |
| **Total Deductions** | | | | | | | | |
| Taxable income before NOL and special deductions | | | | | | | | |
| Net operating loss deduction | | | | | | | | |
| Special deductions | | | | | | | | |
| **Taxable Income** | | | | | | | | |

REDACTED

CONFIDENTIAL
GT032813

328241
05-01-03

**EXHIBIT G-6**

SCHEDULE OF COMBINED INCOME AND DEDUCTIONS

| | SPORTS SHINKO (MILILANI) CO., LTD | SPORTS SHINKO RESORT HOTEL CORPORATION | SPORTS SHINKO (WAIKIKI) CORPORATION | OCEAN RESORT HOTEL CORPORATION | SPORTS SHINKO (KAUAI) CO., LTD. | SPORTS SHINKO (PUKALANI) CO., LTD. | SPORTS SHINKO (USA) CO., LTD. |
|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | |
| Gross receipts or sales | | | | | | | |
| Less returns and allowances | | | | | | | |
| Net Sales | | | | | | | |
| Cost of goods sold: | | | | | | | |
| Inventory at beginning of year | | | | | | | |
| Purchases | | | | | | | |
| Cost of labor | | | | | | | |
| Additional section 263A costs | | | | | | | |
| Other costs | | | | | | | |
| Inventory end of year | | | | | | | |
| Cost of goods sold | | | | | | | |
| **Gross profit** | | | | | | | |
| Dividends | | | | | | | |
| Interest  STATEMENT 7 | | | | | | | |
| Gross rents | | | | | | | |
| Gross royalties | | | | | | | |
| Capital gain net income | | | | | | | |
| Net gain or (loss) Form 4797 | | | | | | | |
| Other income  STATEMENT 8 | | | | | | | |
| **Total Income** | | | | | | | |
| **Deductions** | | | | | | | |
| Compensation of officers | | | | | | | |
| Salaries and wages | | | | | | | |
| Repairs | | | | | | | |
| Bad debts | | | | | | | |
| Rents | | | | | | | |
| Taxes  STATEMENT 9 | | | | | | | |
| Interest | | | | | | | |
| Charitable Contributions | | | | | | | |
| Depreciation not claimed elsewhere | | | | | | | |
| Depletion | | | | | | | |
| Advertising | | | | | | | |
| Pension, profit sharing, etc., plans | | | | | | | |
| Employee benefit programs | | | | | | | |
| Other deductions  STATEMENT 10 | | | | | | | |
| **Total Deductions** | | | | | | | |
| Taxable income before NOL and special deductions | | | | | | | |
| Net operating loss deduction | | | | | | | |
| Special deductions | | | | | | | |
| **Taxable Income** | | | | | | | |

REDACTED

326241
05-01-03

CONFIDENTIAL
GT032814