

SCHEDULE OF COMBINED ENDING BALANCE SHEET

SS-FLORDIA & SUBS OMITTED DUE TO LACK OF DATA

CONFIDENTIAL
GT032834

EXHIBIT C-2

EXHIBIT G-2



SCHEDULE OF COMBINED PROFORMA BALANCE SHEET

THIS COLUMN REFLECTS THE 12/31/2003 TAX BASIS ASSETS LIABILITIES AND EQUITY OF SS-USA ONLY ('SA SS-USA')

SA SS-USA'S 12/31/2003 'OTHER ASSETS' IS ITS' INVESTMENT IN SUBSIDIARIES AND COMPRISES

NET EQUITY-100% OWNED SUBS    $ AMOUNT    %
LA COSTA
ENCINITAS
SS-FLORDIA & SUBS/IMPUTED
SS-HAWAII & SUBS
TOTAL

99.7%

Assets
Cash
Trade notes and accounts receivable
  Less allowance for bad debts
Inventories
U.S. government obligations
Tax exempt securities
Other current assets    STATEMENT 7
Loans to stockholders
Mortgage and real estate loans
Other investments    STATEMENT 15
Buildings and other depreciable assets
  Less accumulated depreciation
Depletable assets
  Less accumulated depletion
Land (net of any amortization)
Intangible assets (amortizable only)
  Less accumulated amortization
Other assets    STATEMENT 16
Total Assets

Liabilities and Stockholders' Equity
Accounts payable
Mortgages, notes, bonds payable in less than 1 year
Other current liabilities    STATEMENT
Loans from stockholders
Mortgages, notes, bonds payable in 1 year or more
Other liabilities    STATEMENT 18
Capital stock    a Preferred stock
                 b Common stock
Additional paid-in capital
Retained earnings    Appropriated
Retained earnings    Unappropriated
Adjustments to shareholders' equity
  Less cost of treasury stock
Total Liabilities and Stockholders' Equity

CONFIDENTIAL
GT052815