ORIGINAL

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation<br><br>Plaintiff(s),<br><br>Vs.<br><br>PUKALANI GOLF CLUB, LLC, a Hawaii limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawaii limited liability company; KG HOLDINGS, LLC, a Hawaii limited liability company; FRANKLIN K. MUKAI,<br><br>Defendant(s),<br>and<br><br>FRANKLIN K. MUKAI, PUKALANI GOLF CLUB, LLC, a Hawaii limited liability company and KG MAUI DEVELOPMENT, LLC, a Hawaii limited liability company and KG HOLDINGS LLC, a Hawaii limited liability company<br><br>Third-Party Plaintiffs,<br><br>Vs.<br><br>SPORTS SHINKO (KAUAI) CO., LTD., a Hawaii corporation, SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawaii corporation, SPORTS SHINKO (MILILANI) CO., LTD., a Hawaii corporation, SPORTS SHINKO (PUKALANI) CO., LTD., a Hawaii corporation, and SPORTS SHINKO (HAWAII) CO., LTD., a Hawaii corporation and SPORTS SHINKO RESORT HOTEL | AMENDED JUDGMENT IN A CIVIL CASE<br><br>Case: CV 04-00125ACK-BMK<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>May 2, 2007<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

CORPORATION, a Hawaii corporation,

   Third-Party Defendants,

and

SPORTS SHINKO CO., LTD., a Japanese corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawaii corporation; and SPORTS SHINKO (PUKALANI) CO., LTD., a Hawaii corporation,

   Third-Party Defendants /
   Counterclaimants,

  Vs.

PUKALANI GOLF CLUB, LLC, a Hawaii limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawaii limited liability company; KG HOLDINGS, LLC, a Hawaii limited liability company; and FRANKLIN K. MUKAI,

   Third-Party Counterclaim
   Defendants.

AO 450 (Rev. 5/85) Judgment in a Civil Case

[ ]   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**. This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this Court lacked subject matter jurisdiction from the inception of this case. IT IS FURTHER ORDERED AND ADJUDGED that the complaint, all claims, and all parties are dismissed without prejudice to bring suit in the appropriate forum. AND IT IS ORDERED AND ADJUDGED that the following order is vacated: Order Denying Motion To Expunge Lis Pendens, Civ. No. 04-00125 ACK-BMK (Sept. 28, 2006).

|  |  |
|---|---|
| May 2, 2007 | SUE BEITIA |
| Date | Clerk |
|  | (By) Deputy Clerk |