# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

| *For Internal Use Only* | |
|---|---|
| Receipt | **239605** |
| Trans | 145747 |

Received From:    **ALSTON HUNT FLOYD & ING**

Case Number:

Reference Number:    **CV 04-125 ACK**

|  | Check | **455.00** |
|---|---|---|
|  | Total | **455.00** |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |

|  | | |
|---|---|---|
| **Total** | **455.00** |
| Tend | 455.00 |
| Due | 0.00 |

05/29/2007 02:09:58 PM        Deputy Clerk:  bb/AG