PRICE OKAMOTO HIMENO & LUM
WARREN PRICE III          1212
ROBERT A. MARKS           2163
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Phone: 808.538.1113
Fax: 808.533.0549
e-mail: ram@pohlhawaii.com

GELBER GELBER INGERSOLL & KLEVANSKY
SIMON KLEVANSKY           3217-0
ALIKA L. PIPER            6949-0
CARISA LIMA KA'ALA HEE    7372-0
Suite 1400, Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Phone: (808) 524-0155
Fax: (808) 531-6963
E-mail: sklevansky@ggik.com
        apiper@ggik.com;
        kaalahee@ggik.com

Attorneys for Defendants, Counterclaimants
and Third-Party Plaintiffs KG HOLDINGS, LLC,
KIAHUNA GOLF CLUB, LLC, KG KAUAI
DEVELOPMENT, LLC, PUKALANI GOLF
CLUB, LLC, KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC, QK HOTEL, LLC,
and OR HOTEL, LLC ("KG PARTIES")

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>　　　Plaintiff,<br>　vs.<br>QK HOTEL, LLC, et al.,<br>　　　Defendants,<br>　and | CV 04-00125 ACK-BMK<br>CV 04-00126 ACK-BMK<br>CV 04-00128 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>STIPULATION TO TAX COSTS;<br>ORDER |

647274-1/6850-5

FRANKLIN K. MUKAI, et al.,

    Third-Party Plaintiffs,

vs.

SPORTS SHINKO (USA) CO., LTD., et al.,

    Third-Party Defendants,

and

SPORTS SHINKO (HAWAII) CO., LTD., et al.,

    Third-Party Defendants/ Counterclaimants,

vs.

QK HOTEL, LLC, et al.,

    Third-Party Counterclaim Defendants.

AND CONSOLIDATED CASES

## STIPULATION TO TAX COSTS

Pursuant to the Stipulation Regarding Costs; Order filed herein on May 11, 2007, the Sports Shinko Parties,[1] Franklin Mukai and the KG Parties,[2] by their undersigned counsel, hereby stipulate as follows with respect to the taxation of costs incurred by The Sports Shinko Parties in D. Hawaii CV Nos. 04-00125 ACK-

---

[1] The "Sports Shinko Parties" are Sports Shinko Co., Ltd., Sports Shinko (USA) Co., Ltd., Sports Shinko (Hawaii) Co., Ltd., Sports Shinko (Kauai) Co., Ltd., Sports Shinko Resort Hotel Corporation, Sports Shinko (Waikiki) Corporation, Sports Shinko (Mililani) Co., Ltd., and Sports Shinko (Pukalani) Co., Ltd.

[2] The "KG Parties" are KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development, LLC.

BMK, 04-00126 ACK-BMK and 04-00128 ACK-BMK (collectively, the "Dismissed Cases") by the KG Parties:

WHEREAS the Sports Shinko Parties have reviewed the costs that the KG Parties seek to tax against them in connection with the judgments entered in the Dismissed Cases; and

WHEREAS the parties make this stipulation so as to avoid disputes with respect to the taxation of the KG Parties' costs in connection with the Dismissed Cases; and

NOW, THEREFORE, the parties agree as follows:

1. The KG Parties are entitled to recover the costs detailed below in connection with the Dismissed Cases:

| Cost item | Amt |
|---|---|
| Securing copies of certified documents used in KG Parties' Motion to Dismiss CV Nos. 04-00125 ACK-BMK, 04-00126 ACK-BMK and 04-00128 ACK-BMK For Lack of Subject Matter Jurisdiction filed on November 16, 2006 ("Motion to Dismiss") | $860.92 |
| Docketing fee for Notice of Appeal filed November 27, 2006 | 455.00 |
| TOTAL | $1315.92 |

2. The parties hereto restate and ratify the statements made in the Stipulation Regarding Costs; Order filed herein on May 11, 2007.

3. The Sports Shinko Parties will pay $1.315.92 to the KG Holdings, LLC within 10 days of the filing of this stipulation and order.

3

4. This Stipulation and Order is without prejudice to the Sports Shinko Parties' right to appeal the judgments entered in the Dismissed Cases;

5. If the judgments are reversed on appeal, the KG Parties will return the $1,315.92 to the Sports Shinko Parties within 10 days of receipt of the decision from the Court of Appeals.

DATED: Honolulu, Hawaii, **MAY 3 1 2007**                    .

/s/ Warren Price III

WARREN PRICE III
ROBERT A. MARKS
SIMON KLEVANSKY
ALIKA L. PIPER
CARISA LIMA KA'ALA HEE

Attorneys for the KG Parties

/s/ William Bordner

WILLIAM BORDNER
JOHN REYES-BURKE

Attorneys for Defendant
Franklin Mukai

4

_____
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM

Attorneys for the Sports Shinko Parties

APPROVED AND SO ORDERED

_____
THE HONORABLE BARRY M. KURREN
UNITED STATES MAGISTRATE JUDGE

SPORTS SHINKO CO., LTD. v. QK HOTEL, LLC, et al., etc., D. Hawaii CV Nos. CV 04-00125 ACK-BMK, 04-00126 ACK-BMK and 04-00128 ACK-BMK; STIPULATION TO TAX COSTS; ORDER