# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** Sports Shinko (USA) Co., Ltd., vs. Pukalani Golf Club, LLC, et al.,

**U.S. COURT OF APPEALS DOCKET NUMBER:** _____

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** Civil NO. 04-00125ACK-BMK

II **DATE NOTICE OF APPEAL FILED:** May 29, 2007

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

**DOCKET FEE PAID ON:** 06/01/2007        **AMOUNT:** $455.00

**NOT PAID YET:**                **BILLED:**

**U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**

**WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

**IF YES, SHOW DATE:**           **& ATTACH COPY OF ORDER/CJA**

**WAS F.P. STATUS REVOKED:**     **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

## UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
### OFFICE OF THE CLERK
### 300 ALA MOANA BLVD., RM C-338
### HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

June 8, 2007

To All Counsel of Record as Appellees:

    IN RE:   Sports Shinko (USA) Co., Ltd., vs. Pukalani Golf Club, LLC, et al.,

                Civil NO. 04-00125ACK-BMK

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on May 29, 2007.

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

                                Sincerely Yours,
                                SUE BEITIA, CLERK

                                by: Laila M. Geronimo
                                Deputy Clerk

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
         docket sheet, dfnf
    Sports Shinko (USA) Co., Ltd., (attorney for appellant)
         w/copy of instructions for civil appeals
         Transcript Desig. & Ordering Form
         with instructions and a copy of the
         docket sheet; CADS