# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** Sports Shinko (USA) Co., Ltd., vs. Pukalani Golf Club, LLC, et al.,

**U.S. COURT OF APPEALS DOCKET NUMBER:** 07-16033

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** Civil NO. 04-00125ACK-BMK

II **DATE NOTICE OF APPEAL FILED:** May 29, 2007

RECEIVED
CLERK U.S. DISTRICT COURT
JUN 15 2007
DISTRICT OF HAWAII

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

**DOCKET FEE PAID ON:** 06/01/2007     **AMOUNT:** $455.00

NOT PAID YET:          BILLED:

U.S. GOVERNMENT APPEAL:     FEE WAIVED:

WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?

IF YES, SHOW DATE:     & ATTACH COPY OF ORDER/CJA

WAS F.P. STATUS REVOKED:     DATE:

WAS F.P. STATUS LIMITED IN SOME FASHION?

IF YES, EXPLAIN:

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

AMENDED NOTIFICATION _____     PAID _____     F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)