UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 08 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| QK HOTEL, LLC, a Hawaii LLC,  Defendant,  and  KG HOLDINGS, LLC; et al.,  Defendants - Appellants,  v.  SPORTS SHINKO CO., LTD., a Japanese corporation in reorganization, through Keijiro Kimura, its Deputy Trustee,  Plaintiff-Third-Party-Defendant - Appellee,  and  FRANKLIN K. MUKAI,  Defendant-Third-Party-Plaintiff,  v.  SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,  Third-Party-Defendant - Appellee. | No. 06-17219  D.C. No. CV-04-00124-ACK District of Hawaii, Honolulu  ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 11 2008

at 11 o'clock and 15 min. A M.
SUE BEITIA, CLERK

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

*Margaret A. Corrigan* (signature)
Margaret A. Corrigan
Circuit Mediator

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 0 8 2008

Deputy Clerk