CONFAT

INTERNAL USE ONLY: Proceedings include all events.
06-17219 Sports Shinko Co. v. KG Holdings, et al

QK HOTEL, LLC, a Hawaii LLC
    Defendant

KG HOLDINGS, LLC　　　　　　　　　　Simon Klevansky, Esq.
    Defendant - Appellant　　　　　808/524-0155
　　　　　　　　　　　　　　　　　　　[COR LD NTC ret]
　　　　　　　　　　　　　　　　　　　Attorney at Law
　　　　　　　　　　　　　　　　　　　745 Fort Street
　　　　　　　　　　　　　　　　　　　Suite 1400
　　　　　　　　　　　　　　　　　　　Honolulu, HI 96813

　　　　　　　　　　　　　　　　　　　Warren Price, III, Esq.
　　　　　　　　　　　　　　　　　　　Ste. 728
　　　　　　　　　　　　　　　　　　　[COR LD NTC ret]
　　　　　　　　　　　　　　　　　　　Robert A. Marks, Esq.
　　　　　　　　　　　　　　　　　　　FAX 808/533-0549
　　　　　　　　　　　　　　　　　　　808/538-1113
　　　　　　　　　　　　　　　　　　　[COR LD ret]
　　　　　　　　　　　　　　　　　　　707 Richards St.
　　　　　　　　　　　　　　　　　　　Ste. 728
　　　　　　　　　　　　　　　　　　　Honoolulu, HI 96813
　　　　　　　　　　　　　　　　　　　808/538-1113

　　　　　　　　　　　　　　　　　　　Alika L. Piper, Esq.
　　　　　　　　　　　　　　　　　　　FAX 808/531-6963
　　　　　　　　　　　　　　　　　　　808/524-0155
　　　　　　　　　　　　　　　　　　　Suite 1400
　　　　　　　　　　　　　　　　　　　[COR LD ret]
　　　　　　　　　　　　　　　　　　　Carisa Lima Ka'ala Hee, Esq.
　　　　　　　　　　　　　　　　　　　FAX 808/531-6963
　　　　　　　　　　　　　　　　　　　808/524-0155
　　　　　　　　　　　　　　　　　　　Ste. 1400
　　　　　　　　　　　　　　　　　　　[COR LD ret]
　　　　　　　　　　　　　　　　　　　GELBER, GELBER, INGERSOLL &
　　　　　　　　　　　　　　　　　　　KLEVANSKY
　　　　　　　　　　　　　　　　　　　745 Fort Street
　　　　　　　　　　　　　　　　　　　Honolulu, HI 96813

PUKALANI GOLD CLUB, LLC　　　　　　Simon Klevansky, Esq.
    Defendant - Appellant　　　　　(See above)
　　　　　　　　　　　　　　　　　　　[COR LD NTC ret]

　　　　　　　　　　　　　　　　　　　Warren Price, III, Esq.
　　　　　　　　　　　　　　　　　　　(See above)
　　　　　　　　　　　　　　　　　　　[COR LD NTC ret]
　　　　　　　　　　　　　　　　　　　Robert A. Marks, Esq.
　　　　　　　　　　　　　　　　　　　(See above)
　　　　　　　　　　　　　　　　　　　[COR LD ret]

　　　　　　　　　　　　　　　　　　　Alika L. Piper, Esq.
　　　　　　　　　　　　　　　　　　　(See above)
　　　　　　　　　　　　　　　　　　　[COR LD ret]
　　　　　　　　　　　　　　　　　　　Carisa Lima Ka'ala Hee, Esq.
　　　　　　　　　　　　　　　　　　　(See above)

INTERNAL USE ONLY: Proceedings include all events.
06-17219 Sports Shinko Co. v. KG Holdings, et al

```
                                        [COR LD ret]

KG MAUI DEVELOPMENT, LLC                Simon Klevansky, Esq.
      Defendant - Appellant             (See above)
                                        [COR LD NTC ret]

                                        Warren Price, III, Esq.
                                        (See above)
                                        [COR LD NTC ret]
                                        Robert A. Marks, Esq.
                                        (See above)
                                        [COR LD ret]

                                        Alika L. Piper, Esq.
                                        (See above)
                                        [COR LD ret]
                                        Carisa Lima Ka'ala Hee, Esq.
                                        (See above)
                                        [COR LD ret]


    v.

SPORTS SHINKO CO., LTD., a              Paul Alston
Japanese corporation in                 808/524-1212
reorganization, through                 [COR LD NTC ret]
Keijiro Kimura, its Deputy              Glenn T. Melchinger, Esq.
Trustee                                 FAX 808/524-4591
      Plaintiff-third-party-            808/524-1800
defendant - Appellee                    [COR LD ret]
                                        ALSTON HUNT FLOYD & ING
                                        1001 Bishop Street
                                        1800 Pacific Tower
                                        Honolulu, HI 96813

FRANKLIN K. MUKAI                       William A. Bordner
      Defendant-third-party-            523-9833
plaintiff                               [COR LD ret]
                                        Grosvenor Center
                                        737 Bishop Street
                                        Suite 3100
                                        Honolulu, HI 96813


    v.

SPORTS SHINKO (US) CO., LTD.,           Paul Alston
a Delaware corporation                  808/524-1212
      Third-party-defendant -           [COR LD NTC ret]
Appellee                                Glenn T. Melchinger, Esq.
                                        FAX 808/524-4591
                                        808/524-1800
                                        [COR LD ret]
                                        ALSTON HUNT FLOYD & ING
```

CONFAT

INTERNAL USE ONLY: Proceedings include all events.
06-17219 Sports Shinko Co. v. KG Holdings, et al

                                  1001 Bishop Street
                                  1800 Pacific Tower
                                  Honolulu, HI 96813