

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

```
FILED
FEB 08 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
```

| | |
|---|---|
| QK HOTEL, LLC, a Hawaii LLC,<br><br>　　　　Defendant,<br><br>　　and<br><br>KG HOLDINGS, LLC; et al.,<br><br>　　　　Defendants - Appellees,<br><br>　　v.<br><br>SPORTS SHINKO CO., LTD., a Japanese corporation in reorganization, through Keijiro Kimura, its Deputy Trustee,<br><br>　　　　Plaintiff-Third-Party-Defendant - Appellant,<br><br>　　and<br><br>FRANKLIN K. MUKAI,<br><br>　　　　Defendant-Third-Party-Plaintiff,<br><br>　　v.<br><br>SPORTS SHINKO (US) CO., LTD., a Delaware corporation,<br><br>　　　　Third-Party-Defendant - Appellant. | Nos. 07-16033, 07-16068<br>　　　07-16069<br><br>D.C. No. CV-04-00125-ACK<br>D.C. No. CV-04-00126-ACK<br>D.C. No. CV-04-00128-ACK<br>District of Hawaii,<br>Honolulu<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>FEB 1 3 2008<br>at 10 o'clock and 8 min. Y M<br>SUE BEITIA, CLERK |

Pursuant to the stipulation of the parties, these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

*Margaret A. Corrigan*
Margaret A. Corrigan
Circuit Mediator

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 8 - 2008

by: _____
Deputy Clerk