```
INTERNAL USE ONLY: Proceedings include all events.
07-16068 Sports Shinko Co. v. Mililani Golf, et al
```

QK HOTEL, LLC, a Hawaii LLC
    Defendant

| | |
|---|---|
| KG HOLDINGS, LLC<br>    Defendant - Appellee | Simon Klevansky, Esq.<br>808/524-0155<br>[COR LD NTC ret]<br>Attorney at Law<br>745 Fort Street<br>Suite 1400<br>Honolulu, HI 96813<br><br>Warren Price, III, Esq.<br>Ste. 728<br>[COR LD NTC ret]<br>Robert A. Marks, Esq.<br>FAX 808/533-0549<br>808/538-1113<br>[COR LD NTC ret]<br>707 Richards St.<br>Ste. 728<br>Honoolulu, HI 96813<br>808/538-1113<br><br>Alika L. Piper, Esq.<br>FAX 808/531-6963<br>808/524-0155<br>Suite 1400<br>[COR LD ret]<br>Carisa Lima Ka'ala Hee, Esq.<br>FAX 808/531-6963<br>808/524-0155<br>Ste. 1400<br>[COR LD ret]<br>GELBER, GELBER, INGERSOLL &<br>KLEVANSKY<br>745 Fort Street<br>Honolulu, HI 96813 |
| PUKALANI GOLD CLUB, LLC<br>    Defendant - Appellee | Simon Klevansky, Esq.<br>(See above)<br>[COR LD NTC ret]<br><br>Warren Price, III, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Robert A. Marks, Esq.<br>(See above)<br>[COR LD NTC ret]<br><br>Alika L. Piper, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Carisa Lima Ka'ala Hee, Esq.<br>(See above) |

```
INTERNAL USE ONLY: Proceedings include all events.
07-16068 Sports Shinko Co. v. Mililani Golf, et al
```

|  |  |
|---|---|
|  | [COR LD NTC ret] |
| KG MAUI DEVELOPMENT, LLC<br>    Defendant - Appellee | Simon Klevansky, Esq.<br>(See above)<br>[COR LD NTC ret] |
|  | Warren Price, III, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Robert A. Marks, Esq.<br>(See above)<br>[COR LD NTC ret] |
|  | Alika L. Piper, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Carisa Lima Ka'ala Hee, Esq.<br>(See above)<br>[COR LD NTC ret] |
| v. |  |
| SPORTS SHINKO CO., LTD., a<br>Japanese corporation in<br>reorganization, through<br>Keijiro Kimura, its Deputy<br>Trustee<br>    Plaintiff-third-party-<br>defendant - Appellant | Paul Alston<br>808/524-1212<br>[COR LD NTC ret]<br>Bruce H. Wakuzawa, Esq.<br>[COR LD ret]<br>Glenn T. Melchinger, Esq.<br>FAX 808/524-4591<br>808/524-1800<br>[COR LD ret]<br>ALSTON HUNT FLOYD & ING<br>1001 Bishop Street<br>1800 Pacific Tower<br>Honolulu, HI 96813 |
| FRANKLIN K. MUKAI<br>    Defendant-third-party-<br>plaintiff | William A. Bordner<br>523-9833<br>[COR LD NTC ret]<br>Grosvenor Center<br>737 Bishop Street<br>Suite 3100<br>Honolulu, HI 96813 |
| v. |  |
| SPORTS SHINKO (US) CO., LTD.,<br>a Delaware corporation<br>    Third-party-defendant -<br>Appellant | Paul Alston<br>808/524-1212<br>[COR LD NTC ret]<br>Glenn T. Melchinger, Esq.<br>FAX 808/524-4591<br>808/524-1800 |

```
INTERNAL USE ONLY: Proceedings include all events.
07-16068 Sports Shinko Co. v. Mililani Golf, et al
                              [COR LD ret]
                              ALSTON HUNT FLOYD & ING
                              1001 Bishop Street
                              1800 Pacific Tower
                              Honolulu, HI 96813
```

```
INTERNAL USE ONLY: Proceedings include all events.
07-16033 Sports Shinko Co. v. KG Holdings, et al
```

QK HOTEL, LLC, a Hawaii LLC
    Defendant

KG HOLDINGS, LLC                 Simon Klevansky, Esq.
    Defendant - Appellee        808/524-0155
                                     [COR LD NTC ret]
                                     Attorney at Law
                                     745 Fort Street
                                     Suite 1400
                                     Honolulu, HI 96813

                                     Warren Price, III, Esq.
                                     Ste. 728
                                     [COR LD NTC ret]
                                     Robert A. Marks, Esq.
                                     FAX 808/533-0549
                                     808/538-1113
                                     [COR LD ret]
                                     707 Richards St.
                                     Ste. 728
                                     Honoolulu, HI 96813
                                     808/538-1113

                                     Alika L. Piper, Esq.
                                     FAX 808/531-6963
                                     808/524-0155
                                     Suite 1400
                                     [COR LD ret]
                                     Carisa Lima Ka'ala Hee, Esq.
                                     FAX 808/531-6963
                                     808/524-0155
                                     Ste. 1400
                                     [COR LD ret]
                                     GELBER, GELBER, INGERSOLL &
                                     KLEVANSKY
                                     745 Fort Street
                                     Honolulu, HI 96813

PUKALANI GOLD CLUB, LLC       Simon Klevansky, Esq.
    Defendant - Appellee        (See above)
                                     [COR LD NTC ret]

                                     Warren Price, III, Esq.
                                     (See above)
                                     [COR LD NTC ret]
                                     Robert A. Marks, Esq.
                                     (See above)
                                     [COR LD ret]

                                     Alika L. Piper, Esq.
                                     (See above)
                                     [COR LD ret]
                                     Carisa Lima Ka'ala Hee, Esq.
                                     (See above)

```
INTERNAL USE ONLY: Proceedings include all events.
07-16033 Sports Shinko Co. v. KG Holdings, et al

                                        [COR LD ret]

KG MAUI DEVELOPMENT, LLC                Simon Klevansky, Esq.
     Defendant - Appellee               (See above)
                                        [COR LD NTC ret]

                                        Warren Price, III, Esq.
                                        (See above)
                                        [COR LD NTC ret]
                                        Robert A. Marks, Esq.
                                        (See above)
                                        [COR LD ret]

                                        Alika L. Piper, Esq.
                                        (See above)
                                        [COR LD ret]
                                        Carisa Lima Ka'ala Hee, Esq.
                                        (See above)
                                        [COR LD ret]


     v.

SPORTS SHINKO CO., LTD., a              Paul Alston
Japanese corporation in                 808/524-1212
reorganization, through                 [COR LD NTC ret]
Keijiro Kimura, its Deputy              Jason H. Kim
Trustee                                 808-524-1800
     Plaintiff-third-party-             [COR LD NTC ret]
defendant - Appellant                   Glenn T. Melchinger, Esq.
                                        FAX 808/524-4591
                                        808/524-1800
                                        [COR LD ret]
                                        ALSTON HUNT FLOYD & ING
                                        1001 Bishop Street
                                        1800 Pacific Tower
                                        Honolulu, HI 96813

FRANKLIN K. MUKAI                       William A. Bordner
     Defendant-third-party-             523-9833
plaintiff                               [COR LD ret]
                                        Grosvenor Center
                                        737 Bishop Street
                                        Suite 3100
                                        Honolulu, HI 96813


     v.

SPORTS SHINKO (US) CO., LTD.,           Paul Alston
a Delaware corporation                  808/524-1212
     Third-party-defendant -            [COR LD NTC ret]
Appellant                               Jason H. Kim
                                        808-524-1800

Docket as of January 31, 2008 11:07 pm               Page 3    NON-PUBLIC
```

```
INTERNAL USE ONLY: Proceedings include all events.
07-16033 Sports Shinko Co. v. KG Holdings, et al
                              [COR LD NTC ret]
                              Glenn T. Melchinger, Esq.
                              FAX 808/524-4591
                              808/524-1800
                              [COR LD ret]
                              ALSTON HUNT FLOYD & ING
                              1001 Bishop Street
                              1800 Pacific Tower
                              Honolulu, HI 96813
```

```
INTERNAL USE ONLY: Proceedings include all events.
07-16069 Sports Shinko Co. v. Kiahuna Golf Club, et al

QK HOTEL, LLC, a Hawaii LLC
     Defendant

KG HOLDINGS, LLC                    Simon Klevansky, Esq.
     Defendant - Appellee           808/524-0155
                                    [COR LD NTC ret]
                                    Attorney at Law
                                    745 Fort Street
                                    Suite 1400
                                    Honolulu, HI 96813

                                    Warren Price, III, Esq.
                                    Ste. 728
                                    [COR LD NTC ret]
                                    Robert A. Marks, Esq.
                                    FAX 808/533-0549
                                    808/538-1113
                                    [COR LD NTC ret]
                                    707 Richards St.
                                    Ste. 728
                                    Honoolulu, HI 96813
                                    808/538-1113

                                    Alika L. Piper, Esq.
                                    FAX 808/531-6963
                                    808/524-0155
                                    Suite 1400
                                    [COR LD NTC ret]
                                    Carisa Lima Ka'ala Hee, Esq.
                                    FAX 808/531-6963
                                    808/524-0155
                                    Ste. 1400
                                    [COR LD NTC ret]
                                    GELBER, GELBER, INGERSOLL &
                                    KLEVANSKY
                                    745 Fort Street
                                    Honolulu, HI 96813

PUKALANI GOLD CLUB, LLC             Simon Klevansky, Esq.
     Defendant - Appellee           (See above)
                                    [COR LD NTC ret]

                                    Warren Price, III, Esq.
                                    (See above)
                                    [COR LD NTC ret]
                                    Robert A. Marks, Esq.
                                    (See above)
                                    [COR LD NTC ret]

                                    Alika L. Piper, Esq.
                                    (See above)
                                    [COR LD NTC ret]
                                    Carisa Lima Ka'ala Hee, Esq.
                                    (See above)
```

```
INTERNAL USE ONLY: Proceedings include all events.
07-16069 Sports Shinko Co. v. Kiahuna Golf Club, et al
```

                                           [COR LD NTC ret]

KG MAUI DEVELOPMENT, LLC           Simon Klevansky, Esq.
    Defendant - Appellee          (See above)
                                   [COR LD NTC ret]

                                   Warren Price, III, Esq.
                                   (See above)
                                   [COR LD NTC ret]
                                   Robert A. Marks, Esq.
                                   (See above)
                                   [COR LD NTC ret]

                                   Alika L. Piper, Esq.
                                   (See above)
                                   [COR LD NTC ret]
                                   Carisa Lima Ka'ala Hee, Esq.
                                   (See above)
                                   [COR LD NTC ret]


   v.

SPORTS SHINKO CO., LTD., a         Paul Alston
Japanese corporation in            808/524-1212
reorganization, through            [COR LD NTC ret]
Keijiro Kimura, its Deputy         Bruce H. Wakuzawa, Esq.
Trustee                            [COR LD ret]
    Plaintiff-third-party-         Jason H. Kim
defendant - Appellant              808-524-1800
                                   [COR LD NTC ret]
                                   Glenn T. Melchinger, Esq.
                                   FAX 808/524-4591
                                   808/524-1800
                                   [COR LD ret]
                                   ALSTON HUNT FLOYD & ING
                                   1001 Bishop Street
                                   1800 Pacific Tower
                                   Honolulu, HI 96813

FRANKLIN K. MUKAI                  William A. Bordner
    Defendant-third-party-         523-9833
plaintiff                          [COR LD NTC ret]
                                   Grosvenor Center
                                   737 Bishop Street
                                   Suite 3100
                                   Honolulu, HI 96813


   v.

SPORTS SHINKO (US) CO., LTD.,      Paul Alston
a Delaware corporation             808/524-1212
    Third-party-defendant -        [COR LD NTC ret]

INTERNAL USE ONLY: Proceedings include all events.
07-16069 Sports Shinko Co. v. Kiahuna Golf Club, et al

| | |
|---|---|
| Appellant | Jason H. Kim |
| | 808-524-1800 |
| | [COR LD NTC ret] |
| | Glenn T. Melchinger, Esq. |
| | FAX 808/524-4591 |
| | 808/524-1800 |
| | [COR LD ret] |
| | ALSTON HUNT FLOYD & ING |
| | 1001 Bishop Street |
| | 1800 Pacific Tower |
| | Honolulu, HI 96813 |